AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No.   1:23-cr-430-KPF |
| Roman Storm | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Roman Storm                                                                                                   .

Date:     09/08/2023                                                               /s/ Brian E. Klein
                                                                                                *Attorney's signature*

                                                                                            Brian E. Klein
                                                                                *Printed name and bar number*

                                                                                         Waymaker LLP
                                                                             515 S. Flower Street, Suite 3500
                                                                                      Los Angeles, CA 90071

                                                                                                *Address*

                                                                                 bklein@waymakerlaw.com
                                                                                             *E-mail address*

                                                                                         (424) 652-7800
                                                                                         *Telephone number*

                                                                                         (424) 652-7850
                                                                                             *FAX number*