AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cr-430-KPF |
| Roman Storm | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Roman Storm.

Date: 09/11/2023

/s/ Kevin M. Casey
*Attorney's signature*

Kevin M. Casey
*Printed name and bar number*

Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
*Address*

kcasey@waymakerlaw.com
*E-mail address*

(424) 652-7800
*Telephone number*

(424) 652-7850
*FAX number*