UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>ROMAN STORM and<br>ROMAN SEMENOV,<br><br>                              Defendants. | NOTICE OF APPEARANCE<br>AND REQUEST FOR<br>ELECTRONIC NOTIFICATION<br><br>23 Cr. 430 |

To:   Clerk of the Court and
      All Parties of Record

PLEASE TAKE NOTICE that the undersigned attorney is admitted or otherwise authorized to practice in this Court, appears as counsel for the United States of America in the above-captioned case, and respectfully requests receipt of all notices of electronic filing transmitted in the case.

Dated:   September 26, 2023
         White Plains, New York

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney for the
                                        Southern District of New York

                                    By: */s/ Ben Arad*
                                        Ben Arad
                                        Assistant United States Attorney
                                        50 Main Street
                                        White Plains, New York 10606
                                        (914) 993-1907
                                        ben.arad@usdoj.gov