**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

                Plaintiff,

   -against-

  ROMAN STORM

_____Defendant.

       __23__ Cr. ___430____ ( KPF )

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, _____Keri Curtis Axel_____hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for _____Defendant Roman Storm_____in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of _____California_____and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  February 12, 2024

                       Respectfully Submitted,

                       _____

                       Applicant Signature:_/s/ Keri Curtis Axel_____

                       Applicant's Name:_Keri Curtis Axel_____

                       Firm Name:__WAYMAKER LLP_____

                       Address:__515 S. Flower Street, Suite 3500_____

                       City/State/Zip:__Los Angeles, CA 90071_____

                       Telephone/Fax:__(424) 652-7800_____

                       Email:__kaxel@waymakelaw.com_____