UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>ROMAN STORM,<br><br>Defendant. | Case No.: 23 Cr. 430 (KPF)<br><br>**AFFIDAVIT SUPPORTING ADMISSION *PRO HAC VICE*** |

I, Keri Curtis Axel, having been duly sworn, state the following:

1. I have never been convicted of a felony.
2. I have never been censured, disbarred, or denied admission or readmission by any court.
3. I am not currently subject to any disciplinary proceedings against me.

DATED: February 12, 2024

WAYMAKER LLP

By: /s/ Keri Curtis Axel
Keri Curtis Axel

515 S. Flower Street, Suite 3500
Los Angeles, California 90071
(424) 652-7800

*Attorneys for Roman Storm*

Subscribed and sworn in before me on February 12, 2024

_____ (notary public signature)
Tiffany D. Doolan _____ (notary public name)
August 24, 2027 _____ (notary public commission expiration)

**JURAT WITH AFFIANT STATEMENT**

State of California

County of Los Angeles

} ss.

☒ See Attached Document (Notary to cross out lines 1–7 below)
☐ See Statement Below (Lines 1–7 to be completed only by document signer[s], not Notary)

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____
7 _____

_____          _____
Signature of Document Signer No. 1      Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me

this 12 day of February, 2024, by
     Date         Month        Year

_____
Name of Signer No. 1

_____
Name of Signer No. 2 (if any)

_____
Signature of Notary Public

TIFFANY D. DOUGLAS
Notary Public - California
Los Angeles County
Commission # 2460703
My Comm. Expires Aug 24, 2027

Place Notary Seal/Stamp Above          Any Other Required Information
                                       (Residence, Expiration Date, etc.)

——————————————— **OPTIONAL** ———————————————

*This section is required for notarizations performed in Arizona but is optional in other states. Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2017 National Notary Association