UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        Plaintiff,

-against-

ROMAN STORM

        Defendant.

23 cr 430 ( KPF )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of **Keri Curtis Axel**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of **California**; and that his/her contact information is as follows (please print):

Applicant's Name: Keri Curtis Axel

Firm Name: WAYMAKER LLP

Address: 515 S. Flower Street, Suite 3500

City / State / Zip: Los Angeles, CA 90071

Telephone / Fax: (424) 652-7800

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **Defendant Roman Storm** in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge