UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA              :         **Notice of Appearance**
:
  - v. -                              :
                                      :         23 Cr. 430 (KPF)
ROMAN STORM and                       :
ROMAN SEMENOV,                        :
                                      :
                  Defendants.         :
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in the above-captioned case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                              Respectfully submitted,
                                              DAMIAN WILLIAMS
                                              United States Attorney for the
                                              Southern District of New York


                                 by:  _____/s/ Kevin Mosley_____
                                          Kevin Mosley
                                          Special Assistant United States Attorney
                                          (202) 598-2801