UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>-against-<br><br>ROMAN STORM, ET AL.,<br><br>                  Defendant. | Case No.: 23 Cr. 430 (KPF)<br><br>The Honorable Katherine Polk Failla<br><br>**MOTION FOR ADMISSION**<br>**PRO HAC VICE** |

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jacob Chervinsky, respectfully move this Court for an order for admission to appear pro hac vice as counsel for amicus curiae DeFi Education Fund ("DEF") in the above-captioned matter. In support of this motion, I state as follows:

      1.      I serve as a member of the Board of Directors of DEF, amicus curiae in the above-captioned matter. My office address is 1155 F St NW, Suite 300, Washington, DC 20004.

      2.      I am an active member in good standing of the bar of Virginia (Bar No. 85745), to which I was admitted in 2013, and of the bar of the District of Columbia (Bar No. 1025073), to which I was admitted in 2015.

      3.      I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. There are no pending disciplinary proceedings against me in any state or federal court.

      4.      Pursuant to Local Rule 1.3(c), attached to this Motion is my affidavit.

Dated: April 4, 2024

                                                                                                             By:  /s/ Jacob Chervinsky
                                                                                                                Jacob Chervinsky
                                                                                                                1155 F Street NW, Suite 300
                                                                                                                Washington, DC 20004
                                                                                                                202-656-7011