UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA,

Plaintiff,

-against-

ROMAN STORM, ET AL.,

Defendant.

Case No.: 23 Cr. 430 (KPF)

The Honorable Katherine Polk Failla

**AFFIDAVIT SUPPORTING ADMISSION PRO HAC VICE**

I, Jacob Chervinsky, having been duly sworn, state the following:

1. I have never been convicted of a felony.

2. I have never been censured, disbarred, or denied admission or readmission by any court.

3. I am not currently subject to any disciplinary proceedings against me.

I do solemnly swear that the above information that I provided is accurate under penalty of perjury. I also understand that the Court retains the right to deny my admission based upon the content of the responses therein.

Dated: April 3, 2024

By: _____
Jacob Chervinsky
1155 F Street NW, Suite 300
Washington, DC 20004
202-656-7011

Sworn to before me this 3rd day of April, 2024.

_____ 04/03/2024

ORLANDO B ALVARADO
Notary Public - State of New York
NO. 01AL4-405830
Qualified in New York County
My Commission Expires Mar 16, 20__