UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>ROMAN STORM, ET AL.,<br><br>　　　　　　　　　Defendant. | Case No.: 23 Cr. 430 (KPF)<br><br>The Honorable Katherine Polk Failla<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

　　　The motion of Jacob Chervinsky for admission to practice *pro hac vice* in the above-captioned matter is granted.

　　　Applicant has declared that he is an active member in good standing of the bar of Virginia, and that his contact information is as follows:

　　　Jacob Chervinsky
　　　1155 F Street NW, Suite 300
　　　Washington, DC 20004
　　　202-656-7011

　　　Having requested admission pro hac vice to appear for all purposes as counsel for amicus DeFi Education Fund in the above-entitled matter, IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-entitled matter in the United States District Court for the Southern District of New York.

　　　All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**IT IS SO ORDERED:**

Dated: _____, 2024　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Katherine Polk Failla
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge