AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23-CR-430 (KPF) |
| Roman Storm | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

amicus curiae DeFi Education Fund.

Date:   04/02/2024

/s/ Amanda Tuminelli
*Attorney's signature*

Amanda Tuminelli (AT2588)
*Printed name and bar number*

DeFi Education Fund
1155 F St. NW, Suite 300
Washington, DC 20004
*Address*

tuminelli@defieducationfund.org
*E-mail address*

(516) 582-2764
*Telephone number*

*FAX number*