UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Katherine Polk Failla |
| Plaintiff, | |
| v. | No. 1:23-cr-00430-KPF |
| ROMAN STORM and ROMAN SEMENOV, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Tessa Gellerson, of the law firm of Gibson, Dunn & Crutcher LLP, move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for *amicus curiae* the Blockchain Association in the above-captioned action.

I am a member in good standing of the Bars of the District of Columbia and the State of New York, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

1

Dated:  April 4, 2024                              Respectfully submitted,


                                                   By: /s/ *Tessa Gellerson*
                                                       Tessa Gellerson
                                                       GIBSON, DUNN & CRUTCHER LLP
                                                       1050 Connecticut Avenue, N.W.
                                                       Washington, D.C. 20036-5306
                                                       (202) 887-3665
                                                       tgellerson@gibsondunn.com

                                                       *Counsel for Amicus Curiae the Blockchain Association*