UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
: 
UNITED STATES OF AMERICA, :
: Hon. Katherine Polk Failla
          Plaintiff, :
: No. 1:23-cr-00430-KPF
v. :
:
ROMAN STORM and ROMAN SEMENOV, :
:
          Defendants. :
------------------------------------- x

## AFFIDAVIT OF NICK HARPER

I, Nick Harper, being duly sworn, state as follows:

    1.    I am an associate attorney of Gibson, Dunn & Crutcher LLP.

    2.    I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

    3.    As shown in the attached Certificates of Good Standing, I am a member in good standing of the Bars of the District of Columbia and the State of Maryland. *See* Exhibit A.

    4.    There are no pending disciplinary proceedings against me in any court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

    5.    I am familiar with the Local Rules of United States District Courts for the Southern and Eastern Districts of New York and agree to be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

I do solemnly swear under penalty of perjury that the foregoing is true and correct. I also understand that the Court retains the right to deny my admission based upon the content of

1

the responses herein.

*/s/ Nick Harper*

Nick Harper
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue,
N.W. Washington, D.C.
20036-5306
(202) 887-3534
nharper@gibsondunn.com

Subscribed and sworn before me this 4*th* day of Apr. 1, 2024

*/s/ Anita M. Watson*
Notary Public
My Commission Expires: 9-30-2026

District of Columbia
Signed and sworn to (or affirmed) before me
on 4-4-24 by Nick Harper
    Date        Name(s) of Individual(s) making Statement

*/s/ Anita M. Watson*
Signature of Notarial Officer

_____
Anita M. Watson - Notary Public, District of Columbia
My commission expires September 30, 2026

2