

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 4, 2024

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Roman Storm*
               23 Cr. 430 (KPF)

Dear Judge Failla:

    The Government respectfully writes in the above-captioned matter to notify the Court and counsel for the defendants that the undersigned today submitted, via the Classified Information Security Officer, a classified, *ex parte* submission to the Court pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d).

                                    Very truly yours,

                                    DAMIAN WILLIAMS
                                    United States Attorney

By: _____
      Thane Rehn
      Ben Arad
      Assistant United States Attorneys
      (212) 637-2354
      (914) 993-1907