

Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
T 424.652.7800

April 4, 2024

**Brian E. Klein**
Direct (424) 652-7814
bklein@waymakerlaw.com

**By ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Roman Storm
      23 Cr. 430 (KPF)

Dear Judge Failla:

    We write on behalf of our client, defendant Roman Storm, in the above-captioned case to respectfully submit a corrected version of Mr. Storm's motion to dismiss that was filed on March 29, 2024. (*See* Dkt. 30.) After filing the motion to dismiss, defense counsel noticed the following two errors in the motion that could cause the Court (or government) to misunderstand an important defense argument:

    P. 9, end of first paragraph: "the Peppersec UI" should read, "Peppersec."

    P. 9, fn. 6, last sentence: "the Peppersec UI" should read, "Peppersec."

    The defense therefore respectfully requests that the attached motion to dismiss, which corrects those two errors and makes no other changes, be the operative motion to dismiss before the Court.

Respectfully submitted,

/s/ Brian E. Klein

Brian E. Klein
Keri Curtis Axel
Kevin M. Casey
Waymaker LLP

*Attorneys for Roman Storm*

Attachment: Exhibit A – Corrected Motion to Dismiss