UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>v.<br><br>ROMAN STORM, et al.,<br><br>Defendants. | Case No. 23 Cr. 430 (KPF) |

## AFFIDAVIT OF PETER VAN VALKENBURGH

I, Peter Van Valkenburgh, being duly sworn, state as follows:

1. I am the director of research at Coin Center.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the attached Certificate of Good Standing, I am a member in good standing of the Bar of the District of Columbia. See Exhibit A.

4. There are no pending disciplinary proceedings against me in any court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I am familiar with the Local Rules of United States District Courts for the Southern and Eastern Districts of New York and agree to be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. I do solemnly swear under penalty of perjury that the foregoing is true and correct. I also understand that the Court retains the right to deny my admission based upon the content of the responses here in.

*[signature]*
Peter Van Valkenburgh
Coin Center
700 K St. NW
Washington, D.C. 20001
peter@coincenter.org

Subscribed and sworn to me this 11th day of April, 2024

*[signature: Lorra Moseley]*
Notary Public
My commission expires



Electronically signed and notarized online using the Proof platform.