UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>v.<br><br>ROMAN STORM, et al.,<br><br>Defendants. | Case No. 23 Cr. 430 (KPF) |

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Peter Van Valkenburgh for admission to practice pro hac vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of District of Columbia; and that his contact information is as follows:

>Peter Van Valkenburgh
>Coin Center
>700 K St. NW
>Washington, D.C. 20001
>peter@coincenter.org

Applicant having requested admission pro hac vice to appear for all purposes as counsel for amicus curiae Coin Center in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: April \_\_\_, 2024  
New York, New York

_____  
THE HONORABLE KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE