UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

           Plaintiff,

v.

ROMAN STORM and ROMAN SEMENOV,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Hon. Katherine Polk Failla

No. 1:23-cr-00430-KPF

## **AFFIDAVIT OF MATT GREGORY**

I, Matt Gregory, being duly sworn, state as follows:

    1.     I am a partner of Gibson, Dunn & Crutcher LLP.

    2.     I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

    3.     As shown in the attached Certificates of Good Standing, I am a member in good standing of the Bars of the District of Columbia and the State of Virginia. *See* Exhibit A.

    4.     There are no pending disciplinary proceedings against me in any court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

    5.     I am familiar with the Local Rules of United States District Courts for the Southern and Eastern Districts of New York and agree to be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

I do solemnly swear under penalty of perjury that the foregoing is true and correct. I also

understand that the Court retains the right to deny my admission based upon the content of the responses herein.

_____
Matt Gregory
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue,
N.W. Washington, D.C.
20036-5306
(202) 887-3635
mgregory@gibsondunn.com

Subscribed and sworn before me this 12th day of April, 2024

*Anita M. Watson*
Notary Public
My Commission Expires: 9-30-2026

District of Columbia
Signed and sworn to (or affirmed) before me on 4-12-2024 by Matt Gregory
          Date                        Name(s) of Individual(s) making Statement

*Anita M. Watson*
Signature of Notarial Officer

Anita M. Watson - Notary Public, District of Columbia
My commission expires September 30, 2026

4