# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Jacob Isaac Chervinsky

was admitted to practice as an attorney and counsellor at the bar of this Court on December 4, 2013.

I further certify that so far as the records of this office are concerned, Jacob Isaac Chervinsky is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 8th day of April
A.D. 2024

By: _____
Deputy Clerk

Scanned with CamScanner