UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  -against-<br><br>ROMAN STORM, ET AL.,<br><br>      Defendant. | Case No.: 23 Cr. 430 (KPF)<br><br>The Honorable Katherine Polk Failla<br><br>**ORDER GRANTING MOTION<br>FOR ADMISSION<br>PRO HAC VICE** |

  The motion of Jacob Chervinsky for admission to practice *pro hac vice* in the above-captioned matter is granted.

  Applicant has declared that he is an active member in good standing of the bar of Virginia, and that his contact information is as follows:

  Jacob Chervinsky
  1155 F Street NW, Suite 300
  Washington, DC 20004
  202-656-7011

  Having requested admission pro hac vice to appear for all purposes as counsel for amicus DeFi Education Fund in the above-entitled matter, IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-entitled matter in the United States District Court for the Southern District of New York.

  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

```
The Clerk of Court is directed to terminate the pending motion at docket
number 51.

Dated:    April 19, 2024             SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE