# Exhibit A



**STATE OF COLORADO,** ss:

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__**Jeffrey Hetzel**__

has been duly licensed and admitted to practice as an

*ATTORNEY AND COUNSELOR AT LAW*

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __**28th**__ day of __**October**__ A.D. __**2021**__ and that at the date hereof the said __**Jeffrey Hetzel**__ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __**29th**__ day of __**May**__ A.D. __**2024**__

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **JEFFREY SCHNABEL HETZEL** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  **MR. HETZEL** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **JANUARY 13, 2023**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued May 21, 2024

DaVida M. Davis
**Director of Regulatory Compliance**