UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE UNITED STATES OF AMERICA,

v.

ROMAN STORM, et al.,

            Defendants.

Case No. 23 Cr. 430 (KPF)

---

## AFFIDAVIT OF JEFFREY S. HETZEL

I, Jeffrey S. Hetzel, being duly sworn, state as follows:

1. I am an associate attorney at Consovoy McCarthy PLLC.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the attached Certificate of Good Standing, I am a member in good standing of the Bar of Colorado. *See* Exhibit A.

4. There are no pending disciplinary proceedings against me in any court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I am familiar with the Local Rules of United States District Courts for the Southern and Eastern Districts of New York and agree to be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. I do solemnly swear under penalty of perjury that the foregoing is true and correct. I also understand that the Court retains the right to deny my admission based upon the content of the responses here in.

/s/ Jeffrey S. Hetzel
Jeffrey S. Hetzel
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
(703) 243-9423
jhetzel@consovoymccarthy.com

Subscribed and sworn to me this 12 day of June, 2024

Notary Public
My commission expires 12/31/26

HARRISON SHENGKANG CHEN
NOTARY PUBLIC
REGISTRATION # 8019476
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 12/31/2026