# Exhibit A



# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO, ss:**

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Jeffrey Hetzel**

has been duly licensed and admitted to practice as an

### ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **28th** day of **October** A.D. **2021** and that at the date hereof the said **Jeffrey Hetzel** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **29th** day of **May** A.D. **2024**

**Cheryl Stevens**
Clerk

By _____
Deputy Clerk