UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>v.<br><br>ROMAN STORM, et al.,<br><br>Defendants. | Case No. 23 Cr. 430 (KPF) |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Cameron T. Norris, of Consovoy McCarthy PLLC, move this Court for an Order for admission to practice pro hac vice to appear as counsel for amicus curiae Coin Center in the above-captioned action. I am a member in good standing of the Bars of Tennessee and Virginia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: June 14, 2024

Respectfully submitted,

*/s/ Cameron T. Norris*
Cameron T. Norris
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
(703) 243-9423
cam@consovoymccarthy.com