UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA,

v.

ROMAN STORM, et al.,

Defendants.

Case No. 23 Cr. 430 (KPF)

**AFFIDAVIT OF CAMERON T. NORRIS**

I, Cameron T. Norris, being duly sworn, state as follows:

1. I am a Partner at Consovoy McCarthy PLLC.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the attached Certificates of Good Standing, I am a member in good standing of the Bars of Tennessee and Virginia. See Exhibit A.

4. There are no pending disciplinary proceedings against me in any court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I am familiar with the Local Rules of United States District Courts for the Southern and Eastern Districts of New York and agree to be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. I do solemnly swear under penalty of perjury that the foregoing is true and correct. I also understand that the Court retains the right to deny my admission based upon the content of the responses here in.

*/s/ Cameron T. Norris*

_____
Cameron T. Norris
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
(703) 243-9423
cam@consovoymccarthy.com

Subscribed and sworn to me this 10 day of June, 2024

_____
Notary Public
My commission expires  12/31/26

HARRISON SHENGKANG CHEN
NOTARY PUBLIC
REGISTRATION # 8019476
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 12/31/2026