# Exhibit A

# Supreme Court of Tennessee
# Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## Cameron T. Norris

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on November 10, 2014, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 21st day of May, 2024.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: *Donna Gilmore*
Donna Gilmore, D.C.

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Cameron Thomas Norris

was admitted to practice as an attorney and counsellor at the bar of this Court on September 12, 2018.

I further certify that so far as the records of this office are concerned, Cameron Thomas Norris is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 13th day of June
A.D. 2024

By: _____
*Deputy Clerk*