UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA,

v.

ROMAN STORM, et al.,

Defendants.

Case No. 23 Cr. 430 (KPF)

# [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Cameron T. Norris for admission to practice pro hac vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bars of Tennessee and Virginia; and that his contact information is as follows:

Cameron T. Norris
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
(703) 243-9423
cam@consovoymccarthy.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for amicus curiae Coin Center in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June ___, 2024
New York, New York

_____
THE HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE