UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROMAN STORM and ROMAN SEMENOV,<br><br>    *Defendants*. | Case No. 1:23-CR-430 (KPF)<br><br>NOTICE OF APPEARANCE<br>OF DAVID PATTON<br>ON BEHALF OF<br><u>DEFENDANT ROMAN STORM</u> |

**PLEASE TAKE NOTICE** that David Patton, an attorney duly admitted to practice in this Court, hereby enters his appearance on behalf of Defendant Roman Storm in the above-captioned action, and requests that all notices, filings, and other papers relating to this action be served upon him at the undersigned address.

Dated: July 11, 2024
   New York, New York

_____
David Patton
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
dpatton@heckerfink.com

*Counsel for Defendant Roman Storm*