UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Hon. Katherine Polk Failla |
| v. | : No. 1:23-cr-00430-KPF |
| ROMAN STORM and ROMAN SEMENOV, | : |
| Defendants. | : |

-----------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Tessa Gellerson, *Amicus Curiae* the Blockchain Association will move this Court for an Order allowing Ms. Gellerson to withdraw as counsel for the Blockchain Association. In support of such notice and in conformance with Local Rule 1.4 of the United States District Courts for the Southern and Eastern District of New York, undersigned counsel states that as of August 8, 2024, she is departing the law firm of Gibson, Dunn & Crutcher LLP, which will continue to represent the Blockchain Association in this matter.

Dated: August 8, 2024

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Tessa Gellerson
Tessa Gellerson
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 887-3665
tgellerson@gibsondunn.com

*Counsel for Amicus Curiae the Blockchain Association*

1