UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
UNITED STATES OF AMERICA,                                  :
:
        Plaintiff,                          :   Hon. Katherine Polk Failla
:
v.                                                         :   No. 1:23-cr-00430-KPF
:
ROMAN STORM and ROMAN SEMENOV,                             :
:
        Defendants.                         :
:
-----------------------------------------------------------x

## DECLARATION OF TESSA GELLERSON PURSUANT TO LOCAL RULE 1.4

I, Tessa Gellerson, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. *Amicus curiae* the Blockchain Association is represented in this matter by the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"). I am one of the counsel of record for the Blockchain Association.

2. On August 8, 2024, I am departing Gibson Dunn.

3. Because other lawyers at Gibson Dunn will continue to represent the Blockchain Association in this case, my withdrawal will not prejudice the Blockchain Association.

I respectfully request that the Court enter the accompanying Order allowing me to withdraw as counsel of record for the Blockchain Association.

Dated: August 8, 2024

                                                /s/ Tessa Gellerson
                                               Tessa Gellerson