UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
UNITED STATES OF AMERICA,                         :
:
             Plaintiff,      :   Hon. Katherine Polk Failla
:
v.                                                :   No. 1:23-cr-00430-KPF
:
ROMAN STORM and ROMAN SEMENOV,    :
:
             Defendants.     :
:
-----------------------------------------------------------x

## **ORDER GRANTING WITHDRAW AS COUNSEL**

Upon the Notice by Counsel for *Amicus Curiae* the Blockchain Association and the accompanying Declaration of Tessa Gellerson,

IT IS HEREBY ORDERED that the noticed request to withdraw Tessa Gellerson as counsel for the Blockchain Association is granted, and the appearance of Ms. Gellerson is withdrawn as of the date of this Order.

Dated: _____

                                                _____
                                                Honorable Katherine Polk Failla
                                                United State District Judge