UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

United States of America

Plaintiff,

Case No.  1:23-cr-00430-KPF

-against-

Roman Storm and Roman Semenov

Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending          [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Nick Harper
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: N/A_____  My State Bar Number is _144707 (D.C.)_____

I am,

[ ]      An attorney
[ ]      A Government Agency attorney
[✓]     A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:     FIRM NAME:_ Gibson, Dunn & Crutcher LLP_____
              FIRM ADDRESS:_ 1050 Connecticut Ave., NW, Washington D.C. 20036_
              FIRM TELEPHONE NUMBER:_202.887.3534_____
              FIRM FAX NUMBER:_202.831.8065_____

NEW FIRM:     FIRM NAME:_ Gibson, Dunn & Crutcher LLP_____
              FIRM ADDRESS:_1700 M Street, NW, Washington D.C. 20036_____
              FIRM TELEPHONE NUMBER:_202.887.3534_____
              FIRM FAX NUMBER:_202.831.8065_____

[✓]     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]     I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
        was entered on _____ by Judge_____.

Dated: September 12, 2024          /s/ Nick Harper_____
                                   _____
                                   ATTORNEY'S SIGNATURE