UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v.-

ROMAN STORM,

Defendant.

23 Cr. 430 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

For the reasons set forth on the record in the telephone conference on September 26, 2024, the Court DENIES Defendant's Motion to Compel Discovery (Dkt. #24) and Motion to Dismiss the Indictment (Dkt. #29).

The Clerk of Court is directed to terminate the pending motions at docket entries 24 and 29.

SO ORDERED.

Dated:   September 27, 2024
         New York, New York

*[signature: Katherine Polk Failla]*

KATHERINE POLK FAILLA
United States District Judge