UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v.-

ROMAN STORM,

Defendant.

23 Cr. 430 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Oral argument regarding the Government's Letter Motion (Dkt. #79) shall take place on **October 10, 2024**, at **4:00 p.m.**, by telephone. At that time, the parties shall dial (888) 363-4749 and enter access code 5123533.

SO ORDERED.

Dated:   October 8, 2024
         New York, New York

KATHERINE POLK FAILLA
United States District Judge