# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    Plaintiff,

-against-                                          __23__ Civ. ____430____ (_KPF_)

**MOTION FOR ADMISSION**

ROMAN STORM                                    **PRO HAC VICE**

    Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, _____Viviana Andazola Marquez_____ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for _____Defendant Roman Storm_____ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of _____California_____ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  October 23, 2024        Respectfully Submitted,

                                                    _____

Applicant Signature: /s/ Viviana Andazola Marquez

Applicant's Name: Viviana Andazola Marquez

Firm Name: Waymaker LLP

Address: 515 S. Flower Street Suite 3500

City/State/Zip: Los Angeles, CA 90071

Telephone/Fax: (424) 652-7800

Email: vandazolamarquez@waymakerlaw.com