UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No.: 23 Cr. 430 (KPF) |
| Plaintiff, | |
| -against- | **AFFIDAVIT SUPPORTING ADMISSION *PRO HAC VICE*** |
| ROMAN STORM, | |
| Defendant. | |

I, Viviana Andazola Marquez, having been duly sworn, state the following:

1. I have never been convicted of a felony.
2. I have never been censured, disbarred, or denied admission or readmission by any court.
3. I am not currently subject to any disciplinary proceedings against me.

DATED: October 22, 2024

WAYMAKER LLP

By: _____
Viviana Andazola Marquez

515 S. Flower Street, Suite 3500
Los Angeles, California 90071
(424) 652-7800

*Attorneys for Roman Storm*

Subscribed and sworn in before me on October 22, 2024

_____ *(notary public signature)*
Tiffany D. Douglas *(notary public name)*
August 24, 2027 *(notary public commission expiration)*



TIFFANY D. DOUGLAS
Notary Public - California
Los Angeles County
Commission # 2460703
My Comm. Expires Aug 24, 2027