UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

-against-                                    23 Cr. 430 ( KPF )

ROMAN STORM,                            **MOTION FOR ADMISSION PRO HAC VICE**

               Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Becky James__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Defendant Roman Storm__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __California__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 13, 2024          Respectfully Submitted,

Applicant Signature: /s/ Becky James

Applicant's Name: Becky James

Firm Name: Waymaker LLP

Address: 515 S. Flower Street, Suite 3500

City/State/Zip: Los Angeles, CA 90071

Telephone/Fax: (424) 652-7800

Email: bjames@waymakerlaw.com