UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> -against-<br><br>ROMAN STORM,<br><br>    Defendant. | Case No.: 23 Cr. 430 (KPF)<br><br>**AFFIDAVIT SUPPORTING<br>ADMISSION *PRO HAC VICE*** |

I, Becky James, having been duly sworn, state the following:

1. I have never been convicted of a felony.
2. I have never been censured, disbarred, or denied admission or readmission by any court.
3. I am not currently subject to any disciplinary proceedings against me.

DATED: November 5, 2024

               WAYMAKER LLP

               By: _/s/ Becky James_____
                 Becky James

               515 S. Flower Street, Suite 3500
               Los Angeles, California 90071
               (424) 652-7800

               *Attorneys for Roman Storm*

Subscribed and sworn in before me on November 5, 2024

_[signature]_____ (notary public signature)

_Gidget Torres_____ (notary public name)

_03/12/2028_____ (notary public commission expiration)

GIDGET TORRES
Notary Public, State of Texas
Comm. Expires 03-12-2028
Notary ID 134803952