UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

                Plaintiff,

-against-

ROMAN STORM

                Defendant.

23 cr 430 ( KPF )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of __Becky James__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __California__; and that his/her contact information is as follows (please print):

Applicant's Name: Becky James
Firm Name: Waymaker LLP
Address: 515 S. Flower Street, Suite 3500
City / State / Zip: Los Angeles, CA 90071
Telephone / Fax: (424) 652-7800

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Defendant Roman Storm__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge