

Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
T 424.652.7800

December 5, 2024

**Brian E. Klein**
Direct (424) 652-7814
bklein@waymakerlaw.com

**By ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



**Re:     United States v. Roman Storm**
         **23 Cr. 430 (KPF)**

Dear Judge Failla:

      We write on behalf of our client Roman Storm to respectfully request that the Court set a schedule for a motion for reconsideration of the Court's denial of Mr. Storm's motion to dismiss. (*See* Dkt. 83 (Order).) The defense has conferred with the government and agreed upon this proposed schedule:

- December 18, 2024 – Defense Motion for Reconsideration

- January 17, 2025 – Government Opposition

- January 31, 2025 – Defense Reply

      The motion for reconsideration will be based on the Fifth Circuit's November 26, 2024 decision in *Van Loon v. Dep't of Treasury*, No. 23-50669, 2024 WL 4891474. In short, the Fifth Circuit found that OFAC's sanctions of Tornado Cash were unlawful. *Van Loon* is directly relevant to issues the Court considered in denying Mr. Storm's motion to dismiss. The defense is still analyzing *Van Loon* and developing its arguments. Because *Van Loon* was issued right before the Thanksgiving holiday weekend and defense counsel has other prior commitments, including traveling to attend Mr. Storm's arraignment on December 9, 2024, the defense proposes the above schedule to which the government has agreed.

//

//

//

WAYMAKER

December 5, 2024
Page 2 of 2

For all of the above reasons, the defense respectfully requests that the Court order the proposed schedule.

Respectfully submitted,

*[signature]*

Brian E. Klein
Keri Curtis Axel
Becky S. James
Kevin M. Casey
Waymaker LLP

-and-

David E. Patton
Hecker Fink LLP

*Attorneys for Roman Storm*

```
Application GRANTED.

Mr. Storm shall file his Motion for Reconsideration on or before
December 18, 2024.

The Government shall file its Opposition on or before January 17, 2025.

In turn, Mr. Storm shall file his Reply on or before January 31, 2025.

Dated:      December 5, 2024
            New York, New York          SO ORDERED.
```

*[signature]*

```
                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE
```