AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cr-430-KPF |
| Roman Storm | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Electronic Frontier Foundation.

Date: January 28, 2025

/s/ Mitchell L. Stoltz
*Attorney's signature*

Mitchell L. Stoltz (SDNY Bar no. 4466272)
*Printed name and bar number*

Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
*Address*

mitch@eff.org
*E-mail address*

(415) 436-9333
*Telephone number*

(415) 436-9993
*FAX number*