

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*38ᵗʰ Floor*
*New York, New York 10278*

February 5, 2025

**BY ECF & EMAIL**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   ***United States v. Roman Storm***
            **23 Cr. 430 (KPF)**

Dear Judge Failla:

    The parties write jointly to seek a one-day extension to the February 17, 2025 deadline for the defendant's advice-of-counsel disclosure and the Government's expert and Rule 404(b) disclosures, in light of the federal holiday on February 17.

    Thank you for your consideration of this matter.


                        Respectfully submitted,

                        DANIELLE SASSOON
                        United States Attorney


By: _____
                      Benjamin A. Gianforti
                      Thane Rehn
                      Ben Arad
                      Assistant United States Attorneys
                      (212) 637-2490
                      (212) 637-2354
                      (914) 993-1907

                      Kevin Mosley
                      Special Assistant United States Attorney