

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

26 Federal Plaza
38th Floor
New York, New York 10278

February 5, 2025

**BY ECF & EMAIL**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Roman Storm*
      23 Cr. 430 (KPF)

Dear Judge Failla:

   The parties write jointly to seek a one-day extension to the February 17, 2025 deadline for the defendant's advice-of-counsel disclosure and the Government's expert and Rule 404(b) disclosures, in light of the federal holiday on February 17.

   Thank you for your consideration of this matter.

                                    Respectfully submitted,

                                    DANIELLE SASSOON
                                    United States Attorney

                              By:   _____
                                    Benjamin A. Gianforti
                                    Thane Rehn
                                    Ben Arad
                                    Assistant United States Attorneys
                                    (212) 637-2490
                                    (212) 637-2354
                                    (914) 993-1907

                                    Kevin Mosley
                                    Special Assistant United States Attorney

Application GRANTED. The deadline for Defendant's advice-of-counsel disclosure and the Government's expert and Rule 404(b) disclosures is hereby ADJOURNED to on or before **February 18, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 125.

Dated:    February 5, 2025           SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE