# EXHIBIT 3



Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
T 424.652.7800

February 18, 2025

**Brian E. Klein**
Direct (424) 652-7814
bklein@waymakerlaw.com

<u>*Via Email*</u>

Nathan Rehn
Benjamin Arad
Benjamin Gianforti
U.S. Attorney's Office
26 Federal Plaza, 37th Floor
New York, New York 10278

    Re:    <u>United States v. Roman Storm</u>
           23 Cr. 430 (KPF)

Dear Counsel:

We write to provide you notice that at his trial Roman Storm may assert an advice of counsel defense and/or a good faith defense based in part on communications with and information received from attorneys. As is permitted by the case law, Mr. Storm will not make a final decision about whether to assert such defenses until after the government rests its case in chief.

Best regards,

Brian E. Klein
Keri Curtis Axel
Kevin M. Casey
Waymaker LLP

-and-

David E. Patton
Hecker Fink LLP

*Attorneys for Roman Storm*