

Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
T 424.652.7800

February 26, 2025

**Brian E. Klein**
Direct (424) 652-7814
bklein@waymakerlaw.com

*Via ECF*

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    **Re:**    <u>United States v. Roman Storm</u>
             23 Cr. 430 (KPF)

Dear Judge Failla:

       We write to respectfully request that the Court remove the letter motion filed on February 25, 2025 (Dkt. 129) from the docket and replace it with the corrected version of this same letter motion filed today, February 26, 2025 (Dkt. 130). The February 25 letter motion (Dkt. 129) contained redactions that were incompletely applied. The February 26 letter motion correctly redacts all information that the government has designated Sealed Material pursuant to the protective order in this action (Dkt. 12).

Respectfully submitted,

Brian E. Klein
Keri Curtis Axel
Becky S. James
Kevin M. Casey
Waymaker LLP

-and-

David E. Patton
Hecker Fink LLP

*Attorneys for Roman Storm*