**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*38th Floor*
*New York, New York 10278*

March 20, 2025

**BY ECF & EMAIL**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Roman Storm*
     23 Cr. 430 (KPF)

Dear Judge Failla:

  The parties write jointly to propose the following revised pretrial schedule.

- June 4: Requests to charge, voir dire, motions *in limine*, and *Daubert* motions.
- June 13: Oppositions to *in limine* and *Dabuert* motions.
- June 25: Government provides 3500 material to the defense.
- June 30: Exhibit and witness lists.
- July 8: Final pre-trial conference, if convenient for the Court.

  Thank you for your consideration of this matter.

            Respectfully submitted,

            MATTHEW PODOLSKY
            United States Attorney

        By: _____
            Benjamin A. Gianforti
            Thane Rehn
            Ben Arad
            Assistant United States Attorneys
            (212) 637-2490
            (212) 637-2354
            (914) 993-1907

            Kevin Mosley
            Special Assistant United States Attorney