

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*38th Floor*
*New York, New York 10278*

March 20, 2025

**BY ECF & EMAIL**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

    **Re:**    *United States v. Roman Storm*
                23 Cr. 430 (KPF)

Dear Judge Failla:

    The parties write jointly to propose the following revised pretrial schedule.

- June 4: Requests to charge, voir dire, motions *in limine*, and *Daubert* motions.
- June 13: Oppositions to *in limine* and *Dabuert* motions.
- June 25: Government provides 3500 material to the defense.
- June 30: Exhibit and witness lists.
- July 8: Final pre-trial conference, if convenient for the Court.

    Thank you for your consideration of this matter.

                                          Respectfully submitted,

                                          MATTHEW PODOLSKY
                                          United States Attorney

                    By:  _____
                          Benjamin A. Gianforti
                          Thane Rehn
                          Ben Arad
                          Assistant United States Attorneys
                          (212) 637-2490
                          (212) 637-2354
                          (914) 993-1907

                          Kevin Mosley
                          Special Assistant United States Attorney

The Court revises the schedule as follows:

-**June 4, 2025:** Requests to charge, *voir dire*, motions *in limine*, and *Daubert* motions;

-**June 13, 2025:** Oppositions to *in limine* and *Dabuert* motions;

-**June 25, 2025:** Government provides 3500 material to the defense;

-**June 30, 2025:** Exhibit and witness lists;

-**July 8, 2025,** at **3:00 p.m.:** Final pre-trial conference; and

-**July 14, 2025:** Trial start date.

Dated:    March 20, 2025          SO ORDERED.
          New York, New York

                                  *Katherine Polk Failla*

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE