

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*38th Floor*
*New York, New York 10278*

May 15, 2025

**BY ECF & EMAIL**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Roman Storm*, 23 Cr. 430 (KPF)

Dear Judge Failla:

    The Government writes to update the Court regarding this case, which is scheduled for trial on July 14, 2025. After review of this case, this Office and the Office of the Deputy Attorney General have determined that this prosecution is consistent with the letter and spirit of the April 7, 2025 Memorandum from the Deputy Attorney General.

    The Government has determined that it will not proceed to trial on Title 18, United States Code, Section 1960(b)(1)(B), that is, the first object of the conspiracy charged in Count Two of the superseding Indictment. The Government intends to proceed on Count One, the Section 1960(b)(1)(C) object of Count Two, and Count Three.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By:    */s/ Thane Rehn*
    Benjamin A. Gianforti
    Thane Rehn
    Ben Arad
    Assistant United States Attorneys
    (212) 637-2354

    Kevin Mosley
    Special Assistant United States Attorney

cc: Defense counsel (by ECF)