UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA,

v.

ROMAN STORM, et al.,

Defendants.

Case No. 23 Cr. 430 (KPF)

**ORDER**

Upon the Notice by Counsel for Amicus Curiae Coin Center, **IT IS HEREBY ORDERED** that the noticed request to withdraw Jeffrey S. Hetzel as counsel for Coin Center is granted, and the appearance of Mr. Hetzel is withdrawn as of the date of this Order.

```
The Court wishes Mr. Hetzel the best in his future endeavors.
The Clerk of Court is directed to terminate Mr. Hetzel from the
docket, and to terminate the pending motion at docket entry 143.
```

```
Dated:    May 16, 2025
          New York, New York
```

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE