# Exhibit 3

# PHILIP A. WERLAU

973.610.6757 | PhilipWerlau@gmail.com

INVESTIGATOR  ◆  CYBERSECURITY ANALYST  ◆  SOFTWARE ENGINEER

## PROFESSIONAL EXPERIENCE

**AnChain.AI |** San Jose, California                                             December 2021 – Present
SENIOR INVESTIGATOR: January 2025 – Present
- Supported government agencies (IRS-CI) and private customers in complex smart contract investigations
- Led smart contract and cryptocurrency training for government agencies

ENGINEERING MANAGER: April 2023 – January 2025
- Led the design and development of Web3SOC, an RSA Innovation Sandbox finalist product, for Web3 incident response.
- Supported government agencies (IRS-CI, SEC, USSS) in complex DeFi smart contract investigations
- Led smart contract and cryptocurrency training for public and private customers

THREAT INTELLIGENCE ANALYST: December 2021 – April 2023
- Led investigations into cryptocurrency transactions related to hacking and money laundering cases.
- Perform smart contract code audits for government institutions and large blockchain companies.
- Led the development of an Ethereum NFT platform and associated web storefront.

**Vijilan Security, LLC** | Miami, Florida                          September 2016 – December 2021
SENIOR SECURITY ENGINEER: August 2019 – December 2021
- Primary Security Information and Event Management (SIEM) Architect responsible for conceiving, designing, and implementing parsing and normalization, security alerts, reporting, and device support for a custom SIEM solution.
- Designed and developed a framework and process to standardize development of parsers with normalization to enable vendor agnostic alerts and queries.

SOC MANAGER: August 2017 - August 2019
- Managed a team of 6 analysts: responsible for training, hiring, and shift scheduling.
- Defined standard operating procedures for incident handling.
- Served as the ultimate escalation point for security issues and was involved in all critical investigations.
- Kept operations running 24/7 during a hurricane with power and phone system outages by rapidly deploying new infrastructure. Afterwards, created a robust emergency contingency plan to improve operational continuity and migrate on-cloud.
- Led response for a ransomware incident impacting a court system.

SOC ANALYST: September 2016 - August 2017
- Responded to security alert tickets generated by a SIEM.
- Performed event log forensics to determine source and validity of potential threats.

-Alerted customers to potentially urgent threats to their network security and provided them with detailed security recommendations.

**Cipherknot, LLC** | Miami, Florida                                              March 2016 – July 2016
LEAD DEVELOPER FOR A NETWORK SECURITY COMPANY
-Created undetected, user-friendly Remote Access Toolkit for Windows and OSX to assess client security.
-Designed and implemented a system allowing remote vulnerability scans of local area networks.

**Intelligent Hearing Systems** | Miami, Florida                      March 2015 – September 2015
QUALITY ASSURANCE TECHNICIAN FOR A MEDICAL DEVICE MANUFACTURER
-Designed a cryptographic system to transition to digitally signed electronic records for FDA compliance.
-Created a suite of software tools to assist in code reviews for quality control purposes.

**DealerAPS** | Doral, Florida                                        September 2011 – September 2014
SOFTWARE DEVELOPER / GENERAL IT FOR AN AUTOMOTIVE MANAGEMENT COMPANY
-Developed an API to create an iPad version of the company's software.
-Developed and deployed rapid hotfixes and new features to the existing software.
-Provided support to domestic and international customers with hardware and software issues.
-Formalized and documented the server configuration and deployment process.

**Freelance Web Developer**                                          January 2007 – September 2011
WEB DEVELOPER
-Created an RSS-based Flash photo gallery to eliminate the need for manual updates.
-Developed custom software for various clients and provided support for their websites.

**Free Society Project, Inc.** | Chatham, New Jersey                    June 2007 – August 2010
WEB DEVELOPER / GENERAL IT FOR A NON-PROFIT ORGANIZATION
-Created a web application to automate, manage, and streamline large email lists.
-Created a suite of web tools for faster multimedia deployment.
-Provided support for the organization's database and website.

## PROFESSIONAL COMMUNITY ENGAGEMENT
-Active member of %27/HackMiami cybersecurity group, including giving talks and hosting events.
-Active member of the South Florida chapter of the Information Systems Security Association (SFISSA).
-Capture the Flag (CTF) Experience: 1th place at DEFCON ICS CTF 2022; 1st place at South Florida ISSA Advanced CTF event, 2019, 2nd place 2020 & 2021; 5th place DEFCON IoT CTF 2023; 6th place DEFCON Ctrl-Alt-Detect CTF 2024
-Hackathon Experience: EthGlobal Scaling Ethereum 2023 finalist – Novusys Wallet

## OTHER
-Intermediate proficiency in Spanish.