# Exhibit 8

From "TrialDiagrams-Auburn Residence 2025.02.17.xlsx," "Auburn Residence SG" Tab:

| Date | Bank Name | Acct # | Account Owner | Transaction Type | Source Amount | Sub Source | Transaction Details (Approx.) | Asset | % Tracing | Dep Amount | WD Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/19/2020 | Tornado.Cash Service | 0xa160 | | Crypto Withdrawal | | | 99.94 | ETH | | | $47,153.69 |
| 11/19/2020 | | 0xb1f0 | | Crypto Deposit | | | 99.94 | ETH | | $47,153.69 | |

From "TrialDiagrams-Ilmira Residence 2025.02.17.xlsx," "Excel Tracker" Tab:

| Date | Service Name | Acct # | Account Owner | Transaction Type | Source Amount | Sub Source | Transaction Amount (Approx.) | Asset | Dep Amount | WD Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/30/2021 | Tornado.Cash Service | 0xa160 | | Withdrawal | | | 100.00 | ETH | | $184,140.00 |
| 3/30/2021 | | 0x0b60 | | Deposit | | | 100.00 | ETH | $184,140.00 | |
| 3/30/2021 | Tornado.Cash Service | 0xa160 | | Withdrawal | | | 100.00 | ETH | | $184,140.00 |
| 3/30/2021 | | 0x0b60 | | Deposit | | | 100.00 | ETH | $184,140.00 | |
| 3/30/2021 | Tornado.Cash Service | 0xa160 | | Withdrawal | | | 100.00 | ETH | | $184,140.00 |
| 3/30/2021 | | 0x0b60 | | Deposit | | | 100.00 | ETH | $184,140.00 | |
| 3/30/2021 | Tornado.Cash Service | 0xa160 | | Withdrawal | | | 100.00 | ETH | | $184,140.00 |
| 3/30/2021 | | 0x0b60 | | Deposit | | | 100.00 | ETH | $184,140.00 | |
| 3/30/2021 | Tornado.Cash Service | 0x910c | | Withdrawal | | | 10.00 | ETH | | $18,414.00 |
| 3/30/2021 | | 0x0b60 | | Deposit | | | 10.00 | ETH | $18,414.00 | |
| 3/30/2021 | Tornado.Cash Service | 0x910c | | Withdrawal | | | 10.00 | ETH | | $18,414.00 |
| 3/30/2021 | | 0x0b60 | | Deposit | | | 10.00 | ETH | $18,414.00 | |
| 3/30/2021 | Tornado.Cash Service | 0x910c | | Withdrawal | | | 10.00 | ETH | | $18,414.00 |
| 3/30/2021 | | 0x0b60 | | Deposit | | | 10.00 | ETH | $18,414.00 | |
| 3/30/2021 | Tornado.Cash Service | 0x910c | | Withdrawal | | | 10.00 | ETH | | $18,414.00 |
| 3/30/2021 | | 0x0b60 | | Deposit | | | 10.00 | ETH | $18,414.00 | |