# Exhibit 11

KuCoin Hack

Saturday, July 13, 2024     10:08 PM

On September 25, 2020, KuCoin announced on their website that they were hacked:





**Dear KuCoin Users,**

We detected some large withdrawals since September 26, 2020 at 03:05:37 (UTC+8). According to the latest internal security audit report, part of Bitcoin, ERC-20 and other tokens in KuCoin's hot wallets were transferred out of the exchange, which contained few parts of our total assets holdings. The assets in our cold wallets are safe and unharmed, and hot wallets have been re-deployed.

We are locating the reason for the incident, and will keep you updated once it is confirmed. **Please rest assured that if any user fund is affected by this incident, it will be covered completely by KuCoin and our insurance fund.**

The next day, they posted an update with additional details:



In this announcement, KuCoin stated that the hacker's wallet address was 0xeb31...8c23:



Using Etherscan, I can see the four transactions that where the KuCoin hacker transferred approximately 11,486 ETH ($4.04 mm) :

Axie Infinity

Sunday, July 14, 2024      10:22 PM

On March 29, 2022, Ronin announced on their blog roninchain.com/blog that Ronin bridge had been hacked for 173,600 ETH and 25,500,000 USDC.  The blog post details the two malicious transaction and it reveals the destination wallet of the stolen funds: 0x098b716b8aaf21512996dc57eb0615e2383e2f96



Here is the transaction showing the 173,600 ETH moving to the hacker's wallet on 03/23/2022:



The stolen 173,600 ETH was combined with 4,870 ETH that was swapped for Tether.  The ETH was moved through a series of intermediary wallets between 04/04/2022 and 05/19/2022.  Between 04/04/2022 and 05/22/2022, 175,100 ETH was transferred to Tornado Cash.  The total amount transferred to Tornado Cash was approximately $449.0 million.



Origin Protocol
Tuesday, September 10, 2024    6:44 PM

On 11/17/2020, Mathew Liu the cofounder of Origin Protocol announced on Origin's blog at
medium.com/@matthewliu/ that the Origin Dollar had been hacked and that value was stolen by
Ethereum address 0xb77f7bbac3264ae7abc8aedf2ec5f4e7ca079f83.





Matthew Liu · Follow
12 min read · Nov 16, 2020

890    8

*OUSD has been hacked, and there has been a loss of user funds. We are actively*
*investigating the issue. We are committed to making things right. Please refer to*
*this blog post as the authoritative source for continual updates over the course of*
*the next few days.*

**Updated at 1:00AM UTC 12.12.2020 (Matthew Liu)**

We have now published our compensation plan in full detail. If you are an
affected user, please refer to that post.

**Updated at 10:26AM UTC 11.25.2020 (Josh Fraser)**

We want to share a rough timeline on when to expect full details regarding
the compensation plan for the OUSD hack. Our current estimate is that it will
take about 2 weeks to have a plan ready to share. It may take longer, but we
hope to get it done faster. In approximately 2 weeks, we expect to be able to
share our proposal for when and how affected parties will be reimbursed.
The actual reimbursement will then happen at a later time. There are a lot of
varying situations that we are trying to understand, so that we can structure
a proposal that is fair to everyone. For example, we are collecting and
analyzing data to understand how many people fall into each of the
following categories:

- Users that have held OUSD in their wallets since the attack
- Liquidity providers on SushiSwap, Uniswap, or Mooniswap
- SnowSwap stakers

Here is the part specifically mentioning where the stolen value was transferred:

medium.com/@matthewliu/urgent-ousd-has-been-hacked-and-there-has-been-a-loss-of-funds-7b8c4a7d534c

**Updated at 10:38 AM UTC 11.17.2020 (Micah Alcorn)**

As promised in an earlier update, we wanted to provide a detailed walk-
through of the attack on the OUSD vault that happened earlier today. We'll
follow up with a full post-mortem in the coming days to explore a variety of
ways to prevent future attacks. For now, we want to quickly shed light on
what happened.

We will also have an upcoming post discussing the latest on our efforts to
recover funds as well as our worst-case scenario plans to compensate users if
we're unable to recoup user deposits.

The attack originated from 0xb77f7bbac3264ae7abc8aedf2ec5f4e7ca079f83,
with a contract deployed at Nov-17-2020 12:40:56 AM +UTC. Here is a
description of the transactions that were initiated by this contract:

. . .

Nov-17-2020 12:47:19 AM +UTC

. . .

Nov-17–2020 12:47:19 AM +UTC

**1. The Flash Loan**

70,000 ETH was borrowed from dYdX.

**2. The Stablecoin Swaps**

17,500 ETH was exchanged for 7,855,911.53 USDT on Uniswap.

52,500 ETH was exchanged for 20,987,772.08 DAI on Uniswap.

**3. The Simple Mint**

Our mint method, which allows the sender to use one type of stablecoin to mint OUSD, was called with 7,500,000 USDT.

7,500,000 USDT was transferred to the vault.

7,500,000 OUSD was minted and transferred to the attacker, as intended.

An analysis of the malicious contract shows the attacker manipulating and withdrawing funds from
Origin as described in the blog post:



## Compounder Finance
Wednesday, September 11, 2024   10:45 AM

Compounder.finance was a rug pull scam that began on 11/29/2020 that was widely reported in the crypto press.

Their website no longer exists, but I found it using archive.org.





The etherscan link on their webpage shows that the compounder.finance Ethereum address is:0x7ef1081ecc8b5b5b130656a41d4ce4f89dbbcc8c





The Compound.Finance contract was deployed by Ethereum address
0x079667f4f7a0B440Ad35ebd780eFd216751f0758 on 11/08/2020 01:50 UTC.



Alpha Homora
Wednesday, September 11, 2024     11:45 AM

On 02/13/2021 05:37 UTC, Alpha Homora DAO was hacked.  Later that day, Alpha Homora released a post-mortem on their official website:





**Alpha Homora**
Feb 13, 2021 - 5 min

HOMORA V2

# Alpha Homora V2 Post Mortem

Dear Alpha community, our partners, and DeFi users, as we have shared earlier, we have closed the loophole that made the exploit possible. We'd like to take this opportunity to thank everyone who has helped us, be it on the technical front and non-technical front. We sincerely appreciate it. We are investigating with the relevant parties and will investigate with the authorities to trace the attacker.

Now, we would like to share a post mortem on the recent Alpha Homora V2 exploit to explain

1. What happened

2. Who is affected

3. What's next and

4. Walk through of technical analysis of what happened.

This exploit is complicated, involving more than 9 transactions. We hope this thorough post mortem will not only be helpful to the Alpha community and our partners, but also to other projects and builders in DeFi.

This moment shows how important it is to continue helping each other out and building a safer DeFi ecosystem for everyone. Alpha team is committed to building and helping builders in the space to create a stronger and safer DeFi ecosystem.

## What happened?

On Feb 13 5:37AM UTC, an attacker exploited Alpha Homora V2 using a series of complex transactions, which involved flashloans.

Here's what the attacker need to know about the code and the setup in order to execute the attack:

This blog post lays out a walkthrough and technical analysis of the exploit:



## Walk through of technical analysis

- Attacker address: 0x905315602ed9a854e325f692ff82f58799beab57
- Attacker's txs: https://etherscan.io/txs?a=0x905315602ed9a854e325f692ff82f58799beab57
- Evil spell address: https://etherscan.io/address/0x560a8e3b79d23b0a525e15c6f3486c6a293ddad2

## Exploit Analysis

1. The attacker created an evil spell (can think of this as equivalent to Yearn's strategy). https://etherscan.io/tx/0x2b419173c1f116e94e43afed15a46e3b3a109e118aba166fcca0ba583f686d23

2. Attacker swaps ETH -> UNI, and supply ETH + UNI to Uniswap pool (obtaining ETH/UNI LP token). In the same tx, swap ETH -> sUSD on Uniswap and deposit sUSD



https://blog.alphaventuredao.io/alpha-homora-v2-post-mortem/

## Walk through of technical analysis

- Attacker address: 0x905315602ed9a854e325f692ff82f58799beab57
- Attacker's txs: https://etherscan.io/txs?a=0x905315602ed9a854e325f692ff82f58799beab57
- Evil spell address:
  https://etherscan.io/address/0x560a8e3b79d23b0a525e15c6f3486c6a293ddad2

## Exploit Analysis

1. The attacker created an evil spell (can think of this as equivalent to Yearn's strategy).
https://etherscan.io/tx/0x2b419173c1f116e94e43afed15a46e3b3a109e118aba166fcca0ba583f686d23

2. Attacker swaps ETH -> UNI, and supply ETH + UNI to Uniswap pool (obtaining ETH/UNI LP token). In the same tx, swap ETH -> sUSD on Uniswap and deposit sUSD to Cream's Iron Bank (getting cysUSD)
https://etherscan.io/tx/0x441eefe434fbef9d9b3acb169e35eb7b3958763b74c5617b39034decd4dd3ad

3. Call execute to HomoraBankV2 using the evil spell (creating position 883), performing:

- Borrow 1000e18 sUSD
- Deposit UNI-WETH LP to WERC20, and use as collateral (to bypass the collateral > borrow check)
- In the process, the attacker has 1000e18 sUSD debt shares (because the attacker is the first borrower)

https://etherscan.io/tx/0xcc57ac77dc3953de7832162ea4cd925970e064ead3f6861ee40076aca8e7e571

4. Call execute to HomoraBankV2 using the evil spell again (to position 883), performing:

- Repay 1000000098548938710983 sUSD (actual debt with interest accrued is 1000000098548938710984 sUSD), resulting in a repay share of 1 less than the total share.
- As a result, the attacker now has 1 minisUSD debt and 1 debt share.

https://etherscan.io/tx/0xf31ee9d9e83db3592601b854fe4f8b872cecd0ea2a3247c475eea8062a20dd41

The blog post also names the attacker's address as 0x905315602ed9a854e325f692ff82f58799beab57.
The malicious contract was 0x560A8E3B79d23b0A525E15C6F3486c6A293DDAd2.

Below are the ERC20 transactions associated with this contract:



Try Roll
Wednesday, September 11, 2024     12:19 PM

On March 14, 2021, Try Roll posted on their website a blog post titled "Security Incident" that stated unknown attacker was able to gain access to the private keys of Tryroll's hot wallet.  The stated that the malicious contract was 0xeaa86ddd49d8907c939413e92888536e4587bd9a and the malicious contract creator was 0x5fe4e7124d1da9046edc67a6499b565241be0167.





An analysis of the malicious contract, shows the ERC20 tokens transferred from the hot wallet and swapped for Ether:



Bitmart

Wednesday, September 11, 2024      1:08 PM

On December 7, 2021, exchange Bitmart announced on their official blog that there was a security incident where an actor stole private keys for their BSC and ETH hot wallets. The incident happened on December 4, 2021 and resulted in an approximate loss of $200 million.



## BitMart Response to Security Breach

BitMart Exchange · Follow
1 min read · Dec 7, 2021

On December 4, 2021, at approximately 6:30 pm EST, BitMart identified a security breach related to two of its hot wallets. Within moments, a security response was activated, with multiple systems shut down procedurally to prevent additional losses, including account withdrawals and the trading of certain pairs.

In concert with leading firms worldwide, a comprehensive security review and investigation was enacted and remains ongoing. Findings thus far indicate that the breach affected two hot wallets: one BSC wallet and one ETH wallet. Based on initial investigation, it appears that approximately $200 million in digital assets were removed by a malicious actor who had gained access to critical private keys.

Since the breach, BitMart has begun extraordinary efforts to ensure the lasting security of its customers and their funds.

Bitmart's CEO Sheldon Xia also release a series of tweets describing the incident:



Sheldon · @sheldonbitmart · Dec 4, 2021
1/3 We have identified a large-scale security breach related to one of our ETH hot wallets and one of our BSC hot wallets. At this moment we are still concluding the possible methods used. The hackers were able to withdraw assets of the value of approximately USD 150 millions.

Sheldon · @sheldonbitmart · Dec 4, 2021
3/3 At this moment we are temporarily suspending withdrawals until further notice. We beg for your kind understanding and patience in this situation. Thank you very much.



An analysis of Bitmart's ETH and BSC hot wallets on 12/04/2021 shows large outflows or ERC20 tokens to Ethereum attacker wallet 0x39f80dCd139458835d47410Ae0DE7181D3edf270 and Binance Smart Chain attacker wallet 0x25fb126b6c6b5c8ef732b86822fa0f0024e16c61.

Here are BSC token transfers showing the Bitmart hacker stealing tokens from the Bitmart BSC smart chain:



Beanstalk
Wednesday, September 11, 2024    4:23 PM

04/19/2022, Beanstalk released a statement on their official blog explaining that on 04/17/2022 at approximately 12:24 UTC approximately $77 million was stolen using an exploit in the Beanstalk protocol.



## Beanstalk Governance Exploit

Beanstalk was attacked on April 17, resulting in a theft of ~$77M in non-Beanstalk user assets.

· Technical Breakdown
· Path Forward
· A Farmer's Guide to the Barn Raise
· Anticipated Replant Timeline

Beanstalk, a decentralized credit based stablecoin protocol, was attacked at roughly 12:24pm UTC on April 17, resulting in a theft of ~$77M in non-Beanstalk user assets. The perpetrator used a flash loan to exploit the protocol's governance mechanism and send the funds to a wallet they controlled. Beanstalk Farms, the decentralized development team working on Beanstalk, is preparing a strategy to safely re-launch a more secure Beanstalk with a path forward.

Yesterday morning, the Beanstalk contract on the Ethereum mainnet was exploited via a previously-unknown issue with Beanstalk's governance process. The Beanstalk Farms team was immediately alerted and took action to temporarily shut off protocol governance and pause Beanstalk. Approximately $77M was stolen from the protocol's liquidity pools. The team has since burned the remaining Beans in the exploiter contract.

Since the attack, the Beanstalk community has demonstrated incredible support for the project and provided numerous thoughtful ideas for a suitable path forward. The Beanstalk Farms team has taken these ideas into consideration and developed a proposal with four primary goals in mind: securing the enduring success of Beanstalk's economic model; attracting sufficient capital to restart Beanstalk; preserving as much of each Farmers' Stalk, Seed and Pod positions as possible, and; aligning new capital with previous Stalk and Pod holders.

### About Beanstalk

Beanstalk is a decentralized protocol that allows anyone to realize the value of an open, credit based stablecoin. The Beanstalk community of lenders, borrowers and savers secures a protocol-native stablecoin, Bean, with the goal of creating the world's most accessible digital money system. By eliminating collateral requirements, Beanstalk aims to be the catalyst for a trustless solution to unlock the universal potential of decentralized finance.

The "Technical Breakdown" link leads to a blog post on Medium.com titled "Beanstalk $BEAN Exploit".  In this article, specific technical details about the exploit are explained.  This article states that the attacker's Ethereum address was 0x1c5dcdd006ea78a7e4783f9e6021c32935a10fb4.





**Secondly**, approximately nine minutes later, the same address deposited the 212,858 BEAN into the Beanstalk Silo (https://etherscan.io/tx/0xf5a698984485d01e09744e8d7b8ca15cd29aa430a0137 349c8c9e19e60c0bb9d)

**Thirdly**, since a proportionate amount of *Stalk* is immediately generated upon a whitelisted asset deposit, this Silo deposit allowed the address to propose Beanstalk Improvement Proposals (BIP) 18 (https://etherscan.io/tx/0x68cdec0ac76454c3b0f7af0b8a3895db00adf6daaf3b5 0a99716858c4fa54c6f/advanced) and 19 (https://etherscan.io/tx/0x9575e478d7c542558ecca52b27072fa1f1ec70679106b dbd62f3bb4d6c87a80d).

BIP-18 was originally left blank, and BIP-19 (exploiter named it InitBip18, we'll get to that later) contained a verified contract that proposed a $250k donation to the Ukraine wallet address, as well as $10k to the proposer.

```
1   // SPDX-License-Identifier: MIT
2   pragma solidity 0.8.13;
3
4   // Ukraine Donation Proposal
5   // Give 250,000 Bean to Ukraine (and 10,000 Bean to the proposer)
6
7   abstract contract IBean {
8       function mint(address account, uint256 amount) public virtual returns (bool);
9   }
10
11  contract InitBip18 {
12      address private constant bean = 0xDC59ac4feFa32293A95889Dc396682858d52e5Db; // Bean Address
13      address private constant proposerWallet = 0xE5eCF73603D9BA0128F05ed30506ac7A663dBb69; // Proposer Wallet
14      address private constant ukraineWallet = 0x165CD37b4C644C2921454429E7F9358d1BA45e14; // Ukraine Wallet
15      uint256 private constant proposerAmount = 10_000 * 1e6; // 10,000 Beans
16      uint256 private constant donationAmount = 250_000 * 1e6; // 250,000 Beans
17
18      function init() external {
19          IBean(bean).mint(proposerWallet, proposerAmount);
20          IBean(bean).mint(ukraineWallet, donationAmount);
21      }
22  }
```

Source: https://etherscan.io/address/0×259a2795624b8a17bc7eb312a94504ad0f615d1e#code

An analysis of this address shows the attacker stealing approximately 24,830 ETH as described in the technical breakdown:

Furucombo
Wednesday, September 11, 2024    4:59 PM

On 02/27/2021, DeFi platform Furucombo was exploited and approximately $15 million was stolen.
Furucombo announced this exploit on their official blog:



# Furucombo Post-Mortem March 2021

**FURUCOMBO** · Follow
Published in FURUCOMBO · 4 min read · Mar 1, 2021

323

## Update

To add an extra layer of protection to Furucombo, we've made the following updates:

1. Frontend Feature: Only approve the amount spent.
2. Redeploy Proxy: Make sure the token allowances of users are 0.
- The new proxy contract address:
0xA013AfbB9A92cEF49e898C87C060e6660E050569

*Aave cubes and flashloan are temporarily down as we are undergoing thorough testing.

## Original Post

Dear Furucombo community, DeFi users, and partners, we'd like to share a full update on the recent exploit that took place.

In this post, we will outline what happened during the exploit that occurred on Saturday 27 February 2021, explain who was affected, outline what we are doing and provide the next steps of how we will prevent this from occurring again.

The technical section of this blog post revealed a transaction associated with the hacker:
0xfaf46447572617a7eef027be43525b3168e4b650c07a50338faa453dda1f1940

https://medium.com/furucombo/furucombo-post-mortem-march-2021-ad19afd415e



After the compromise was discovered, we immediately removed the Aave v2
lending pool from the registry contract at 05:46:16 PM UTC, as this was the
key element of the attack. The attacker's transaction at 05:55:17 PM UTC was
then reverted [4]. Though the handler was not affected, we temporarily
paused the function of Aave cubes. The rest of the cubes remain functional.

· · ·

## Links

- Website: furucombo.app

- Discord: discord.furucombo.app

- Forum: forum.furucombo.app

https://etherscan.io/tx/0xfaf4644757261f7a7eef027be43525b3168e4b650c07a50338faa453dda1f1940

An analysis of this transaction shows that the hacker's wallet is:
0xb624E2b10b84a41687caeC94BDd484E48d76B212

Uranium Finance

Wednesday, September 11, 2024    5:54 PM

On 04/27/2021 the official Uranium Finance Twitter account tweeted that their protocol had been exploited:



They sent a second tweet stating the contract address of the hacker:



On 04/28/2021, in a post to their Telegram channel, Uranium Finance described how the exploit worked:





An analysis of the malicious contract shows that its creator was 0xC47BdD0A852a88A019385ea3FF57Cf8de79F019d:





An analysis of the token transactions in this account shows the tokens being stolen on 04/28/2021:



Shortly thereafter, the hacker swaps the stolen tokens for ETH sent to address
0xc61429117038A1f13881DD7410B80771F28e06ec.

0xfdd300ca82956b6440ce7f13c0aa0d4868a2772063ab5b58bd4e547853248bfd

Spartan Protocol

Wednesday, September 11, 2024     6:36 PM

On 05/01/2021, the official Spartan Protocol Twitter account announced they had been hacked and the hackers BSC address was 0x3B6e77722e2bBe97C1cfA337B42C0939AEb83671.



An analysis of token transfers of this address show the hacker executing the heist:

PAID Network

Thursday, September 12, 2024     10:28 AM

On 3/7/2021, PAID Network published a postmortem on their Medium.com account stating that they
were hacked on 03/05/2021 at 18:00 UTC.  Specifically, the attacker used stolen private keys to steal
approximately 59.48 million PAID tokens.



This blog further details in the "Technical Analysis of the Attack" section that the transaction hash of
0x4bb10927ea7afc2336033574b74ebd6f73ef35ac0db1bb9622627c9d77555a0 shows where the
attacker sends the stolen PAID coin to his Ethereum address.



believe the transfer was total and complete to the fullest extent. We were
mistaken, and assume full responsibility for our lack of thorough
verification.

As a result, the attacker proceeded to use the compromised private key to do
the following:

1. Attacker loads contract deployer address with ETH. Tx:
   https://etherscan.io/tx/0x28494ebcd854735e4d84f55890f0a92376d1af17553
   d998b2ee391a25dbc18c7

2. Attacker calls 'transferOwnership' function on PAID token contract from



believe the transfer was total and complete to the fullest extent. We were mistaken, and assume full responsibility for our lack of thorough verification.

As a result, the attacker proceeded to use the compromised private key to do the following:

1. Attacker loads contract deployer address with ETH. Tx:
   https://etherscan.io/tx/0x28494ebcd854735e4d84f55890f0a92376d1af17553d998b2ee391a25dbc18c7

2. Attacker calls 'transferOwnership' function on PAID token contract from PAID deployer address. Tx:
   https://etherscan.io/tx/0x733dd279b3d24f3415f3850b8eceafc651c1998163dcd0352b9e83c46e2b33d9

3. Attacker deploys a new contract. Tx:
   https://etherscan.io/tx/0xfe6eb5800741e986d6375d8e3f94eefd00cc64ba8896389142fdb6162a34d9b8

4. Attackers burns PAID tokens on the staking rewards address. Tx:
   https://etherscan.io/tx/0x3a483dd881d98541ebbd51e9a64daa700546bae9c2b33a30c2192f9981334b9b

5. Attacker mints 59,471,745.571 tokens, which he sends to his address. Tx:
   https://etherscan.io/tx/0x4bb10927ea7afc2336033574b74ebd6f73ef35ac0db1bb96229627c9d77555a0

6. Attacker approves trading on Uniswap for his address. Tx:
   https://etherscan.io/tx/0x1a23506c2a53e9811ebe7ab9d78ba1ab9e02766d2440ff152437a3176a314a38

7. Attacker proceeds to sell 2,501,203 $PAID tokens on Uniswap for a total of 2,040.4339 ETH before being stopped by the PAID Network team's efforts to pull Uniswap liquidity. All funds (PAID and ETH) remain at the attacker's address, found here:
   https://etherscan.io/address/0x18738290af1aaf96f0acfa945c9c31ab21cd65be

An analysis of that transaction shows that the attacker's address is 0x18738290AF1Aaf96f0AcfA945C9C31aB21cd65bE.



Rari Capital 2021

Thursday, September 12, 2024     10:59 AM

On 05/08/2021, David Lucid, a cofounder of Rari Capital, published on Medium.com a post-mortem on an exploit of their protocol. In his blog, he states that the exploit took place in the morning of 05/08/2021 and resulted in the stealing of approximately 2,600 ETH.

Specifically, Lucid explains that the exploit involved Rari Capital's connection with Alpha Finance.





### 5/8/2021: Rari Capital Ethereum Pool — Post-Mortem

Details on the Rari Capital Ethereum Pool hack on May 8, 2021



David Lucid · Follow
Published in Rari Capital · 3 min read · May 8, 2021

269     3

This morning, an attacker stole approximately 2600 ETH, around $10m USD at the time of writing. These funds were extracted from Rari Capital's Ethereum Pool before the attacker was stopped when the contracts were paused. This loss equates to 60% of all users' funds in the Rari Capital Ethereum Pool.

As core contributors to the protocol, we take such an attack extremely seriously. Below, we describe in detail exactly what happened and the primary steps we will be taking to proactively prevent attacks from happening in the future. In the next couple days, you can expect another blog post describing the potential paths towards making everyone whole again.

The Rari Capital Ethereum Pool deposits ETH into Alpha Finance's ibETH token as one of our yield-generating strategies. This strategy tracks the value of its ibETH as `ibETH.totalETH() / ibETH.totalSupply()`.

On May 9, 2021, Nipun Pitimanaaree, the lead Engineer at Alpha Finance published a blog providing more detail about the attack on Rari Capital.



# (5/8/21) Rari Capital Exploit Timeline & Analysis



Nipun Pitimanaaeee · Follow
3 min read · May 9, 2021

17    1                                      ⌴   ⊙   ⬆   ⋯

**Rari Exploiter address (same address as Value Defi exploiter on BSC):**
https://etherscan.io/address/0xcb36b1ee0af68dce5578a487ff2da81282512233

**Exploiter net gain:** ~2600 ETH (~$10M)

On Saturday May 8th 1:48PM UTC, an exploiter started a series of
transactions to Rari Capital's Ethereum Pool contract and was able to exploit
~2600 ETH in the process that lasted for ~50 minutes.

### High-level Exploit Analysis

- Rari Capital's Ethereum Pool contract calculates the ibETH/ETH
  exchange rate by using the `ibETH.totalETH() / ibETH.totalSupply()`
  calculation from the ibETH contract, which can lead to incorrect
  assumption (e.g. during the `work` function call, where debt value gets
  updated towards the very end).

- `ibETH` is the interest-bearing ETH token on Alpha Homora, which
  represents user's share of the ETH lending pool.

- Alpha Homora is intentionally designed to support untrusted strategies,
  as long as certain invariant holds at the end (e.g., the position's collateral
  value > debt value).

### Exploit & Action Timeline

- **1:48PM +UTC** Rari Exploiter started executing the exploit

- **2:15PM +UTC** We were notified about a suspicious transaction both by

This blog post specifically mentions the attackers Ethereum address:
0xCB36b1ee0Af68Dce5578a487fF2Da81282512233

An analysis of the transactions associated with this Ethereum address shows that consistent with the
blog articles, between 05/08/2021 13:48 UTC and 05/08/2021 14:40 UTC, a sequence of transactions
took place netting the attackers address with stolen ETH.

Poloniex

Thursday, September 12, 2024      12:20 PM

In November of 2023, Poloniex announced on their website that they were hacked.



Poloniex investor Justin Sun tweeted on November 10, 2023 that Poloniex suffered a hacking incident and that they were investigating:



he was offering the Poloniex hacker a 5% white hat bounty.



## Rari / Fei 2022

Thursday, September 12, 2024    12:48 PM

On 04/30/2022, Jack Longarzo, a developer of Rari Capital, tweeted that Rari Capital was hacked:



The same day, the official Fei Protocol twitter handle posted a $10 million no-questions-asked bounty for the return of funds.



Babylon Finance, a participant in the Rari fuse pool, released a Medium.com blog post describing the Rari attack:

medium.com/babylon-finance/babylon-lending-markets-fuse-fei-exploit-d8daa02c40b9



Ramon Recuero · Follow
Published in **Babylon.finance** · 5 min read · May 2, 2022

161

*Babylon is a community-led asset management protocol that enables users to create investment clubs (we call them gardens) and invest in DeFi together. It's built on the Ethereum network and it's non-custodial, transparent, permissionless, and governed by the community. BABL is the governance token behind it.*



**TLDR: Babylon was not hacked. Strategies that deposited into the fuse pool will be backstopped. There is going to be an on-chain proposal in FEI/Rari to refund the loss. If it doesn't go through, Babylon will cover it (up to its means). The goal is that no user funds will be affected.**

On February 10th, we released the Babylon Lending & Borrowing markets. The Babylon Gold lender pool on Rari allows Babylonians and garden strategies to **deposit $BABL as collateral and borrow assets from it.**

Since its inception, the activity has been increasing until reaching more than **$8M in collateral and $2M in borrowings.**

On April 20th, Rari Fuse pools were hacked and more than $70M was extracted.

The blog post goes on to reveal that the attacker's Ethereum address is
0x6162759edad730152f0df8115c698a42e666157f:



https://medium.com/babylon-finance/babylon-lending-markets-fuse-fei-exploit-d8daa02c40b9

n    Q  Search

The TVL in our **Fuse Pool jumped from 8.7M to 46.8M** and the borrowings increased from $2.1M to $43.7M 🙀

WTH happened? Shortly afterward we start looking at the transactions of our Comptroller markets on Etherscan and there there was:

https://etherscan.io/tx/0x254735c6c14e4d338b1cc5bca43aab6b0f395ae060850
13b1b2527180d270a31



The following account 0x6162759edad730152f0df8115c698a42e666157f managed to extract **$3.41M of collateral from our Fuse Pool** between ETH, DAI, FRAX and FEI.

Three Babylon gardens had strategies active on the Fuse Pool: 💧 The Fountain of ETH, 💲 The Stable Garden, and Stable Pebble. Immediately, we took the following measures:

An analysis of this Ethereum address shows activity consistent with an attack on FeiProtocol:

Popsicle

Friday, September 13, 2024     12:35 PM

On 8/4/2021, Popsicle Finance posted on their official Medium.com blog account that they had been
hacked on 08/03/2021.



## Popsicle Finance Post Mortem-After Fragola Hack



Popsicle.Finance (WAGMI) · Follow
5 min read · Aug 4, 2021

370    1

This post is not something that we thought we would ever have to write and
not something that is fun to announce, however as we know yesterday at
10:53 PM UTC time a hacker executed a transaction that managed to drain
85% of the Sorbetto Fragola (UniswapV3 Optimizer) pools.

> This has only affected the Sorbetto Fragola contracts, other contracts such
> as nICE staking, ICE farming contracts and ICE token contracts are not
> affected.

Check out the Hackers Transaction **here**.

Funds lost:

| Currency | Amount |
| --- | --- |
| wETH | 2.6k |
| USDC | 5M |
| USDT | 5M |
| DAI | 160k |
| UNI | 10k |
| wBTC | 96 |
| Total | $20.7M |

## What actually happened?

This post stated that the hacker stole tokens, swapped them for Ether, and then cashed out at Tornado
Cash:

The hacker made the contract believe that he earned as many fees as the total TVL of the pool and thus is entitled to the $20.7m that was in the pool. This hack was only possible because everything happened within one transaction (due to flashloan).

The hacker took all these captured coins and first swapped them for ETH on Uniswap, and thereafter put them through Tornado.Cash to launder them.

- Swap Transaction 1
- Swap Transaction 2
- Swap Transaction 3
- Swap Transaction 4
- Swap Transaction 5

Sadly, neither we nor our 2 editors (Peckshield & Certik) noticed this bug.

For an in-depth look and analysis of the code, you can refer to this analysis by our friends @blocksecteam in the article here.

**So, now what?**

First of all, we would like to address the black hat hacker. **Although this may be a long shot we are offering a completely clean $1,000,000 bounty paid in whatever currency he/she likes if funds are returned.**
We are all working here in the new and exciting DeFi space, having people that find vulnerabilities is a part of the ecosystem, however in order to not scare people away we need to make sure they can trust the space. Returning the funds will show the strength of this crypto community.

@danielesesta @squirrelcrypto @popsiclefinance Twitter DMs are open to start the conversation.

The blog post links to the Ethscan transaction which is shows when hovering over the link. The hacker's transaction hash was 0xcd7dae143a4c0223349c16237ce4cd7696b1638d116a72755231ede872ab70fc.

Check out the Hackers Transaction here.

Funds lost:

| Currency | Amount |
|----------|--------|
| wETH | 2.6k |
| USDC | 5M |
| USDT | 5M |
| DAI | 160k |
| UNI | 10k |
| wBTC | 96 |
| Total | $20.7M |

**What actually happened?**

You can find the Transaction flow here.

In order to start the explanation let's first explain how Fragola actually works.

1. Funds from the user go straight to UniV3.

https://etherscan.io/tx/0xcd7dae143a4c0223349c16237ce4cd7696b1638d116a72755231ede872ab70fc

An analysis of this transaction shows that the transaction was ordered by malicious Ethereum address 0xf9E3D08196F76f5078882d98941b71C0884BEa52.

xToken
Tuesday, September 17, 2024     3:34 PM

On May 12, 2021, the founder of xToken posted on xToken's official Medium.com page that they
suffered a hack.



🌟 Get unlimited access to the best of Medium for less than $1/week.  **Become a member**

# Initial Report on xBNTa, xSNXa Exploit

michael j. cohen · Follow
Published in xToken · 4 min read · May 12, 2021

523

An attacker exploited the xBNTa and xSNXa contracts at 9:44 am EST today
(May 12). The contracts were exploited simultaneously within a single
transaction and the xBNTa Bancor pool as well as the xSNXa Balancer pool
were immediately drained. We noticed price and supply discrepancies on
our frontend about ten minutes later and several community members
alerted us around this time as well. Minting on all xToken contracts was
paused by 10:14 am.

We are deeply, deeply sorry for the loss of funds and are exploring the best
path forward. Total value lost on the Bancor and Balancer liquidity pools was
about ~$25m across several assets. Total value lost directly on the xSNXa
contract was 416 ETH. No value was lost directly on the xBNT contract.

While the attacker minted large amounts of xBNT and xSNX supply in order
to drain the liquidity pools, **all of the BNT and SNX remains in the xToken
contracts**. That said, 416 ETH was extracted from the xSNX contract (the
xSNX contract holds ETH as part of a debt-hedging strategy).

### xBNTa Exploit

Our xBNT contract allows investors to mint xBNT with ETH. The contract
exchanges the ETH for BNT on Bancor and uses the BNT acquired to
calculate the correct amount of xBNT to mint. We pass a trade "path" via a

The blog posts mentions that the contracts were stolen in a single transaction.  I analyzed that
transaction in Etherscan.

Liquid.com

Tuesday, September 17, 2024      4:18 PM

On 08/18/2021, Liquid.com exchange announced on Twitter that they had been hacked:



Liquid.com continued to update its Twitter followers about the hack.  On 08/20/2021 they Tweeted a link to a blog post on liquid.com.  That blog post no longer exists.



Using archive.org, I recovered a version of this blog post from 08/20/2021.  In the post, they explain details of the hack -- approximately $91.35 million of cryptocurrency was stolen comprising 69 different crypto assets.

https://web.archive.org/web/20210620003538/https://www.blog.liquid.com/warm-wallet-incident

https://www.blog.liquid.com/warm-wallet-incident

37 captures
19 Aug 2021 - 3 Jun 2023

(disabled for onchain movement) due to the assistance of the crypto community and other exchanges.

- 69 different crypto assets were misappropriated and sent to other exchanges or defi swapping venues.
- Assets placed in Liquid Earn are not impacted.

Liquid's teams are still assessing the attack vector used and taking measures to mitigate the impact to users.

More information will be provided as it becomes available via Liquid Help Center & Liquid Global Twitter.

During this difficult period we greatly appreciate the support from our customers, other exchanges, security experts, and the broader crypto community. Liquid will continue to do everything in its power to mitigate the impact from this incident and restore full service as soon as possible.

These are the list of known addresses used by the un-authorised party:

| Currency | Wallet Address |
|---|---|
| BTC | 1Fx1bhbCwp5LU2gHxfRNiSHi1QSHwZLf7q |
| ETH/ERC-20 | 0x5578840aae68682a9779623fa9e8714802b59946 |
| ETH | 0x8762db106b2c2a0bccb3a80d1ed41273552616e8 |
| ETH | 0xefb33ccafc98d5fdb27a6f5ff17350ca76bf3b53 |
| ETH | 0xca0e7269600d353f70b14ad118a49575455c0f2f |
| TRX | TSpcue3bDfZNTP1CutrRrDxRPeEvWhuXbp |
| XRP | rfapBqj7rUkGju7oHTwBwhEyXgwkEM4yby |

The blog specifies the ETH/ERC20 addresses used to steal funds:

0x5578840aae68682a9779623fa9e8714802b59946
0x8762db106b2c2a0bccb3a80d1ed41273552616e8
0xefb33ccafc98d5fdb27a6f5ff17350ca76bf3b53
0xca0e7269600d353f70b14ad118a49575455c0f2f

Ether Heist

Ethereum address 0xefb33ccafc98d5fdb27A6F5Ff17350CA76BF3b53 received approximately 538 ETH on 08/19/2021 01:14 UTC consistent with the blog post.  On 07/18/2022 09:28 UTC, approximately 538 ETH was transferred to address 0xE88243506FCc79052d85ad449eF6A02ACE51c3c6 on 07/18/2022 09:28 UTC.

MGNR.io

Wednesday, September 18, 2024      3:02 PM

On October 13, 2021, the official Twitter account of mgnr.io (@mgnr_io) announced that they had been hacked on October 8, 2021.  The tweet has been deleted, but I was able to find a copy of it:

https://web.archive.org/web/20211014032211/https://twitter.com/mgnr_io/status/144848925802970 3168/



On October 8, 2021, the mgnr.io team made a complaint with FBI Los Angeles stating that they were hacked and that approximately $35 million worth of cryptocurrency was stolen and sent to Ethereum

bZx

Wednesday, September 18, 2024     4:41 PM

On 11/05/2021, bZx published a "Preliminary Post Mortem" on their official website.  The website has
been since deleted, but I recovered a copy from archive.org.

web.archive.org/web/20220126183731/https://bzx.network/blog/preliminary-post-mortem

https://bzx.network/blog/preliminary-post-mortem

30 captures
5 Nov 2021 – 31 May 2022

# Preliminary Post Mortem

**We are still investigating, as new information comes to light and unfolds, we will
update this post with new information.**

### Summary

A bZx developer had his personal wallet's private keys taken in a phishing attack. The
phishing attack was similar to one that affected another user recently named "mgnr.io".

The ethereum deployment of bZx protocol is safe following the compromise of an
individual bZx developer's computer and their private keys. The Ethereum bZx protocol
itself wasn't exploited. Since bZx Protocol on ethereum is governed by a DAO, the
ethereum implementation was not affected. Ethereum Governance is also unaffected.

This attack granted the hacker access to the content of the bZx Developers wallet, and
also the private keys to the BSC and Polygon deployment of bZx Protocol. After gaining
control of BSC and Polygon the hacker drained the BSC and Polygon protocol, then
upgraded the contract to allow draining of all tokens that the contracts had given
unlimited approval.

### Who was affected?

* A bZx Developer
* Lenders, borrowers, and farmers with funds on Polygon and BSC, and those who
  had given unlimited approvals to those contracts. We are gathering data on the
  specific wallets which were affected by the attack.
* Funds were also removed from the BSC and Polygon implementation of the protocol.

### Impact and Funds Stolen:

**_Note: We are investigating further to determine the amount of funds that were
stolen. We will update the article once the values have been calculated. _**

* The hacker stole BZRX on BSC and Polygon using the private key then deposited
  some of the stolen BZRX funds to be used as collateral to borrow against other
  funds on the protocol.
* BZRX deployment on Ethereum was not affected and no funds were stolen.
* Funds held in the Polygon and BSC deployment were drained.

The Post Mortem states that bZx developer was hacked and cryptocurrency was stolen starting on
11/05/2021 11:07 UTC.  Various tokens on BSC and Polygon were stolen.

The blog post identifies the following Ethereum addresses as belonging to the hacker to include the
following:

0x967BB571F0Fc9Ee79c892aBF9f99233AA1737E31
0x0ACC0e5faA09Cb1976237c3a9aF3D3d4b2f35FA5
0x1Ae8840cEaEf6EeC4dA1b1e6e5FCf298800b46e6

0x74487eEd1E67F4787E8C0570E8D5d168a05254D4
0xAfad9352eB68cD085Dd68268D353d0ed2571aF89



https://bzx.network/blog/prelminary-post-mortem

INTERNET ARCHIVE
WayBackMachine
30 captures
5 Nov 2021 - 31 May 2022

- Working with Exchanges and investigators to identify the hacker.
- Relaunching Polygon and BSC implementations under DAO control.
- Contact ISP/VPN Provider
- DAO Developing compensation plan for affected users that is appropriate and necessary after the amount lost is calculated and efforts are made to recover funds.

**Hacker Wallet Balances:**

**Polygon**

- 0xafad9352eb6bcd085dd68268d353d0ed2571af89
  - 2M BZRX

**BSC:**

- 0x74487eed1e67f4787e8c0570e8d5d168a05254d4
  - 10M BZRX

- 0x967bb571f0fc9ee79c892abf9f99233aa1737e31
  - 2.5M BZRX

- 0x0ACC0e5faA09Cb1976237c3a9aF3D3d4b2f35FA5
  - Hackers Primary Wallet on BSC used in attack

**Ethereum**

- 0x74487eed1e67f4787e8c0570e8d5d168a05254d4
  - 10M BZRX

- 0x967bb571f0fc9ee79c892abf9f99233aa1737e31
  - 12M VBZRX

- 0x967bb571f0fc9ee79c892abf9f99233aa1737e31
  - 82K BZRX

- 0x74487eEd1E67F4787E8C0570E8D5d168a05254D4
  - $4m in ETH
  - Main Hackers wallet

- 0x1ae8840ceaef6eec4da1b1e6e5fcf298800b46e6
  - Hackers wallet
  - USDT Frozen

Consistent with the blog post, an analysis of these five Ethereum addresses shows large token transfers from bZx wallets and subsequent swaps and liquidations to Ether.

Approximately 9,315 ETH valued at about $39.36 million was sent from these Ethereum addresses to an intermediary Ethereum wallet 0x20d9e73aafe69a3cd66ad7477de7358d0ed44b10 in a series of transactions between 11/15/2021 14:09 UTC and 12/13/2021 05:37 UTC.

An analysis of 0x20d9e73aafe69a3cd66ad7477de7358d0ed44b10 shows that between 11/15/2021 02:14 UTC and 12/13/2021 06:08 UTC, in a series of transactions, approximately 10,960 ETH was transferred to Tornado Cash wallet 0x722122df12d4e14e13ac3b6895a86e84145b6967.  The approximate value of this ETH was $45.94 million.

# Qubit Finance

Monday, September 23, 2024    1:05 PM

On 01/28/2022, Qubit Finance announced on their official Medium.com blog that their protocol was exploited and funds were stolen.  The blog stated that the attack began around 01/27/2022 09:18 UTC:



In the days following the exploit, the Qubit team made additional updates on Medium on the status of the stolen funds.  In a blog post dated 01/31/2022, Qubit posts that the exploiter swapped all the stolen assets for Ether and the funds are in wallet 0xd01ae1a708614948b2b5e0b7ab5be6afa01325c7:



An analysis of Ethereum address 0xd01ae1a708614948b2b5e0b7ab5be6afa01325c7, shows that

consistent with the blog article, this address received approximately 21,044 ETH valued at $55.07 million between 01/29/2022 15:26 UTC and 01/31/2022 23:39 UTC.

Between 02/07/2022 17:55 UTC and 02/07/2022 18:43 UTC, 7,500 of this ETH valued at approximately $23.56 million was liquidated through Tornado Cash wallet 0x722122df12d4e14e13ac3b6895a86e84145b6967.

## Inverse Finance

Monday, September 23, 2024     2:57 PM

On 04/04/2022, a blog post titled "INV Price Manipulation Incident" was posted by the official Inverse Finance account on Medium.com.  That article stated that on 04/02/2022, Inverse Finance had approximately $15.6 million in cryptocurrency stolen through a market manipulation exploit.



# INV Price Manipulation Incident

patb · Follow
Published in Inverse Finance · 4 min read · Apr 4, 2022

55

## What Happened

On Saturday (April 2nd) the Keep3r TWAP oracle for INV was manipulated using a capital-intensive manipulation of the INV/WETH price oracle on Sushiswap, resulting in a sharp rise in the price of INV which subsequently enabled the attacker to borrow $15.6 million in DOLA, ETH, WBTC, & YFI. The manipulation was not a flash loan attack and was not related to Inverse's smart contract or front end code, but rather an error in the TWAP oracle sampling method.

## Details of the Price Manipulation

(h/t https://twitter.com/peckshield )

1. At approx. 08:00 EDT on April 2, 2022 attacker withdrew 901 ETH from Tornado Cash and made a series of trades primarily in the INV/DOLA pool on SushiSwap. This pool maintained relatively light liquidity compared to INV liquidity, for example, on Coinbase.



According to the blog post, the stolen funds were transferred to Ethereum address 0x8b4c1083cd6aef062298e1fa900df9832c8351b3.

An analysis of Ethereum address 0x8b4c1083cd6aef062298e1fa900df9832c8351b3 shows that consistent with the blog post, between 04/02/2022 11:04 UTC and 04/02/2022 11:09 UTC the address received 1,588 ETH and a large amount of WBTC, YFI, and DOLA tokens.

ValueDefi

Monday, September 23, 2024          4:47 PM

On 11/15/2020, Value DeFI posted on their official Medium.com blog page that they were exploited by a
hacker on 11/14/2020 15:36 UTC resulting in a loss of approximately $6 million.



# MultiStables Vault Exploit Post-Mortem



Value DeFi Protocol  ·  Follow

5 min read  ·  Nov 15, 2020

441        ⭕ 2

**Summary:**

The ValueDefi MultiStables vault was recently the subject of a complex
attack that resulted in a loss of user deposits. What follows below is a post-
mortem analysis and a description of proposed actions to mitigate economic
impact on the community.

**The Incident:**

On Nov 14th 2020 at 03:36:30 PM UTC, a hacker performed a flash-loan
exploit on the MultiStables vault of ValueDeFi protocol, which resulted in a
net loss of roughly 6mil$.

The new vault uses our new code of vault v2, which had not been audited.

The blog post details the transaction hash of the exploit as
0x46a03488247425f845e444b9c10b52ba3c14927c687d38287c0faddc7471150a.  An analysis of this
transaction, shows that it is from address 0xa773603b139Ae1c52D05b35796DF3Ee76D8a9A2F.

## Thorchain

Monday, September 23, 2024      5:55 PM

On 07/30/2021, the Thorchain official Medium.com account published a blog post titled "Post-mortem: ETH Router Exploits 1 &2, and premature Return to Trading Incident". In the blog post, Thorchain claims they were exploited resulting in a loss of crypto assets.

The article details that the attacker's wallet is 0x8c1944FAC705ef172f21f905b5523Ae260F76d62 .



---

Medium     🔍 Search

# Post-mortem: ETH Router Exploits 1 & 2, and premature Return To Trading Incident

The ETH Router Exploit 1 & 2, Premature Trading, fixes and network response, as well as the 5 Pronged Response.

**THORChain** · Follow
Published in THORChain · 7 min read · Jul 30, 2021

👏 251       💬 1

## Summary

THORChain suffered two back to back exploits on its ETH Router. The first took all the ETH from the system via an attack contract that sat in front of the Router, and the second took all the economically significant ERC20s via an attack contract that sat behind the router.

In both cases the exploits were able to trick the Bifrost into reporting receiving assets it had not. The root cause was a Bifrost interface that did not fully account for the degrees of manipulation that can occur in smart contract events.

No other chains or assets were affected.

The THORChain team and community have kicked off a 5-Pronged Plan to address, fix and recover. They are detailed below.

The THORChain treasury will cover all losses to LPs. Nodes are not affected.

## Exploit 1 — ETH

The attacker deployed a contract that sat in front of the Router, which was able to call the `deposit()` function of the Router. The ability for the Router to be wrapped was <u>recently made available to support ecosystem development.</u>

---

The write-ups state that the hacker was able to net various ERC-20 tokens to include USDT, XRUNE, and SUSHI resulting in a loss of approximately $8 million.

An analysis of the wallet shows that consistent with the post-mortem, various ERC-20 tokens are transferred from Thorswap into the attacker's address between 07/22/2021 19:00 UTC and 21:42 UTC. These tokens were then swapped for approximately 1,934 ETH using SushiSwap and Uniswap on 07/22/2021 22:27 UTC.

AFKFinance

Tuesday, September 24, 2024      9:53 AM

In September 2021, there were reports that AFK Systems conducted a "rug pull" stealing $12 million of its users' funds.  The rug pull happened on 09/10/2021.

Here is one blog post detailing the rug pull:

https://www.publish0x.com/make-money-private-again/afk-systems-con-job-and-safety-of-defi-protocols-xrnpoke





The HYPE is Back! Get Your Hourly BNB Rewards with
BabyBNB – 2024's Must-Have Meme Coin!

Fairlaunch Date: 30.09.24 04:00 pm UTC

# AFK Systems Con Job and Safety of DeFi Protocols

By Didacus | Make Money Private Again! | 19 Sep 2021

$0.66

On 10 September 2021 a recently established Polygon farm, AFK System, stole over 12 million USD of users' funds and deleted any footprint on the web and social media. Funds in AFK farms, linked to AFK two Masterchef smart contracts

https://polygonscan.com/address/0x6A08491e01b36D116c332C87253a78e6480f7f6D

https://polygonscan.com/address/0xbb3f43008e277543353588ca2a4941f12e3cacc0

were emptied and laundered via Tornado Cash. This is a summary of the events with relevant links.

**From OBELISK AUDIT TRANSCRIPT at https://twitter.com/ObeliskOrg/status/14364938981809315881. On August 21, AFKsystem contacted Obelisk to audit their blockchain contracts. The audit began in early September.**
**2. During the audit we found multiple instances of errors that could be used maliciously. As part of the audit process,**

The same author of the blog post wrote a template police report for victims.



## AFK Systems Con Job and Safety of DeFi Protocols

By Didacus | Make Money Private Again! | 19 Sep 2021

$0.66

On 10 September 2021 a recently established Polygon farm, AFK System, stole over 12 million USD of users' funds and deleted any footprint on the web and social media. Funds in AFK farms, linked to AFK two Masterchef smart contracts

https://polygonscan.com/address/0x6A08491e01b36D116c332C87253a78e6480f7f6D

https://polygonscan.com/address/0xbb3f43008e277543353588ca2a4941f12e3cacc0

were emptied and laundered via Tornado Cash. This is a summary of the events with relevant links.

**From OBELISK AUDIT TRANSCRIPT at**
**https://twitter.com/ObeliskOrg/status/1436493898180931581.**
**On August 21, AFKsystem contacted Obelisk to audit their blockchain contracts. The audit began in early September.**
**2. During the audit we found multiple instances of errors that could be used maliciously. As part of the audit process, a first draft was sent to AFKsystem with proposals to solve the problems.**
**3. On September 11 AFK (September 10 UTC), AFKsystem withdrew the funds deposited in the middle of the audit. It is important to emphasize that a project in the middle of an audit process is still**

According to this author, the stolen funds were deposited into Ether address 0x56eb4a5f64fa21e13548b95109f42fa08a644628.

Similarly, an online post by the Quadriga Initiative, a self-described "community-based, not-for-profit crypto watchdog & fraud recovery platform" details the mechanics of the AFK system fraud:



https://quadrigainitiative.com/casestudy/afkfinancegoesafk.php



| | | |
|---|---|---|
| **EXCHANGE** *AFK SYSTEMS FINANCE* | **FUNDS LOST** | **$12 000 000 USD** |
| **DATE** *SEPTEMBER 2021* | **LOCATION** | **GLOBAL** |

# DESCRIPTION OF EVENTS

"AFKsystem.Finance is a Decentralized Yield Farming Ecosystem created by Yield Farmers, for Yield Farmers. Our $SILVER token ensures that AFKsystem.Finance is owned by its users. $SILVER will only be rewarded to users who benefit the protocol, thus there will be no single asset farming pools, only single asset Missions (AAVE Vaults)." "[T]the address used in the [contract] was filled using tornado[cash]" on July 8th.



"AFKsystem.Finance launching in less than 24 hours, Polygon newest DeFi Yield Vaults! Partnered with Dfyn exchange, join us at our launch on 19th Aug UTC 2PM! Fairly Launched!"

"Our official auditing partner, @0xPaladinSec, has funnily always pointed out these governance privileges to change the router as either high severity or medium severity." "AFK Systems cancelled their Paladin audit in favor of another auditor."

"On the 21st of August, AFK contacted Obelisk for an audit of their smart contracts. The actual audit started at the beginning of September."

ObeliskAuditing, who claims to be the independent auditor of AFKsystem also published a post-mortem in a Twitter thread. They traced the stolen funds and also reported the recipient address as 0x56eb4a5f64fa21e13548b95109f42fa08a644628.



An analysis of the Ethereum address 0x56eb4a5f64fa21e13548b95109f42fa08a644628 shows that consistent with the public reporting, on 09/10/2021 22:01 UTC approximately 2,834,436 DAI tokens are deposited into the address from the Polygon Matic Bridge.



On 09/10/2021 22:03 UTC, the total balance of DAI is swapped for approximately 879 ETH using Uniswap.

# DAO Maker

Tuesday, September 24, 2024     11:18 AM

On 08/12/2021, DAO Maker published a blog post on its official Medium.com page titled "DAO Maker Statement".  In the blog they announced that their protocol was hacked resulting in a $7 million loss.



# DAO Maker Statement — Thursday, 12th of August



**B. M.** Follow

Aug 12 · 2 min read





The rapid expansion of the DAO Maker has posed several challenges to the ecosystem. These include turbulence in project onboarding and changes to company structure.

Regretfully, we must announce that in the early hours of August 12th (approx. 1 AM UTC) DAO Maker faced malicious use of one of our wallets with access to admin privileges.

The cybercriminal, after tentatively testing this exploit and managing to

Flare Token

Tuesday, September 3, 2024     11:52 AM

On 11/13/2022 blockchain auditing company Ancilia, Inc. tweeted that they detected a hack on Flare Token.  They identified the attacker's address as 0xa0a613ca05daa8e8f43130a53be09bbd1a53d898.



An analysis of that address on the Binance Smart Chain shows that on 11/13/2022 15:29 UTC, consistent with the Tweet, the address 0xa0a613ca05daa8e8f43130a53be09bbd1a53d898 received about 3,973,277,600 Flare tokens in txid 0xa09135020bb1271ff684db407783a52163c31c725595cec1e83fc68a751c027.



# Squid Game Token

Tuesday, September 24, 2024     12:17 PM

On 11/11/2021, blockchain auditing firm sharkteam.org published a report titled "Squid game Rug pull: Fund flow analysis".  In their report they describe a "rug pull" situation where the Squid game coin developers stole investor money.

# MonoX Protocol

Tuesday, September 24, 2024        12:31 PM

On 11/30/2021, MonoX tweeted from their official account that their protocol was victimized and funds were stolen:



On 12/01/2021, MonoX published a blog on their official Medium.com account titled "Exploit:Post Mortem".  The blog states that approximately $31 million in cryptocurrency was stolen.





# Exploit: Post Mortem



MONO Family. It's with a heavy heart that we are writing such an update.

The past 24 hours have been difficult, and we're simply at a loss for words. No apologies and no amount of words can describe how the team has been feeling since the attack transpired. We started building over a year ago with a mission to make DeFi more accessible to users and projects. We appreciate all the support we have received along the way from friends, partners, investors and our community of users.

Days like yesterday are horrible, there is no sugar coating the harsh reality of a contract being exploited and people losing money. Our supporters put their faith in a new project like us, and yesterday we let them down.

Security has always been very important to us. We conducted a three-month testnet + bug bounty, and conducted 3 audits prior to launch. In these audits,

This blog links to other published reports analyzing the mechanics of the hack. One such report is published by Rekt.news:



T&C | Videos | **leaderboard** | dark | en

# MONOX - REKT

**Tuesday, November 30, 2021**
MonoX - REKT

read this article also in:
en - es - fr - ko - ru - tr - zh



**rekt by their own token.**

*Over $31 million stolen, across two chains, via a price manipulation of the project's native token, MONO.*

MonoX, which launched last month on Polygon and Ethereum, is a DEX based on Single Token Liquidity pools. Rather than the standard pool model of paired assets de-

The rekt report states that the stolen funds ultimately were transferred to Ethereum address 0x8f6A86f3aB015F4D03DDB13AbB02710e6d7aB31B.

This attacker address is corroborated by MonoX's official Twitter account in this tweet:



An analysis of this address shows that consistent with the Rekt report, on 11/30/2021 13:27 UTC  the address received various ERC-20 tokens valued at $11.89 million to include Wrapped Ether.  On 12/01/2021 05:37 UTC, 100 Wrapped Ether is exchanged for 100 ETH deposited into this address.  On 12/01/2021 05:44 UTC, 100 ETH valued at approximately $.46 million is transferred to Tornado Cash address 0x722122df12d4e14e13ac3b6895a86e84145b6967.

Similarly, on 02/04/2022 13:21 UTC, 2,149 of Wrapped Ether is exchanged for 2,149 ETH deposited into this address.  Between 02/04/2022 13:32 UTC and 02/20/2022 10:00 UTC, through a series of transactions, 2,100 ETH valued at approximately $5.77 million is transferred to Tornado Cash address 0x722122df12d4e14e13ac3b6895a86e84145b6967.

# LCX

Tuesday, September 24, 2024     1:52 PM

On 01/09/2022, cryptocurrency exchange LCX announced on their website that they suffered a hack on 01/08/2022 that resulted in a loss of approximately $8 million.





In this report they detail that the address that received the stolen funds was: 0x165402279f2c081c54b00f0e08812f3fd4560a05.



← ↻ 🔒 https://www.lcx.com/hot-wallet-incident-report/    A⁺ ▭ ☆ ⋯

And lastly, we also continue to work with authorities and external cyber security firms. Additional ... be published here.

**Update January 9th, 2022**

At roughly 11:23 PM CET on January 9th, LCX's Technology team detected unauthorized access of one crypto wallet at the LCX platform. A total of approx. 7.94M USD of crypto assets were stolen. 0.70M USD have been frozen. All other LCX wallets are not impacted.

During this difficult period we greatly appreciate the support from our customers, other exchanges, security experts, and the broader crypto community.  LCX will continue to do everything in its power to mitigate the impact from this incident and restore full service as soon as possible.

**Incident Details**

The hacker wallet address is 0x165402279f2c081c54b00f0e08812f3fd4560a05.

The theft took place yesterday evening, January 8th 2022 between 11:23 PM and 11:37 PM CET.

During this period, the following cryptocurrencies were stolen:

Cryptocurrency (approx. USD value according to Coingecko):

- 162.68 ETH (502,671 USD)
- 3,437,783.23 USDC (3,437,783 USD)
- 761,236.94 EURe (864,840 USD)
- 101,249.71 SAND Token (485,995 USD)

An analysis of the hacker's address shows that consistent with the details publicly reported by LCX, between 01/08/2022 22:23 UTC and 22:35 UTC, various ERC-20 tokens were transferred from a wallet associated with LCX.

Also, on 01/08/2022 between 22:26 UTC and 22:37 UTC, about 162 ETH valued at approximately .43 million was transferred from an address associated with LCX to the hacker's wallet.

The ERC-20 tokens were then swapped between 01/08/2022 22:40 UTC and 01/10/2022 20:29 UTC for ETH.

Superfluid

Tuesday, September 24, 2024    2:28 PM

On 02/08/2022, Superfluid published a blog post on their official account on Medium.com titled "08/02/22 Exploit Post-Mortem".  This post stated that on 02/08/2022 an attacker exploited Superfluid's protocol and was able to steal cryptocurrency.





Superfluid · Follow
Published in Superfluid Blog · 8 min read · Feb 8, 2022

On February 8, 2022, an attacker exploited Superfluid's host contract by passing in faulty calldata, which allowed them to create distribution indexes spoofing several different accounts that held Super-tokens. This vulnerability enabled the attacker to move funds from Superfluid user wallets to exchanges on Polygon and swap to ETH. The funds currently sit in the attacker's wallet.

In total, 11'008 MATIC, 1'507'931 MOCA, 28 ETH, 39'357 sdam3CRV, 19'387'874 QI, 44'581 SDT, 23'653 STACK and 562'834 USDC were stolen by the attacker. At the time of writing, over 2700 ETH is sitting in the attacker's wallet, as well as 500'000 MOCA. The wallet is being monitored. Forensic researchers were engaged to attempt to track down the attacker.

When the development team was first notified of the attack at 6:48 am UTC, after gathering more information and identifying the vulnerability, the decision was made to execute a protocol update which temporarily blocked all agreement invocations. This was done in order to make sure that no further funds could be drained. One hour and a half later, another protocol upgrade containing the actual mitigation was deployed.

At the time of writing, the attack is over and the vulnerability has been patched. There are no additional funds at risk. There are no indications of any other vulnerabilities or attack vectors in the system. After discussions with impacted parties, a compensation plan was developed. More details are provided below.

In the blog post, the hacker's Polygon address was identified as 0x1574F7F4C9d3aCa2EbcE918e5d19d18aE853c090.

An analysis of this address shows that consistent with the post-mortem, the address received various tokens on 02/08/2022 6:17 UTC.

# Hundred Finance

Tuesday, September 24, 2024     3:26 PM

On 03/15/2022, Hundred Finance confirmed on their official Twitter account that they had been hacked:



## Vee Finance

Tuesday, September 24, 2024     3:36 PM

On 09/21/2021, Vee Finance announced via a blog post on their official Medium.com account that they had been hacked on 09/20/2021.



In this post they detail that various cryptocurrencies had been stolen and transferred into the attacker's address: 0xeeeE458C3a5eaAfcFd68681D405FB55Ef80595BA

Analyzing this address show that consistent with the blog post, between 09/20/2021 20:49 UTC and 09/21/2021 07:03 UTC, this address received a large amount of Wrapped BTC and Wrapped ETH.

On 09/22/2021 21:54 UTC, the hacker converted the Wrapped ETH to Ether, netting approximately 8,804 ETH valued at  about $23.28 milli on.



Between 09/22/2021 22:06 UTC and 09/22/2021 23:13 UTC, the hacker sent about 8,806 ETH to address 0xEe33902b81eb4b4A6988EB4Ebbf7E9A72fd2E0B6.

Saddle Finance

Tuesday, September 24, 2024     5:03 PM

On 04/30/2022, Saddle Finance announced via Twitter that their protocol had been hacked:



In another Twitter post, Saddle Finance states that $10.3 was hacked and they shared the Ethereum transaction associated with the hack:
0x2b023d65485c4bb68d781960c2196588d03b871dc9eb1c054f596b7ca6f7da56



On 05/03/2022, Saddle Finance published a now deleted blog on their website titled "Post-mortem of Mainnet sUSDv2 metapool exploit":



The post-mortem identifies two malicious transactions that drained the protocol of approximately $11.9 million in cryptocurrency.

The two malicious transactions were identified as:

https://etherscan.io/tx/0x2b023d65485c4bb68d781960c2196588d03b871dc9eb1c054f596b7ca6f7da56

https://etherscan.io/tx/0xe7e0474793aad11875c131ebd7582c8b73499dd3c5a473b59e6762d4e373d7b
8

An analysis of these transactions show that they were both ordered by address
0x63341Ba917De90498F3903B199Df5699b4a55AC0.

# Harmony Horizon Bridge

Tuesday, September 24, 2024    5:30 PM

On 08/01/2022, Harmony published an article on their official website titled "Summary of the Horizon Bridge Incident". In the article they detail that they suffered an exploit on 06/23/2022 resulting in the loss of cryptocurrency. The article also identifies the hacker's Ethereum account:0x0d043128146654C7683Fbf30ac98D7B2285DeD00



An analysis of the hacker's address shows that consistent with the incident summary, between 06/23/2022 11:08 UTC and 06/23/2022 11:26 UTC a large amount of ERC20 tokens were transferred from the Harmony Bridge. These tokens were swapped for Ether.

Between 06/27/2022 07:10 UTC and 07/01/2022 15:45 UTC, wallet 0x0d043128146654C7683Fbf30ac98D7B2285DeD00 transferred 85,866 ETH to five intermediary

# Uniswap Phishing

Saturday, October 19, 2024          7:42 PM

On July 11, 2022, the CEO of Binance Changpeng Zhao tweeted that there was a potential exploit with Uniswap and that Ether was being transferred to wallet 0x09b5027eF3a3b7332EE90321E558baD9C4447AFA:



The next day this was corroborated in a Tweet from Uniswap Labs:



Hayden Adams, the creator of Uniswap responded to CZ's tweets on the subject stating:



An analysis of Ethereum address 0x09b5027eF3a3b7332EE90321E558baD9C4447AFA shows that indeed it received about 240.41 Wrapped BTC on 07/11/2022 from an Ethereum address associated with Uniswap.

Crypto.com

Saturday, October 19, 2024     8:29 PM

On 01/20/2022 bitcoin exchange Crypto.com announced on their website that they had been hacked on 01/17/2022.



On 08/19/2022, blockchain forensics firm SlowMist released their 2022 Mid-Year Report on Blockchain Incidents and Methods of Laundering.  In their report, they identify the Crypto.com hacker's Ethereum address as 0x6e1218c55f1aCb588Fc5E55B721f1183D7D29D3d:





(Crypto.com Hacker — Timeline of Fund Transfers)