# CLIFFORD CHANCE

CLIFFORD CHANCE US LLP

TWO MANHATTAN WES
375 NINTH AVENUE
NEW YORK, NY 10001

TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

BY ECF

Direct Dial: +1 2128783051
E-mail: celeste.koeleveld@cliffordchance.com

June 17, 2025

Honorable Katherine Polk Failla
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:  USA v Storm, 23 Cr. 430 (KPF)**

Dear Judge Failla:

Thank you for granting Paradigm Operations LP ("Paradigm") leave to file an amicus brief in support of Roman Storm's proposed jury instructions as to the 18 U.S.C. § 1960 conspiracy charge. Yesterday, the Clerk's Office advised us that to file the brief, we would need permission from the Court to add Paradigm as a party in the litigation. Accordingly, we respectfully request that Your Honor allow Paradigm to appear as an "Interested Party" party, so that its amicus brief can be filed.

Respectfully submitted,

*[signature]*

Celeste L.M. Koeleveld

cc:     All counsel via ECF