# C L I F F O R D
# C H A N C E

**CLIFFORD CHANCE US LLP**

TWO MANHATTAN WES
375 NINTH AVENUE
NEW YORK, NY 10001

TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

**BY ECF**

Direct Dial: +1 2128783051
E-mail: celeste.koeleveld@cliffordchance.com

June 17, 2025

Honorable Katherine Polk Failla
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

**Re: USA v Storm, 23 Cr. 430 (KPF)**

Dear Judge Failla:

Thank you for granting Paradigm Operations LP ("Paradigm") leave to file an amicus brief in support of Roman Storm's proposed jury instructions as to the 18 U.S.C. § 1960 conspiracy charge. Yesterday, the Clerk's Office advised us that to file the brief, we would need permission from the Court to add Paradigm as a party in the litigation. Accordingly, we respectfully request that Your Honor allow Paradigm to appear as an "Interested Party" party, so that its amicus brief can be filed.

Respectfully submitted,

Celeste L.M. Koeleveld

cc:    All counsel via ECF

Application GRANTED.  The Clerk of Court is directed to add Paradigm
Operations LP to the docket in this action as an interested party.

The Clerk of Court is further directed to terminate the pending motion at
docket entry 168.

Dated:      June 17, 2025          SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE