# EXHIBIT B

**DOCUMENT PRODUCED NATIVELY**

USAO_SDNY_00454657

041b1cd803934644b5ac3295d21d5d9e,0x43e4f35bc0f1bd9ce6ab76372ab7218ddc6fc0e158d28e0193fa
bc8afc58ad8a,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652612789,2022-05-15
11:06:29.104063,2022-05-15 11:06:29.104090,,,,,,5.34.183.67                        ,,
3b75528710504088ad3e7f6ccf2b1ff3,0xc804c66be067b4abf9a95ed226ef3f1df6a46fce2c58ae7949cfb69
396884a6f,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652612787,2022-05-15
11:06:27.359506,2022-05-15 11:06:27.359534,,,,,,5.34.183.67                        ,,
aadd14179f6640b68b056f54aaff6004,0xb4bfb1dbfeb83ab14619393cea5bb4c69826fde5223911971222d
0b8d07e3032,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652610638,2022-05-15
10:30:38.713041,2022-05-15 10:30:38.713067,,,,,,5.34.183.67                        ,,
7e669f68fb0144eba414ecf2390ad5ce,0xf1695f9afd824defee93aa3c9d45c71165fc1348a79805a76e6ece
3230003441,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652610436,2022-05-15
10:27:16.430977,2022-05-15 10:27:16.431005,,,,,,5.34.183.67                        ,,
a9fbe59a6d444c05928ed0510a14e56d,0x86c7869572aedd7746472ee2cc8cfec2d02cd0257c8fafc348d9
3ca467d8bf68,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652610416,2022-05-15
10:26:56.809937,2022-05-15 10:26:56.809966,,,,,,5.34.183.67                        ,,
026c4f5f18744ac88ca1ffa40915992a,0x25f5d4f16f8cf5f8c4f6b0d086dbfbfcae07e2aacfaacb94d74c06fffb
aba1c0,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652609864,2022-05-15
10:17:44.445727,2022-05-15
10:18:44.492707,0xb7ef9ece7b71ae0180d8b1df1c1657f6f51a92ec31573012ae667001a21f2aee,147793
86,0xe8ac501bd83921fd492ff17c9b3f47073a186a5d,0,0xb4d930279552397bba2ee473229f89ec245bc3
65,5.34.183.67                        ,-15,22052497918
3cd317d5968e489cae7d273ecd4ac7de,0xcea1b09f48bc69039f79192ce53962241b6675161b5314ea719
c583204c8e7c5,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652609806,2022-05-15
10:16:46.908050,2022-05-15
10:17:46.962617,0x91fdd96ad5ec281f14b9eb38caa2510f3b538f464f4703ab2b340aeedb5255fb,147793
84,0x337c4ce104a0317d1f6bd174fb7b3cb00f302b21,0,0xa00e619fcddb7375192e21fbc4e1d00fd096339
5,5.34.183.67                        ,-1,21365695159
66fed66e17b445e48e2cb053fd538177,0xc2b4894170f596facdb8c1db6750fca265ccd9e357edb3b01fd26
f0bbd0090fc,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652609716,2022-05-15
10:15:16.235271,2022-05-15
10:16:16.278514,0x7203893d92034ddfdfc742b6191ca90a0f7cf573f65c76aa94f2fd081b8fc08f,14779375,
0x337c4ce104a0317d1f6bd174fb7b3cb00f302b21,0,0xb4d930279552397bba2ee473229f89ec245bc365,
5.34.183.67                        ,-2,22779402178
c685efe3ba044238bce3fbb5103f3a7e,0xad43792514e61472121b4997342dd1cd48e41f5723f550e9b39b
0769835bf456,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652607396,2022-05-15
09:36:36.722419,2022-05-15
09:37:36.800088,0x130786bc79312e264188d076e0410a76feedd699fda84ee53bc629e0eccdad43,14779
180,0xe8ac501bd83921fd492ff17c9b3f47073a186a5d,0,0x37e808f084101f75783612407e7c3f5f92d8ee3
f,5.34.183.67                        ,-6,19601997784
3e7558b6901b42a3b9426de405f799e1,0xb1061316d70793b3e8ba8326333d6524fbcdbbc2a73b410896
bf4524e560a649,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652607375,2022-05-15
09:36:15.223122,2022-05-15 09:36:15.223148,,,,,,5.34.183.67                        ,,
a2ec30fb1ae54e5fab3b64d19bec9266,0xb6432585616f186de5454c07664f544bf4f54655e23cbdd0cc08
a6ddb79265c,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652607361,2022-05-15
09:36:01.320155,2022-05-15
09:37:01.355455,0x07b7977099e2cc1f42c6912ecb5c95761bd273091235ba98ab2a1e02d4a02ca2,1477
9175,0x337c4ce104a0317d1f6bd174fb7b3cb00f302b21,0,0x37e808f084101f75783612407e7c3f5f92d8e
e3f,5.34.183.67                        ,-3,24894488080
ee9c06bdb7f24755bb9073ce0cba739c,0x93a09197b5950074450b8c919d753b57dab77ac19c13066cafc
1439440e5410f,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652607254,2022-05-15
09:34:14.473454,2022-05-15 09:34:14.473477,,,,,,5.34.183.67                        ,,
78ddd0202aea4177b880f54068f29cdd,0x9e536e444c70c1cd110b6999d51019f733987a6390848d46d18
a7228d3521729,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652607236,2022-05-15
09:33:56.855076,2022-05-15 09:33:56.855104,,,,,,5.34.183.67                        ,,
bd90ae2a03694214baac1c584044bd61,0xd3d42e3d096271eb13d4cdddfdb2ee66fe81de58fcc04fedbebe
8c755819071f,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652607073,2022-05-15
09:31:56.113443,2022-05-15
09:32:56.187083,0x7833eb1eceed4efc2b3e1ea56453d107d30c2ffcc6635044ea9cfe176880fcf0,1477916
3,0xe8ac501bd83921fd492ff17c9b3f47073a186a5d,0,0xddf2d1573cdd03ad2e293c8f684be5d4cdd1275
,5.34.183.67                        ,22,14071201978
f42a248675b2481a8958c79b3ccd2ecc,0xb2edc7aa69de48d2da36d35213a558ced54a534b22ea36c0d4b
a00fd24e47f34,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652607073,2022-05-15
09:31:13.805819,2022-05-15
09:32:13.884452,0xe8b09d87c2e806f9888fd38bdebe8dad6195cbeae70b4f419f89f77fab0ef6c5,1477915
7,0x337c4ce104a0317d1f6bd174fb7b3cb00f302b21,0,0x791f60fec5c5f0b65c2d1d581d77fa5adaa678d0,
5.34.183.67                        ,-1,16378695051
43740103e985485288dcac5fe611f82b,0x6894c006452214ad91fdc70ea7ee90b5871b13d79a7aa551452
d2262e84bdd5c,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652606873,2022-05-15
09:27:53.192939,2022-05-15 09:27:53.192964,,,,,,5.34.183.67                        ,,

7b19db0565c14f6a9be520b25e2810f3,0x2f8e053e93d179b591cbfca66416806f067bbb8ed312d45ccefae
0d744ab46d6,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652606857,2022-05-15
09:27:38.021661,2022-05-15 09:27:38.021682,,,,,,5.34.183.67                    ,,
558416025f3a42d3ab0675ab8728b4dc,0x91fa806f266e14a08e81cd86e73fb23764d358fee3789d75b13a
1bb685a0c935,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652606744,2022-05-15
09:25:45.309653,2022-05-15
09:28:45.661293,0x9d125e8fa4caf07196093b338976710bb49c37855ebf83675dbc4e4b5c16ec0c,14779
139,0x337c4ce104a0317d1f6bd174fb7b3cb00f302b21,0,0x0ddf2d1573cdd03ad2e293c8f684be5d4cdd1
275,5.34.183.67                    ,112,20737074736
da6f70d00d7040c59251c81115b6db66,0xe1db98ef0ccb4514144620b545ec7dc0d403153554d9fbde76b
3403f3ca1f4a1,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652606738,2022-05-15
09:25:38.878696,2022-05-15
09:26:38.959627,0x2655b3e164fb4dcfc18f4481ecee06f9e277fce73af14382c24baf313a342a92,1477913
1,0x337c4ce104a0317d1f6bd174fb7b3cb00f302b21,0,0x0ddf2d1573cdd03ad2e293c8f684be5d4cdd127
5,5.34.183.67                    ,-1,20737074736
4ee58d8047514c7f8eccd2a65b1ed1c8,0x02d564aa9153c85e92324b706d30726bf0d0d19fa09ef3d02b2c
842a2c3a4864,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652557806,2022-05-14
19:50:06.241674,2022-05-14
19:51:06.308195,0xf000dd9174800416aaf923d1d7291fd75a2706465c1ed4f0c5b361102ff3e880,147755
41,0xe8ac501bd83921fd492ff17c9b3f47073a186a5d,0,0x668dbf100635f593a3847c0bdaf21f0a09380188
,5.34.183.67                    ,5,30000335759
1430153cd2ba40229e38846cf5ed1853,0xce2e620c0adb2db0861bec6b9893d4b1a8893a9da2baba2b9a
0b0c58699b953a,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652557778,2022-05-14
19:49:38.449100,2022-05-14
19:50:38.496412,0xf89d4a4b63cd5cc466386e891d5dc6991991d3e3fc56ea3df4a4a003f7c0a4f3,147755
37,0x337c4ce104a0317d1f6bd174fb7b3cb00f302b21,0,0x668dbf100635f593a3847c0bdaf21f0a0938018
8,5.34.183.67                    ,-1,34705637831
a20a314859dd4349934081f202f8c1b5,0x7bc7ed6c67a9c17b99ab2562557289cc76c56d04b57ce74a96d
b7b97eddf4cfe,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652557678,2022-05-14
19:47:58.972695,2022-05-14
19:48:59.020420,0xaa15cb65978620d286daeea237b7c1e95b20503ac95c3f0c546d2fe1964348c4,14775
530,0xe8ac501bd83921fd492ff17c9b3f47073a186a5d,0,0x76333b38567f78240d6276e5b3985baa6fa5fd
a5,5.34.183.67                    ,-8,31096991657
8d552263da924bdab291410bccc08ee4,0x69f0facb356423ce1d68ab8543073eac179f2808175ca892266
61d9154ff5437,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652557621,2022-05-14
19:47:01.976882,2022-05-14
19:48:02.120422,0xf83498e2a80113667c1dbe4424102d2081d19f29d7f7b51fb3b5d9f94ab28483,147755
26,0x337c4ce104a0317d1f6bd174fb7b3cb00f302b21,0,0x0d97bac371c34fbeccbbe64970453346e4e2ba
b3,5.34.183.67                    ,-4,35323367016
e214b3cd635c4e4a80b7614a3a280ad1,0xfbdcd1cabcacc243c443c7c2d7e402c79df22258e599a77e2b7
d7b63e18d08a1,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652557596,2022-05-14
19:46:37.368228,2022-05-14
19:47:37.468669,0xcfd9d3a812ca606f21ea464472c978d3b7353b35d0f166eec4922ff664e648b7,147755
25,0x337c4ce104a0317d1f6bd174fb7b3cb00f302b21,0,0x76333b38567f78240d6276e5b3985baa6fa5fda
5,5.34.183.67                    ,-4,37825058138
6359eb62288c4e18803023bab1620289,0x9c117ccd6d14dd80d790da4b8fcf58c2733efaf7d73ead236de1
141eaf976dd7,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652557593,2022-05-14
19:46:33.821438,2022-05-14 19:46:33.821466,,,,,,5.34.183.67                    ,,
8d306665af4b41b69095bf546f83e21c,0x8eb937d102ac7694764c487adc8cc35f52bbd039371d67713fba
99c7a112746c,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652557560,2022-05-14
19:46:00.345052,2022-05-14
19:47:00.400712,0x9deab31b4232d7233a0a396248a7db1c0ff7c41a6bad4a4e8226b5cda4340fba,14775
524,0x337c4ce104a0317d1f6bd174fb7b3cb00f302b21,0,0x76333b38567f78240d6276e5b3985baa6fa5fd
a5,5.34.183.67                    ,24,29523207671
04b1ec86d838456b90dc0d68178ac0fc,0xac518af5ad275341b508a547beb9e2bffb6ace98553b633046f2
04638c0b2678,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652557096,2022-05-14
19:38:16.829751,2022-05-14 19:38:16.829775,,,,,,5.34.183.67                    ,,
55da3e07bb0e4081b1225fcee0596903,0x40cddceaec99f2782cbb8c608d4fb9eb278f5c0985dccd7aa5fa0
da4dcbd1a20,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652556345,2022-05-14
19:25:45.889454,2022-05-14
19:26:45.943918,0x16b4535230cd2adcf144fd0cc1f12bd6a0f8f21d396a3e29b903db7edd214d1d,147754
29,0xe8ac501bd83921fd492ff17c9b3f47073a186a5d,0,0x2b591e99afe9f32eaa6214f7b7629768c40eeb3
9,5.34.183.67                    ,1,36187057203
6ab812347cb8401fb3213ebf018c6018,0x5484f69a9fa32bff510007ed388460ee4b0e4b9101e429ea1a5d
8d1c3c52596c,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652556319,2022-05-14
19:25:19.554861,2022-05-14 19:25:19.554883,,,,,,5.34.183.67                    ,,
cba46d157d974c2784e1a895070e2166,0x8a0a9b3e153cbb9e5b211aa995679c190ec99cd5c3160da653
94c78c4ce67cc4,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652556290,2022-05-14
19:24:50.560327,2022-05-14

19:25:50.772737,0x1f8cb0287f3c4ef7bd2c0dd6b15c0e314d3915b09ff4ae5bc735460eeaab06ce,147754
22,0x84971bc19183c4903eb21be92dfc5454a37a3212,0,0x2b591e99afe9f32eaa6214f7b7629768c40eeb
39,5.34.183.67                    ,-1,29170763663
5ffa2aa4271e448483c0ed4b0322fb0d,0x1e169d31cdfc21b4c6442c80a90e554f56272716ecf6244144978
a45c326518a,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652556021,2022-05-14
19:20:21.411560,2022-05-14
19:21:21.450015,0xaa6437f1dffa90e543e3fb15bbff846c99f2980e5563b69c499be65c8ba62110,1477540
1,0xe8ac501bd83921fd492ff17c9b3f47073a186a5d,0,0x2b591e99afe9f32eaa6214f7b7629768c40eeb39,
5.34.183.67                    ,-11,29006649402
58def1997d8746d4aa58d208560be894,0xc74202aeaad710c7301daaaee186c9db9c0802ec7e35180f13f
c9adf58e61b63,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652555980,2022-05-14
19:19:40.792392,2022-05-14
19:20:40.936548,0x832da58077a61ccb8678387e98512b3dff769bb19595bb0bbf771096f9a2129d,14775
399,0x84971bc19183c4903eb21be92dfc5454a37a3212,0,0x2b591e99afe9f32eaa6214f7b7629768c40ee
b39,5.34.183.67                    ,-2,34762936956
71d46756886542fe8eb004254e0af7bc,0x1c5d977b38fb77ad40b046d410ad582f2d017536cb4b5655740c
e2565928dd9b,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652555872,2022-05-14
19:17:52.792556,2022-05-14 19:17:52.792577,,,,,5.34.183.67                    ,,
b13b81054aba4f578e39314ebe990221,0xad87eff2eab69e8bd0ade0e52b19efb970bcbc07ff80053896a2
4912c0a3d017,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1652555837,2022-05-14
19:17:17.247139,2022-05-14
19:18:17.408647,0xb0ee6cfe4cef035623e2359fad3a618599f431479703d3f39502872df21fbce7,1477538
9,0x84971bc19183c4903eb21be92dfc5454a37a3212,0,0x2b591e99afe9f32eaa6214f7b7629768c40eeb3
9,5.34.183.67                    ,-2,28932773254
6b9062d2561e4592aea866a12cd786e3,0x3d45bbbc7021a37688dc3a1847c0b751590f76340fee5052e22
b30f07b2eebf1,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1612008599,2021-01-30
12:09:59.116999,2021-01-30
12:10:59.171780,0x5f852a7f998fa5711c58f1b615c2025ce116fc861f4da257cf64d05e8365e2b3,1175717
8,0x85a3d4d000e622cb906add0ac7dd79e8c1c83056,0,0xfab46e002bbf0b4509813474841e0716e67301
36,"46.38.44.117, 54.90.194.84          ",34,70000000000
f83d2339995f4f4a92ff275170080dd4,0x32301b975abff4c9551556a9db7352b483507970f62ea6d0b1c38
8b30c23cf4f,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1612007971,2021-01-30
11:59:31.886816,2021-01-30
12:00:31.924389,0xc1e4495ca7741f735a4a77bb89ee9c5fa95846f3b58ff841e74ce2eeff108b75,1175712
7,0x85a3d4d000e622cb906add0ac7dd79e8c1c83056,0,0xfab46e002bbf0b4509813474841e0716e67301
36,"46.38.44.117, 18.234.239.38          ",34,69000000000
720f6738478a4bf78b357bce6d13f48b,0x74b21e7ddc1a64efb66c5431571c5217d0c8b942cde041915537
09939bf86f1c,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1610732466,2021-01-15
17:41:07.718040,2021-01-15
17:41:29.892023,0xb4fa9d400184b9a482abb178db1e1dde344667c54550c9530d4569101bcef0b9,23024
494,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x5b5e2af89a24635e63916c56df12830ab0380
153,200.68.137.141             ,6,10000000000
3133ec25f0a74cae9114826b5f2277db,0xbdc20691aa45ea62fde8266e67b5be6a9898671550258e97ea9
e43e2b1dd16fb,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1610732454,2021-01-15
17:40:55.306883,2021-01-15
17:41:15.837670,0xec439427c9d7d7f74427aa8002c9db0fa0d869b5d7149d440af72ee951e334b2,23024
492,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x5b5e2af89a24635e63916c56df12830ab0380
153,200.68.137.141             ,6,10000000000
392e9d5c110649109f672c3783c9ff26,0xe35517f0928a51b9bdda17ee605328c4e942c9491fcb09370455
c64c1a913b3e,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1610732443,2021-01-15
17:40:43.495193,2021-01-15
17:41:03.560208,0xe3ad6e3bd79866d430afe1b688e495b79324661f1dd37a18744b627dd9e8b5e6,2302
4491,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x5b5e2af89a24635e63916c56df12830ab038
0153,200.68.137.227             ,9,10000000000
3c1dd9ae17ea4e389d5638b3604992b3,0xc25ec759c2030556d6013a69d0e33430e12363e8289cb56a8f
c253b5148413a6,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1610732435,2021-01-15
17:40:35.911141,2021-01-15
17:40:56.727389,0xc597d344b010d53adde77601d76fdc6a45614ab1f2e03d2d29b46763c4735e2b,23024
489,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x5b5e2af89a24635e63916c56df12830ab0380
153,200.68.137.227             ,5,10000000000
ae5f7d6a84234abd8534c3a74472a9bd,0xbc579803da2ac850f6ef38aafbbabec2579976cfe36710e71f70d
37af6bd5162,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1610732422,2021-01-15
17:40:22.253882,2021-01-15
17:40:42.555250,0x4c534eb47d8d3916d2cee510dac351a554abd6f640e71d5752df1f66643727b7,23024
488,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x5b5e2af89a24635e63916c56df12830ab0380
153,200.68.137.227             ,10,10000000000
6caa9b261f404f26990ae76a12991f52,0xf0b836f2b17c0f0cde71ddea8900a8ea833b8cc0a2a81f8d134b5
ce723f8e508,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1610732405,2021-01-15
17:40:05.639134,2021-01-15

17:40:27.132500,0x52dd08b7c2b4a79a2a0929ec00d7b5161f27da35905bf2953b0983a896a6a300,2302
4485,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,,200.68.137.227
,7,10000000000
73b9eeaf83bd44569d0777d75232696e,0xac0b637fa10d6b25af2d312e59b9e0ce039900642d41b291dfa
25fb00e3bfc86,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1610732393,2021-01-15
17:39:53.507594,2021-01-15
17:40:13.636011,0x419ddc890e85ad4567b31d2cd4ef71cbc7fdf5b45dd8b36c673f7770a1734571,230244
83,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,,200.68.137.141          ,7,10000000000
2a1080369b934030a61a0f758c4845cf,0xeced5bf5fc7f96bd55f4d7e6ccea3fdd6ebefd138a1d93a01cc281
8863fe851f,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1610702466,2021-01-15
09:21:07.745169,2021-01-15
09:21:27.962017,0xe731626d490cf269c8414be075920071730a54f2ee50952e0f43a9afd0ad15e1,23020
056,0xfa7765e13699663ba52bf5952dcc1934c3725dfe,0,0xfab46e002bbf0b4509813474841e0716e6730
136,"77.34.127.222, 52.90.44.237          ",6,1000000000
93ef6ee7796a40b0a9ffbe81e504ef5e,0x83bef84185dfee552bde42a3157a6608853d81dbe15320f41a186
7d36fe85988,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1610449065,2021-01-12
10:57:46.132459,2021-01-12
10:58:06.286114,0x674c739014a953e0334b28ad19177a1e8a935d9da2b24fe638edbf52f44b1ca1,22982
166,0xfa7765e13699663ba52bf5952dcc1934c3725dfe,0,0xfab46e002bbf0b4509813474841e0716e6730
136,"5.18.189.219, 3.208.13.214          ",7,1000000000
0f097cc9748041e6bdd2d371e9acc60e,0x5fa5ba769df0fb1e364069ae75899fa1b11710adb492e768ad04
ac0e8328eb66,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1609833113,2021-01-05
07:51:54.632164,2021-01-05 07:51:54.632193,,,,,"46.38.44.117, 3.239.149.237          ",,
2e735a32772b4cb788d34617db3be87c,0xd51f4c2a90fb49f9d1bd09f50446574d6d6979a2d96fde83ce52
e202ae8cdf8d,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1608032561,2020-12-15
11:42:41.317847,2020-12-15
11:44:41.456388,0x4f96c6f54230141f6e0e857341dcf3f4b791617050f69865fefe790067d64fb2,11457413
,0xf87af975cb30b56368e7d16f047fac7d7e61656d,0,0x4976fb03c32e5b8cfe2b6ccb31c09ba78ebaba41,6
2.4.55.7                  ,3,80000000000
599ff6d4edee40969d4e137ef8a29602,0xe6d1e440dddb11658b5f7a1e5347abb728eea62af72b0311d8d8
3a4f4ed2a01d,rinkeby,/v3/9b8f0ddb3e684ece890f594bf1710c88,1607364885,2020-12-07
18:14:46.230500,2020-12-07
18:15:46.869373,0x6a6e8bb7acb0fbfc113cf1ec58ed0806426fcce3c1bc849daf62e225f0a2c8e3,7679475,
0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x07aa63b3ef44cc1cd10d990cd1e4d344e135f4b6,
62.4.55.44                  ,13,20000000000
8d75ad4db1ca46428a92da17a6d9ec1c,0x3685e5857f6707f4d4865bca989e87c6bb834258429203c4cc2
d6e46e57c11af,rinkeby,/v3/9b8f0ddb3e684ece890f594bf1710c88,1607364877,2020-12-07
18:14:37.644510,2020-12-07
18:15:38.948833,0x3cc216c988c196c1e3d72eb5026e7e00c623f8aacc32f872c41c5db92c772fb4,767947
4,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x07aa63b3ef44cc1cd10d990cd1e4d344e135f4b
6,62.4.55.44                  ,6,20000000000
2a63f49482d74097ae6f11227d5ed55e,0x80a6acd76db346d68115e6aff11e882a8179f2e88ebaf025fcbfb
439226ac136,rinkeby,/v3/9b8f0ddb3e684ece890f594bf1710c88,1607364857,2020-12-07
18:14:17.638442,2020-12-07
18:15:19.911917,0x65dd2084d16a0ce5137b3fb59f7856ab224f057ecb14680e4e7c323db2d2f47d,767947
3,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x07aa63b3ef44cc1cd10d990cd1e4d344e135f4b
6,62.4.55.44                  ,11,20000000000
3a042bfef7644ff5aef418be0f269319,0x859162ea617e89a17c8df3836447e29ac3932a55cafb5ca1118e4a
5d1c8afd0d,rinkeby,/v3/9b8f0ddb3e684ece890f594bf1710c88,1607364841,2020-12-07
18:14:01.884707,2020-12-07
18:15:01.979728,0x9a4ecd7f8e8bd63a3dfd6fca7ebe801fe72bde66ec605af3585e3a2aa131736c,767947
2,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x07aa63b3ef44cc1cd10d990cd1e4d344e135f4b
6,62.4.55.44                  ,12,20000000000
0a5611fa36ce4aadbab83bd4f80083cb,0xfad7e1a34d884209370a38686a8f4416389319b3c48166cb7479
c799d776c1a6,rinkeby,/v3/9b8f0ddb3e684ece890f594bf1710c88,1607364827,2020-12-07
18:13:47.887066,2020-12-07
18:14:48.102594,0x3efb9ffe7aa36b374f286facee2a636715fd11b25f447852a9499486549e3632,7679471
,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x07aa63b3ef44cc1cd10d990cd1e4d344e135f4b6,
62.4.55.44                  ,11,20000000000
b01dfeb4f0674147b78fb0a4edc01361,0xc6058d79d994e19f0dd6abe1c03a8bf03e19f0a41adc3152a63db
b2fd2ca3a70,rinkeby,/v3/9b8f0ddb3e684ece890f594bf1710c88,1607364812,2020-12-07
18:13:32.722320,2020-12-07
18:14:32.876540,0x30056773acc7ad16921947d8a4a577f73be6a630bf850c543f1e5d4eb789d092,76794
70,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x07aa63b3ef44cc1cd10d990cd1e4d344e135f4
b6,62.4.55.44                  ,11,20000000000
248a9aba387a42558288833d73ac9b8c,0x1a3e41b5b18a6410286c394d52c2fa0d280900f24af537c0818f
6db63e33db51,rinkeby,/v3/9b8f0ddb3e684ece890f594bf1710c88,1607364798,2020-12-07
18:13:18.833762,2020-12-07
18:14:18.908768,0x79f27713d6d6b95a103759cef813758307947931a6e0113aaf6f93ea287a0205,76794

69,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x07aa63b3ef44cc1cd10d990cd1e4d344e135f4
b6,62.4.55.44                ,10,20000000000
e2706dc9dc8443f8966a0b0c9ab1ab45,0xcc9fdd97159a34910caf5057d4354c8a08347692bbaa76d27d9
baabb2e57c661,rinkeby,/v3/9b8f0ddb3e684ece890f594bf1710c88,1607364784,2020-12-07
18:13:05.505279,2020-12-07
18:14:06.479007,0xd966ca4cc5dd2d08447c1b264a95736d7faeb1d38ccc229a2b37bddd76523231,7679
468,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x07aa63b3ef44cc1cd10d990cd1e4d344e135f
4b6,62.4.55.44                ,9,20000000000
1b0fceb1fa8d4a409a63eef9d98a79cb,0x270a1674a5c5b9fdf41a7a964934cd01e822adc78b3c5b90ab30
94abd58e76e3,rinkeby,/v3/9b8f0ddb3e684ece890f594bf1710c88,1607364769,2020-12-07
18:12:49.387944,2020-12-07
18:13:49.435224,0x7e131175f84fb233c8a1fe94e3c1de144f1ff73eb3579066bce7b36b7740ca47,7679467
,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x07aa63b3ef44cc1cd10d990cd1e4d344e135f4b6,
62.4.55.44                ,9,20000000000
ee7ddb7135164704a09df7d26fcd687c,0xc6e010e341c991fbb6548297485dcf2b2e0ee50f15f612e28a9e1
ffd498c70c6,rinkeby,/v3/9b8f0ddb3e684ece890f594bf1710c88,1607364754,2020-12-07
18:12:34.550758,2020-12-07
18:13:34.918555,0x3fa1d5e89de5b19acca7bde5993fae8cdb97d1f73a69250a64c9abc226261a86,76794
66,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x07aa63b3ef44cc1cd10d990cd1e4d344e135f4
b6,62.4.55.44                ,9,20000000000
ab34880b02c0494bbc222e6e8df89aa4,0x0e885e6f1613d4ea9ec929b608b5ed93bcd7e29059acccaa1a2
2234176c9cb12,rinkeby,/v3/9b8f0ddb3e684ece890f594bf1710c88,1607364724,2020-12-07
18:12:06.574882,2020-12-07
18:13:06.649599,0x1bcc4c2be2ef5fef69ba7d524fbac13f81ab83baaaa39afd3d5ecccf080d223b,7679465,
0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x07aa63b3ef44cc1cd10d990cd1e4d344e135f4b6,
62.4.55.44                ,24,20000000000
c58aa8f131f64fd68a291681ece985b7,0x83b4daa4392e43df822250adcee429720ed3dc973fba4e480b76
0dd755ef1034,rinkeby,/v3/9b8f0ddb3e684ece890f594bf1710c88,1607364709,2020-12-07
18:11:49.408800,2020-12-07
18:12:50.709812,0x073c2bda6c12df427c952ba8c66fa721d19288fdba754e8d869f5461c8183cb9,767946
3,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x07aa63b3ef44cc1cd10d990cd1e4d344e135f4b
6,62.4.55.44                ,9,20000000000
baf585d0931d4f65bcc2dc02e107b451,0xa7cc7eed831134ed220d1a08d924d1cdc0bde162561659dccf4b
09bd2defd614,rinkeby,/v3/9b8f0ddb3e684ece890f594bf1710c88,1607364678,2020-12-07
18:11:18.723633,2020-12-07
18:12:21.303616,0x8d328f0427a035cfcc428b4c438ae603be7b86bd603907ffe60a1328b06dd279,767946
2,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x07aa63b3ef44cc1cd10d990cd1e4d344e135f4b
6,62.4.55.44                ,25,20000000000
10060454ac5141fb9e2eb40869e0c733,0xcb5ed1fc80b184d119adb791a4002883534d3ecec9ca1509c04
beb4dce3f009c,rinkeby,/v3/9b8f0ddb3e684ece890f594bf1710c88,1607364663,2020-12-07
18:11:05.182823,2020-12-07
18:12:05.269572,0x4c60a91819d838b6abc34d71a76ff22d6b7b1f36ab7d7143f64b198b80548023,76794
60,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x07aa63b3ef44cc1cd10d990cd1e4d344e135f
b6,62.4.55.44                ,10,20000000000
175e6bbd36fe451d838801bffa49f13d,0x9b998fef78907a4b878f262392897c795573684c711579ea35c7a
cfc21e9118b,rinkeby,/v3/9b8f0ddb3e684ece890f594bf1710c88,1607364649,2020-12-07
18:10:50.401167,2020-12-07
18:11:51.323345,0x09573c43b6789f3e8a593d496944a2a27910c4d1fe94f216bc49e8d4133c5234,76794
59,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x07aa63b3ef44cc1cd10d990cd1e4d344e135f
b6,62.4.55.44                ,9,20000000000
c0125b6e6d0e45a997617e75f61d8e86,0x285f704eb5e8d0c11fc4eafb8932d158e97b418ef1384c47900b
e1526f6d19fb,rinkeby,/v3/9b8f0ddb3e684ece890f594bf1710c88,1607364630,2020-12-07
18:10:31.355973,2020-12-07
18:11:31.587902,0x97389415cdaac3989f707ceafa24aa234331a2847b2a35b9ce73193cb93c0ecc,76794
58,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x07aa63b3ef44cc1cd10d990cd1e4d344e135f
b6,62.4.55.44                ,13,20000000000
f1a0448ce46e43df83dee32af336014d,0x49fb808e129b05b3583ef71ae016fe6b891e2cb8fa67a027defc65
4c5528f89c,rinkeby,/v3/9b8f0ddb3e684ece890f594bf1710c88,1607364621,2020-12-07
18:10:22.114030,2020-12-07
18:11:22.311619,0x437f127423d36dac2db9233eba07f4207d85f9a0eb04bfe38232a89b153e7709,76794
57,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x07aa63b3ef44cc1cd10d990cd1e4d344e135f
b6,62.4.55.44                ,7,20000000000
cbcf380b03b348038569ffa22ee6174b,0x1803e538953fd3b0f84d25dae6516dbbbec6b3fc350900be920c3
e253a92b7fb,rinkeby,/v3/9b8f0ddb3e684ece890f594bf1710c88,1607364601,2020-12-07
18:10:01.824337,2020-12-07
18:11:03.206161,0xfd7a11a611f67b0197f4e86b23dd60c51ed6315e7a0625e5930a3c6e19680251,76794
56,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x07aa63b3ef44cc1cd10d990cd1e4d344e135f
b6,62.4.55.44                ,12,20000000000
02885c99c06a482cb9b9a030b1dbfb79,0xb77cf9b8ea3f4025d771082b03dffbc5ce01f6678f4689134869d

2b3a35472e9,rinkeby,/v3/9b8f0ddb3e684ece890f594bf1710c88,1607364590,2020-12-07
18:09:51.429404,2020-12-07
18:10:52.255049,0x69dbc6d17c1bd04e18e24f22bfa2694446bf847cfb75599d1c3d33f306cb3928,767945
5,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x07aa63b3ef44cc1cd10d990cd1e4d344e135f4b
6,62.4.55.44                    ,8,20000000000
cc721feaafb540b79b94631dbb27c751,0x6e193c1b911ed1d20d2635310edbb74698810e5ab085cc516c4
e58e35c4068dc,rinkeby,/v3/9b8f0ddb3e684ece890f594bf1710c88,1607364576,2020-12-07
18:09:36.582199,2020-12-07
18:10:36.851541,0x8010b149ed580e4847927d05fc3932d902dd8ae88124d6f8d3ed3c7763f8bceb,76794
54,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xce0042b868300000d44a59004da54a005ffdcf
9f,62.4.55.44                    ,7,20000000000
dad765946cfb435d9183c89ceeaa676f,0xe301dbc23340cb0dab887425b910e9721d68523ddd5a622fbb7
3cc4e47bb2ba9,rinkeby,/v3/9b8f0ddb3e684ece890f594bf1710c88,1607364556,2020-12-07
18:09:16.844917,2020-12-07
18:10:16.883394,0x735ab4ac631cd84185a55e9c053eae92a7a037e68044e2a4be7503b79add8419,7679
453,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x8595bfb0d940dfedc98943fa8a907091203f25
ee,62.4.55.44                    ,12,123000000000
e7762d78813342f9a76e8d1261eaea78,0xc3a3ad5a972428c98b5a9d455ca235c398326250b696c9dabfb
44522387b384a,rinkeby,/v3/9b8f0ddb3e684ece890f594bf1710c88,1607362872,2020-12-07
17:41:15.113119,2020-12-07
17:44:18.288544,0x92f49d9e480964873480ea5d76fffd9a262c3fff98321a20e0444f07a9f8b7c7,7679352,
0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xce0042b868300000d44a59004da54a005ffdcf9f,6
2.4.55.44                    ,178,20000000000
3375cdd150f146bd90a95da7ed7ab908,0xae5b4fca3546dd6305cf8f3431902cdbf5d0f90dae7e51142e26f
840db028083,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606934647,2020-12-02
18:44:08.143676,2020-12-02
18:44:29.560770,0x3d24e09548847e3566e229dd0d4dcd2fa7efccb1538657169894c40644f34a16,22393
404,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4c74e4c863fbbda1ec727a43209807877edb
d7e6,62.4.57.150                    ,1,20000000000
ea40bb793c514ed6a51c134ab901973d,0xd3c8f5fbe4b2ed1765354d18945777de04c7383b4ec2a5aa8b4
30ce1672ddbbf,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606934632,2020-12-02
18:43:53.886632,2020-12-02
18:44:14.938252,0x384c747a6d26af9d31557899f91e7066c6c7939ca3d9ebe4e2d082e0ee3998da,22393
402,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4c74e4c863fbbda1ec727a43209807877edb
d7e6,62.4.57.150                    ,8,20000000000
30072761240f45ee92dd58d7142843a7,0xe71a271fed7ac3e80f6dfff0b549bad5658c92eae82fbf6ae5067c
32339efb95,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606934627,2020-12-02
18:43:48.312223,2020-12-02
18:44:09.252227,0xc6bf63c7712744c12752fe5a7d586df58a44e314d969424cd815bde4b9146cae,22393
400,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4c74e4c863fbbda1ec727a43209807877edb
d7e6,62.4.57.150                    ,1,20000000000
008f140f95614c1f8d69136ea45ddeac,0xc2256695b0a8db85830b4c8a7b5822fe3207637ba3e050e72fce
015de770e84d,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606934616,2020-12-02
18:43:36.802252,2020-12-02
18:43:57.814962,0x982b428eea8aac2282ce78f95ab2cd7c18b3ac4a03eccaaaa6f8e96d2af616d3,22393
398,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4c74e4c863fbbda1ec727a43209807877edb
d7e6,62.4.57.150                    ,4,20000000000
2f2f694957e64acf8ab9ce99dfe49b6a,0x585e8c98058a36a08547f3e888f20f6a849a40edcbedf6f21641e8
a3bd2cbe93,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606934606,2020-12-02
18:43:28.325070,2020-12-02
18:43:49.229122,0x3e9756aab381da3b1efe8ee6f87296c1cdaf56a2c1101228299b9acb340e5a47,22393
397,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4c74e4c863fbbda1ec727a43209807877edb
d7e6,62.4.57.150                    ,6,20000000000
6beeeebe1b5b4ad39e2ad3b0f3d589c1,0xf20b104b3420cabd85477d31802e04f04379876e399f85160b1f
3f7ff24313df,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606934596,2020-12-02
18:43:16.688109,2020-12-02
18:43:36.855816,0x9070678a9a5a6de7859c040111025b49e38ee6c6a37f9c03f62d177d2c1eb2a7,22393
395,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4c74e4c863fbbda1ec727a43209807877edb
d7e6,62.4.57.150                    ,4,20000000000
1a53a673ad144ee79d6c8970d009cbba,0x29bd7374e0429469aeb7abd7b29e5c9c7ee42abde3ad3e94e3
f13557f2222fba,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606934592,2020-12-02
18:43:13.806274,2020-12-02
18:43:34.933972,0x3bc732e1a64a668c3ae4b96aa555379ed8bd19e0294a34828c8910bcc54d1079,2239
3394,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4c74e4c863fbbda1ec727a43209807877ed
bd7e6,62.4.57.150                    ,0,20000000000
867a0d19c1ab49049560ef20634ccfa0,0xb4ed58b2ea4655ab403a9481098d95d85b6053542aeb4ca4033
7e9da4282e4e8,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606934581,2020-12-02
18:43:02.361923,2020-12-02
18:43:23.954388,0x67c344d55ca17bf2a62ac4427a083cb61451811462aed1e7ae76f11e1a4621fe,22393

393,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4c74e4c863fbbda1ec727a43209807877edb
d7e6,62.4.57.150              ,7,20000000000
f776073229d649d7b4a859611c7745ee,0xa86fe66dd3036c14af42ff5b48c875172260a809b382c2233cfe
6782e0bf838,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606934569,2020-12-02
18:42:51.426474,2020-12-02
18:43:12.846565,0x54249299bf60d2789bc7f400d4dbf76e306d9e25fb2ded8d4db8fae1135662dc,223933
90,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4c74e4c863fbbda1ec727a43209807877edbd
7e6,62.4.57.150              ,3,20000000000
4a6572e648e144d88ec593e51f2f14c5,0xe4b667ffe0a1d9622940640e3a51840073c697776a1c281dafa6
57f045302c95,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606934557,2020-12-02
18:42:40.271889,2020-12-02
18:43:01.729900,0xb8abef740f38eac1f08587151f128a130a29c1bdfcc3de6fa722f6a45eea0007,2239338
7,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4c74e4c863fbbda1ec727a43209807877edbd7
e6,62.4.57.150              ,3,20000000000
a09592c13bbb4993ad10d0f3dff3befb,0xed143b4ec55b68da786255a3581e4129929f82a0eaeaca0fcbb5f
c0db20e4754,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606934545,2020-12-02
18:42:26.110759,2020-12-02
18:42:47.562218,0x41af223fa9225a56a5ce3e8fabe059e7330d7f948530588506d2a70ebd57db94,22393
385,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4c74e4c863fbbda1ec727a43209807877edb
d7e6,62.4.57.150              ,3,20000000000
b9b5ec49c4f345dfafb75296e9a0568e,0xb238038712f38dae73bf10dc99a9110339dbc2d45665ca2162b7
ab43d81ef88a,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606934533,2020-12-02
18:42:14.851535,2020-12-02
18:42:36.408199,0x6c211e46e10aae08c0c8ff385f50ca6891275119fbad1bec4c0da90ae499c7d7,223933
83,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4c74e4c863fbbda1ec727a43209807877edbd
7e6,62.4.57.150              ,7,20000000000
3c116e7795494f079d9885c4864c7ee3,0x72158ada2482131ae3b49a20504c5bb2802ca6f7c4fc4f9c5535f
b71365c2761,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606934520,2020-12-02
18:42:01.205175,2020-12-02
18:42:21.991434,0xe9a376c6599c64fdc6ae2d387a1044058e84335efda88fd0b07d47abcc38c9ae,22393
380,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4c74e4c863fbbda1ec727a43209807877edb
d7e6,62.4.57.150              ,4,20000000000
307a0cdef8a047adb5bafba48e4607a1,0xbe8e4c8d480d51efcee48b68ed0fa5d7127a5726a576b5c9e316
62df93414453,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606934504,2020-12-02
18:41:46.443285,2020-12-02
18:42:07.915332,0x92f65c2226a393a23bd60c6a82a68615e9d3434cdca5946f7af79febd39447e2,223933
78,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4c74e4c863fbbda1ec727a43209807877edbd
7e6,62.4.57.150              ,8,20000000000
ad12315ef3534bc7a30ddc7e9aed9de7,0x0a453737eba9367b4f3e8ebd40c9a658a7731c6c84a4199b2eb
84bb5b2a29838,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606934499,2020-12-02
18:41:40.948634,2020-12-02
18:42:02.190884,0x67d2d5903d153af19a0c11dcdb6558aa96e27425d0fff8868bdd4579ec703632,223933
76,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4c74e4c863fbbda1ec727a43209807877edbd
7e6,62.4.57.150              ,1,20000000000
073d4efe28074685b57c3455c4414617,0x08ad689fa3d8c1784a91c8335f8be8e18758afda045a63ab7be8
58326e78ab36,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606934488,2020-12-02
18:41:29.663949,2020-12-02
18:41:50.475787,0x2845730fa23337b9b60d98241d53ce9a09f7a947dde48c8165e55f45c4d35401,22393
375,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4c74e4c863fbbda1ec727a43209807877edb
d7e6,62.4.57.150              ,4,20000000000
e9076fcc0f1842bbb62981d965061624,0xce02a63cf68356a63c5f876181e770dcb440dd1c0a1b0dde9953
e0d61419a5e1,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606934472,2020-12-02
18:41:14.962557,2020-12-02
18:41:36.235785,0x14f8fc767ea82c372608cfba50ccedd934918d0ed9c4549d34d2c4cdc7fcaae9,223933
72,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4c74e4c863fbbda1ec727a43209807877edbd
7e6,62.4.57.150              ,8,20000000000
c2a5a32a51324f43a77cff9356c86f06,0x8a344e3772ceb94832f38ffb8d81dda000680d817949ea1e470a5
2d117ee3790,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606934467,2020-12-02
18:41:09.472828,2020-12-02
18:41:30.500810,0xbc155e24d761652e5ace220b8da6710402047cd7062365794e50ba966012b862,2239
3370,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4c74e4c863fbbda1ec727a43209807877ed
bd7e6,62.4.57.150              ,1,20000000000
585b9898f13c405b8669df224c4073ed,0xd0951e7404422be33656d00a0422c023a73f37b09e2a57d72f72
ae1ba669bd53,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606934451,2020-12-02
18:40:52.254400,2020-12-02
18:41:13.774864,0xcc626f6cc689282e55ead78852f575a6bd2be08ea72849803e8a0b2cefed6bc7,22393
368,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4c74e4c863fbbda1ec727a43209807877edb
d7e6,62.4.57.150              ,9,20000000000
2934a2ec7e044c42b162741b6791729f,0xabe4df414ae82f4af67bf4f6f045fc71763590979ad2a03149422a

c73e1b352b,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606934445,2020-12-02
18:40:46.600471,2020-12-02
18:41:06.860022,0xa156afda7f882cc260a12e7d31cfbe5085b73e34541603c29d765271a8352279,22393
366,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4c74e4c863fbbda1ec727a43209807877edb
d7e6,62.4.57.150                    ,3,20000000000
c4465595bf35435a895fcb4e21bd077f,0x52d74ad1c92e270cb1072ba8988374999b009168e9e6831a390
aa0df80bbf6a,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606934434,2020-12-02
18:40:34.931573,2020-12-02
18:40:57.166405,0xac26db17ef0775ec608f8219521e44491b0f6a27f38d9cce5fcf8afa0dc6447f,22393364
,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xce0042b868300000d44a59004da54a005ffdcf9f,
62.4.57.150                    ,6,20000000000
d5ed997e096c43568df2252bb4aa97c4,0x6132b31c0da147aba4df1d61f6c96caad7505257ee71b5916d3a
984f75bca1707,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606934423,2020-12-02
18:40:23.212870,2020-12-02
18:40:45.880073,0x1a7c244452b56d4e1980e62f39cd54f1daf4fdb45df7b6bc473345931227ee46,223933
62,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x8595bfb0d940dfedc98943fa8a907091203f25e
e,62.4.57.150                    ,5,123000000000
898a052ddfa245d39555ac876a01fd1c,0x5ab26ddee89b68cbb59fb1595c44782f28e47a604e3f131caa2b
9213f85fe365,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606774745,2020-11-30
22:19:05.917258,2020-11-30
22:20:06.654200,0xb5a2cbcc648af9e5970d96f39304d7203c8b0379430a5e8fe0bb24f248a2c852,113628
17,0xead23b83f5bfce6795724d559a896f452c9d3113,0,0x8a1958d939260a86e7be13817b167c4e63229
6e0,157.245.78.246                    ,-6,43000000000
532913267a3d4059b5413ab1cafb340b,0x4e5b6fa607a940b4cd1b60b7f603516073e2be4d3f0d0af57c4f9
7d6265e3769,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606774573,2020-11-30
22:16:13.883461,2020-11-30
22:18:14.204660,0x8ab8c4abae1f22409128f75ee761309eb63340531a609474d8ef5fcb523934e1,11362
806,0xead23b83f5bfce6795724d559a896f452c9d3113,0,0x8a1958d939260a86e7be13817b167c4e6322
96e0,157.245.78.246                    ,74,44000000000
4cbb4d27128949c4b8c00ad2b4429149,0x0a0f60bba00ef889d19faf59359cc2eb1fe9ff4da9ac82fec03dc6
7256da9cd1,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606773842,2020-11-30
22:04:02.954445,2020-11-30
22:05:03.452690,0x44b5755b344510d13fb1878571fdd8805534a20592d433feed04733db3586694,11362
756,0xc6a04ceb5e809a42cf1f6e2d42dbd7ea1dde3369,0,0x536d72c530cfb63b8d85f99154b11fc0c66654
c4,157.245.78.246                    ,44,44000000000
16f883f8e91a4593a9df67a56c01acdc,0x08a19adc2ad814f6d3a76a8bcf52e5a609fff5c39fd376438525bf6
2a36fd24e,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606773694,2020-11-30
22:01:34.780868,2020-11-30
22:02:34.840281,0xe42e067f6799edd609a9b57f32d3ee4af3070103f6f4ffead02ad0b619a9d55c,1136274
9,0xead23b83f5bfce6795724d559a896f452c9d3113,0,0xfcf6a5e26cd0317a446e5ef1872b1374a4e517d7
,157.245.78.246                    ,43,44000000000
de3f0d191a8b480b84d584e11c82b558,0xf76629a03287514515c701b40de0839279a2e7d5478c352b3f7
4881f6d97cd70,mainnet,/v3/9b8f0ddb3e684ece890f594bf1710c88,1606773243,2020-11-30
21:54:03.927542,2020-11-30
21:55:04.670310,0x5a8da3398b9752c21e3893165f200e74643289764123fd01e229464e57e609e3,1136
2708,0xc6a04ceb5e809a42cf1f6e2d42dbd7ea1dde3369,0,0x536d72c530cfb63b8d85f99154b11fc0c6665
4c4,157.245.78.246                    ,-7,44000000000
bc6454d72b3c41128239c01cf8404932,0xff65e3fbc1c208be98c787751fa55c8ff189f495dd829255638528
17806b9691,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605898213,2020-11-20
18:50:15.859700,2020-11-20
18:50:35.363341,0xeabb3426b52e555fd5e6f3de3b1421b2d27fc18407c3ac2e3712cf0e2f30dca0,221989
89,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x75321a13ce16e83c0d37fc032bd6ae542645f8b
f,142.93.192.120                    ,7,74984090178
e93f4786937740e89da451a950219bbb,0x02a3631ae7f1e33820face5be26bf65add2ed9831c2434188de
9acdad132145b,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605898025,2020-11-20
18:47:06.943984,2020-11-20
18:47:28.522667,0x470b81de4d82bf664bda9e1b242a468166104b6c4e512636ffe57bb21c515636,22198
951,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x75321a13ce16e83c0d37fc032bd6ae542645f8
bf,142.93.192.120                    ,3,74842500000
a3e085fc79be465db650f0aaf5ad674e,0x8d4e685fc7572865469986b2c902daddc9b2c77a218312f3674e
3c1d5d86c8ba,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605897690,2020-11-20
18:41:31.898779,2020-11-20
18:41:52.383280,0x4a6d179b9051c5bfbe563f3b0ccd9dcff015caaef21805ee64448f270ed78d83,2219888
7,0x5db7c836df5b82a05f54e5d207acb7cb713105ae,0,0x75321a13ce16e83c0d37fc032bd6ae542645f8b
f,142.93.192.120                    ,10,73758090178
76d8b19eade6492a8387b010a763a36e,0xfcdbf87bcf29cb39a5cb596915e09c665afadd3eaeaec41d4ae3
5abd4f13db3,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605896797,2020-11-20
18:26:37.922539,2020-11-20
18:27:00.356115,0x9b26d5d485a90acad0b0e903e744c32bcdbb80656449b8af86a25e94e4184376,2219

8714,0x5db7c836df5b82a05f54e5d207acb7cb713105ae,0,0x75321a13ce16e83c0d37fc032bd6ae54264
5f8bf,142.93.192.120                    ,3,77000000000
2a2466a820e945b79e8604074efae355,0x545d7f389a4430a3f4506beb7ed2a233c95b4ea0d832e4b0887
c6cdb2699205b,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605896503,2020-11-20
18:21:45.508751,2020-11-20
18:22:06.236260,0xab0414397a438f7f423f047425c5a2c67ba72515185248bacc95533312b1ad7b,22198
659,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x75321a13ce16e83c0d37fc032bd6ae542645f8
bf,142.93.192.120                    ,5,77000000000
17eb88a85d4f4dec82aa1d17fd84be36,0x0fa0af72317ad55c338231cd99fd5165fbbd96292aa11bf67dd2d
6a8a62b21c9,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605874562,2020-11-20
12:16:04.183858,2020-11-20
12:16:24.373365,0xf592d871bda00bf5d2c7227fd5ccc253d4e8d7cc145c936e54232281a6da5da2,22194
529,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9
c36f,142.93.192.120                    ,6,58000000000
ad25570c5ecb46d481b0f4460b6c6e76,0x90892eb1fa0e352f50c804f1f17af14b6e796503caaf5b3b84b85
ae8be5bdbd3,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605873962,2020-11-20
12:06:02.476881,2020-11-20
12:06:24.820264,0xa73424de453ed1a71c2db235ee52450a64f3d6e28f28e2d5e36bce3846b2c78e,22194
417,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9
c36f,142.93.192.120                    ,10,58000000000
d726e605bf38460389618684641cbc60,0xd2ab14c39edf41eaabc3f6d91fe0501d371bc3b22a32af9a8cb3
ecf6dc3f35e4,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605873849,2020-11-20
12:04:10.158760,2020-11-20
12:04:30.452312,0x7c0b4a4944d52164634992a7c8036ee7cff3adc98a54843219a537ba3da2019b,22194
395,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9
c36f,142.93.192.120                    ,3,57200001604
1335f6cc99bd41d28b24de3fac83d174,0x9f7ed78d6ae14570c09e29cea163f9ba048fa21b451e6cd2a799
658bf338ee48,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605873782,2020-11-20
12:03:04.574158,2020-11-20
12:03:26.699508,0x6a208f3a57cbb8a3ffa241d653f6b0ed5ea18183d88dc547503ece197e28aab9,221943
85,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9c
36f,142.93.192.120                    ,18,57000000000
e8cba1e5c3a7480785db9ecbc51bbe74,0x4d14461de46fbfc8a201b57f5742589971f342cfa8e425cc3bdb0
1c04c1278e2,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605873722,2020-11-20
12:02:02.488105,2020-11-20
12:02:23.327213,0x8c2a3f9c99dc7e4c6fd76f36f4ba918eee9c88b62865f17213c3bede57c3029a,221943
74,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9c
36f,142.93.192.120                    ,6,58000000000
3f78160b8655485cb119334b06123914,0xbd1a0a3399a08f17c7b0d8802805e8f7e67a6ab1b8aa108d349
83ed0094a27db,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605873363,2020-11-20
11:56:04.807609,2020-11-20
11:56:27.403785,0xab2177c88521133c2689e9fbfc53d032a080f0bbe8a171b8887a256be1cbd8aa,22194
307,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9
c36f,142.93.192.120                    ,5,56125000000
dbfa2067b3a9480e9876fdd71e9ef82e,0x9de70b05718bf9ac055eefe11e36b9e8afb6a1a96d911beb6c53
d18c136e02d6,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605873185,2020-11-20
11:53:06.101610,2020-11-20
11:53:26.722552,0xbbeb745db78237ae51514a28a4f6f5c90cc447fb4d15ff4c68876ce21c7d7ce0,221942
72,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9c
36f,142.93.192.120                    ,3,55687500000
5148c5009afc4826894224a9f795694e,0xe0676ac93c3f2c0759673cb41179bac52dd948ec597a59fc2488
6cac949fa5a6,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605873001,2020-11-20
11:50:04.485993,2020-11-20
11:50:25.779648,0xb9802b98a201547adcbfb98e33eebdb2d5a989a7353742b48d46d88391daf1f8,22194
237,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9
c36f,142.93.192.120                    ,7,55775000000
c857d08e71e44b6497ed81c6209458c3,0xaf984a2d96e1374ab943bc40e5ff86b565f9d2afbdaf5bab2ee19
f6f477d06e2,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871681,2020-11-20
11:28:02.704610,2020-11-20
11:28:23.371005,0x6ce649d6d8f498501c35ea73bbd0c30547fb97563184a64b40d5a79facd53f32,221939
90,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08f
a8,176.227.3.65                    ,7,20000000000
cd4052c236324b89bd4c10be12296c65,0x96057290e1f69334c2dce6aedec3b44029dc977e1638de85c64
43a5b20d67370,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871669,2020-11-20
11:27:50.842328,2020-11-20
11:28:11.607788,0x1a178b304bfcb419df78cc5323769f43e2b6c8ff5c4d35aa03346154521bd610,221939
87,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08f
a8,176.227.3.65                    ,3,20000000000
6cf8f60eb4374db0bf6940a6e990e7e2,0xe81815c6238cba013da8fd14353939da7dece1521af2f171f6d28

9ad4cdf6a2f,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871652,2020-11-20
11:27:33.137135,2020-11-20
11:27:53.205488,0x3d310e6bdafbeda2c6e79241852d494b6712be976e8ec1695c44f6a1a220122b,22193
984,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08
fa8,176.227.3.65                ,8,20000000000
bdf9f99fa5e0425589655be19f27351c,0x0e158eb4edbae6e0bde9d6f8054bccb49a0d2d2b52d04ae5c23ff
3ec156ecab9,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871640,2020-11-20
11:27:20.268730,2020-11-20
11:27:41.994590,0x24a4dfad1e5178805d30440c3235dc9611eb33d6f3964e6dd3d1b5bfe4aa11d7,22193
981,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08
fa8,176.227.3.65                ,4,20000000000
7d3f08b3284a47b4bd8087ba8c8620e0,0x1f5f98463ef00d093ac003edb68d8ca49c3ab7e15230c4ae0ea0
ebf7d22a8eec,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871627,2020-11-20
11:27:09.543095,2020-11-20
11:27:30.755945,0xd02f38e4351275aed7d867a6b8bd924af765969aaf3b06f4ba81938ba3cf8f03,221939
79,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08f
a8,176.227.3.65                ,5,20000000000
3321cc88ab8c43baa68b2ca4c1edc03b,0x16dc0eb0787301b92910327b513bf5a4c59135a3cb89ff302fdd
bef940d941da,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871618,2020-11-20
11:27:01.427992,2020-11-20
11:27:22.608699,0xc423a67aef8162cfa223bea0cb64adce50ad0b86f3176948858f02e42457c9ca,221939
76,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08f
a8,176.227.3.65                ,2,20000000000
beccf7a6e9e44d96bbcc57ae608c1c6f,0x4223bd501587ab68890a62705c408f5d6b72b6022e645a91a5af
38316a7db47f,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871610,2020-11-20
11:26:53.143514,2020-11-20
11:27:14.186173,0x4731bc81307cd0ce89fac6bf3f2a901d51177a60256713a84ed5f45ab6982c95,221939
75,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08f
a8,176.227.3.65                ,2,20000000000
5ca811e4e6e24bc1bb2843438b07ab32,0x9c87f3a4f19d69ae2cabe207da5624c9e142e3189c3a348652d
5f4df77820b09,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871591,2020-11-20
11:26:31.722218,2020-11-20
11:26:52.102148,0x15de98e43ec21e497954d27b81eaac6feef0cfbd5e07c6a680fc9e0a9ea8ce59,221939
72,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08f
a8,176.227.3.65                ,9,20000000000
7e3b42883f574a31aaa61adc889604ea,0xcc1ce5de414be3a027b6b071268d70231543daa4adb26e7662
e1da0fed6a37,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871578,2020-11-20
11:26:19.293456,2020-11-20
11:26:41.114143,0x317cf79628cdcd4f6de6ea0a34353c78b040f52a3d6963f7fcff0e75987fef82,22193969,
0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08fa8,
176.227.3.65                ,2,20000000000
0cef288d2da747d69f154ba4bfbf4494,0x637b356791ca4a95fd3b195a5a023c6a4d85f60d47de17522286a
d4c934e7973,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871570,2020-11-20
11:26:11.946583,2020-11-20
11:26:32.907542,0xc3853595baf2fb165c675f2ab507817bfc574bb518942f27c61153f7614d10c3,2219396
8,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08fa
8,176.227.3.65                ,2,20000000000
206f79062ed949ad989531fb5adeeef9,0xbac5c63e2c6902e0c7259d0617befd0d723d0dbe9bbc78226cad
e8c63952d633,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871557,2020-11-20
11:25:58.213522,2020-11-20
11:26:19.219333,0x52273c6e458cdb51b7b51d1172df35c7bfef66a68540b8aba99f45f6d9a3c034,221939
65,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08f
a8,176.227.3.65                ,3,20000000000
ba896a0f6d5b4e7c835185d6cb33541a,0xfae1b72a35a4f70bb4f8e8b93b74f70ad2a27f1109fa12ccb5749
e1840f4f823,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871550,2020-11-20
11:25:52.757743,2020-11-20
11:26:13.755969,0xb3cfa9ea19acee47a23a98b569af0279fef6a138092f8a9ca47d1b27d736f173,2219396
4,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08fa
8,176.227.3.65                ,2,20000000000
9b696fa472514b029bed282b200d366c,0xb0e0aed8c077ad3aa9397fe93c134f084e8463535a1a2580107
a8dce96f2e014,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871537,2020-11-20
11:25:39.139484,2020-11-20
11:26:00.152084,0x0d0942381db91cd016bf938622a3231467992c09cfa9db58f922e2ecdd3d0b4a,22193
962,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08
fa8,176.227.3.65                ,3,20000000000
5522bd029da444ee83658d02c7c2a261,0xadf0a6d0a2ea3df4539c67ff4c7e88098eefc33a0eebbc9eee12
0d70274c888d,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871530,2020-11-20
11:25:30.844260,2020-11-20
11:25:51.690420,0x3336f6d4d0b35fe747b00643ab2b810b6cf5612ee671495bffdd3148da6ccebc,221939

61,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08f
a8,176.227.3.65                    ,2,20000000000
f663bd8c9a054d7bab18fc55f437c4dd,0xb31ab08eae33aa07d6f4ac1bb7a450059e5807bd6771a75eab0b
9eee192c828e,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871512,2020-11-20
11:25:14.330276,2020-11-20
11:25:35.242422,0x3343dac235267131ddc8d2976f47b1e44c7c55e296c7e55442629955143a3323,2219
3958,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e0
8fa8,176.227.3.65                    ,8,20000000000
a5d8c410c4c746cc85ee29d7226e d1bb,0xb6bcd97b91aa5d0b0c7ef8aea321c4bebeb7e4c75d0e71040d1
db2b0a496bcb2,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871500,2020-11-20
11:25:00.789505,2020-11-20
11:25:21.548494,0x560a74bb7203e8bcde6efb772787db75eeb35aca8e0ba5f37c5657568f3879f2,221939
55,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08f
a8,176.227.3.65                    ,4,20000000000
cc22d42296b64e698216f79318b94ff5,0xe883dd139a41d47833481b0b6ebf0ead4c36ab14a9f177637809
2db5804c6999,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871488,2020-11-20
11:24:49.203122,2020-11-20
11:25:09.426779,0xed4954a6bb819e8a2c672a9fa23e99f0138e229ac0199ebc00034a658a76e011,22193
953,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08
fa8,176.227.3.65                    ,4,20000000000
28ec4adb048e4821a8e7b4d9f4c0463c,0xe27b67787794badb6dbea170a005151efdabce2993486bdd0c6
3245803461011,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871477,2020-11-20
11:24:39.639970,2020-11-20
11:24:59.564913,0x34655bd7be8621379d14fb882a1dddf971a83a26c5eeaacaeef8cad4a272075c,22193
950,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08
fa8,176.227.3.65                    ,3,20000000000
360e4c914e6144d8acd8804ce1b8621a,0x6e93bc1cb9c953c8c5e1057a4cdecaa596177e864b2fde54ff05
1c98904af22e,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871465,2020-11-20
11:24:25.944553,2020-11-20
11:24:45.992432,0xc05da7f1ba68ec31a7e3ce7edc6a15288ace5bf828f99ee8fcb76ba7657a6332,221939
48,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08f
a8,176.227.3.65                    ,3,20000000000
c4bb7dd2fb4f494ea25ce929a95c2103,0xbe3e5c41b3cc577fa6feee9721c724cc50717ceda139e68b973e
1c8ddfec7205,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871453,2020-11-20
11:24:15.453720,2020-11-20
11:24:37.890656,0x396612f3289e8a6aec702c7cbf71f881482ca99628e82ec4cb42e7f540469fb0,221939
46,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08f
a8,176.227.3.65                    ,7,20000000000
6e2b5bb4e74c4128a13e7fc08946be19,0x6f9c57178a61c2345420073fcd4f3d88499885c6c80521fb392dc
45f7776ca66,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871446,2020-11-20
11:24:07.393260,2020-11-20
11:24:27.765908,0xd6d4a6c31d54ec289a139502689a2b265ea7e3953f6c6dabb9f3e5c504a7b5b7,22193
944,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08
fa8,176.227.3.65                    ,2,20000000000
b54a964f6ee944a888ff3cd917755748,0x40b90a47f45c1bbfd17c6c1e1ceb8cee52ef1d9b795510d0d2153
db2b0a2217f,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871434,2020-11-20
11:23:55.681658,2020-11-20
11:24:17.945590,0x2ff377b5e403052d0c4a21694b2da144f245ca50b8073dafeb729924a0458253,22193
942,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08
fa8,176.227.3.65                    ,6,20000000000
75cbd723cc294274bed5d865d00d9f76,0x4554a7227c9dfeb506f8268b90036d3e5cc1b4b5534eaf196c0a
07da78d9f604,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871420,2020-11-20
11:23:41.784903,2020-11-20
11:24:01.871515,0x1925f09e51748d01351ec786268be6921b17e030cc26c4ef6409bcf270604ea4,22193
939,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08
fa8,176.227.3.65                    ,4,20000000000
664d92cedd0c47d4bd5611e51ebd610e,0x05a2e37b7941fdb3f482697bdc535c384600bb9baa98e70a601
4e1a5237b91a0,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871408,2020-11-20
11:23:28.978720,2020-11-20
11:23:50.564433,0x4f371c03e7d9985cd4fb40d6f39e5249fea179fa9e0ce526ee7dcb325c3cd113,221939
37,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08f
a8,176.227.3.65                    ,4,20000000000
44d87f9651634ddcbbcc0109412baded,0x56f63a3d0f59128fac3bc112f52131a65825fab61be4db49f31f21
a4e2938b8e,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871397,2020-11-20
11:23:17.711665,2020-11-20
11:23:39.557793,0xcb76112c2f19b60e5433e2a89ddc2eb08f14a225071296b576b2e6b7b7510b54,22193
934,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08
fa8,176.227.3.65                    ,3,20000000000
6e4f11b75b05416582e3fdfa74878d2a,0xfd930342ae66e99a5d59ce9f9ad11ba69d927eaa876ac66f2dc37

9b641e37b0f,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871390,2020-11-20
11:23:12.209307,2020-11-20
11:23:34.446690,0x2ffa5fa36207078de169a95efb2bca489c7956cf1010501091fa9cac8062ac05,2219393
3,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08fa
8,176.227.3.65                    ,2,20000000000
92cc4af944814a1ba7496c1baaf319de,0x9448f78e342ff60dd8a1bfff8f0f4d33bfa4b26c6f68816a9520f462
37093a83,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871372,2020-11-20
11:22:53.624210,2020-11-20
11:23:14.335164,0xef5776a94c4f21143120d25422f5d18060fe3820e9382de638ceea16d18641cd,221939
30,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08f
a8,176.227.3.65                    ,8,20000000000
79a2619bb15140cdadb54374c5711ac3,0x9512b7b114fba9cf36e2be7f89697d4f085d5013509e7673e103
6b88ee4e9692,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871360,2020-11-20
11:22:41.921046,2020-11-20
11:23:03.184234,0x6a97a679a944ca01e9711e549a4f1c882084d1c086820562be0a423c063a448c,2219
3927,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e0
8fa8,176.227.3.65                    ,4,20000000000
2da3638e368b4ca89e4d4b9ea72194e8,0x29f07a821a5c72c22f4d3a410f03d76d45bddc39cac101b663d
217747d949022,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871349,2020-11-20
11:22:30.896347,2020-11-20
11:22:51.863074,0xaad171e42370d709305633aee7c30fbd0e7224a060efb793a9ac69391e33f5b7,22193
925,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08
fa8,176.227.3.65                    ,3,20000000000
dc02c95b60f94b9180cf8acb85744dc2,0x478583ff3e04ee04f14c54819e5af24fa1c1b2e61633e16f6b0276
ff85270971,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871332,2020-11-20
11:22:13.869406,2020-11-20
11:22:35.184498,0xf90c028395a2e0f5b73b6975bd01c26a6c811ac426fbc036c5cec0c48a960e44,221939
22,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08f
a8,176.227.3.65                    ,8,20000000000
a6dc8c5f12194050a900490e88e51101,0xb6d958e85be8c80dec719b65f9c8a212d4b6054398732d54da6
b83c0268e28c8,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871322,2020-11-20
11:22:02.774537,2020-11-20
11:22:22.886397,0x07ff9bf58574433f6975ca88fde92ea9af8a22bcee38cb491c6971f2a18639bd,2219392
0,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9c3
6f,142.93.192.120                  ,6,63000000000
da05480da9c3476db331be00ee775dc6,0xf4d8ab912ac39f8b64645f8c4c8c4eb85614e7db8aeffffcaf3219
9e569a48de,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871320,2020-11-20
11:22:01.317140,2020-11-20
11:22:21.443303,0x07ff9bf58574433f6975ca88fde92ea9af8a22bcee38cb491c6971f2a18639bd,2219392
0,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08fa
8,176.227.3.65                    ,8,20000000000
dc7454da868e464ca8bf2bd2a2e1f15a,0x4e155f88200686a1d03d74ff3a7382fbb1d4dc354f0743dc166b3
4c468fe4b31,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871309,2020-11-20
11:21:50.199294,2020-11-20
11:22:10.322835,0x7dbf697c26317308be61812e6501bbac7d462b675bed26ff32571a916403148b,22193
917,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08
fa8,176.227.3.65                    ,3,20000000000
e46d3d32887d4b48af9bda6ceae244a9,0xe2ad7ea17a2c0d8d697678d9e5863c830b914dae62b1f04cd05
4925099bcde72,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871291,2020-11-20
11:21:31.989357,2020-11-20
11:21:52.386686,0xc6b66cd666fd2087f6a8f4d01e47d8deaa364c9f4492f988ced77153430addf8,2219391
5,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08fa
8,176.227.3.65                    ,9,20000000000
fff59d4dacd04259a09e30d50887acd3,0x818a1aa08abf9c4721e655ee3519e49410294dbf1f4d790894b0b
3b18f0b149f,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871278,2020-11-20
11:21:20.771440,2020-11-20
11:21:42.663463,0x126d581a0a77739cefaeeb0eddea9e81868a29efd0c7bc5b6ee1883dbd3a069d,22193
912,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08
fa8,176.227.3.65                    ,6,20000000000
22152d5738a342cabacf78df4eeba263,0x7968b6d4c8eac08880f547fb09d7c053d6fa4d5d1ebf67503915b
ce75a3a67ca,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871270,2020-11-20
11:21:11.832992,2020-11-20
11:21:33.243060,0x17395554c8ba2c6da440f3c37b75140c20cc852accc0e1ff5fe2f86ad5cc8c6d,2219391
0,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08fa
8,176.227.3.65                    ,2,20000000000
acf378c8b0454c59a75cc24101396695,0x76ecc08986b082a0a760348c0fc8b06655393ba99abd6221ac2
ac4e5316fce49,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871264,2020-11-20
11:21:06.681682,2020-11-20
11:21:27.290218,0xde595d73bfe4856e69a2b83c89e8153db55ea6432148f22cd7e7353f33c6bf7f,221939

09,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9c
36f,142.93.192.120                    ,4,63000000000
239fafe3591d4165ab70a21069622dbc,0xcd39003f7e99c942e366c03e24ae37a27e5742442c747b7d1d1
111769507a725,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871257,2020-11-20
11:20:58.492149,2020-11-20
11:21:20.914947,0x83c5bf9b1d8630b528bbd41c135f6142fabe4f68f5afd7d97ef1dae9ca45beb8,2219390
8,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x75321a13ce16e83c0d37fc032bd6ae542645f8bf,
142.93.192.120                    ,7,63000000000
6e5a1401123e42b59f7def0e755cf2c7,0xaa45fcf8a2e003950260fd5f0dc7a7a6dc62c2a4d8fc4b8b15494d
b695bf2858,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871256,2020-11-20
11:20:58.440032,2020-11-20
11:21:20.821705,0xfb85947febd6c30c9ec105624181f92b6121d754c2a63c4b2dc70eee3dbf379a,221939
07,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08f
a8,176.227.3.65                    ,4,20000000000
0cd5ffff7722405a88808dba39b2833b,0x0e3d367d730a5a7c7af4fedc0873a55149c77575b22f98da3054e
0b0aa4988f1,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871242,2020-11-20
11:20:42.151060,2020-11-20
11:21:04.403965,0x56f33d7ee9b9b55414c9fd4c249a9a78e51b07998bbb762caeacafa88372ff36,221939
05,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08f
a8,176.227.3.65                    ,6,20000000000
d3e5d740b4ba4f958f38b6d3a6cc03b8,0x48ceb0aff6c170658486683e090f5f21b8aa73108014b01f636e7
699249fbfc8,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871228,2020-11-20
11:20:31.713640,2020-11-20
11:20:53.183140,0x585e21528c2c37dc2bb270c32da4356e8ca5f489282c15fdf4b4241b079ceb4d,22193
902,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08
fa8,176.227.3.65                    ,4,20000000000
2d0f9071391843e5b6223db716ff1f7e,0x14e9a34fe9be5b18011fd37a5c5fd3bd7f60a01803236aff60ef0cd
395bbd93b,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871215,2020-11-20
11:20:16.113449,2020-11-20
11:20:36.485968,0xb5338cd29b209bea028e7bdc816022e90cb87d0a0e7449a12283403e9bf9f63b,22193
900,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08
fa8,176.227.3.65                    ,5,20000000000
9a12fb64ab254ad1ba5d5bf8da251c49,0x690f81618f8eb5f9140b5971b412ad68322b41ab5c0f7e5325bc3
3aefcd02fe4,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871201,2020-11-20
11:20:01.748912,2020-11-20
11:20:22.409606,0x95cf98686d55531d786da8d857e7a33087e07f3732fcf5bf8d2ca791c9209cdb,221938
98,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08f
a8,176.227.3.65                    ,7,20000000000
94e21d3fbe544b288a6f382e19c6f2a8,0xe6b613ad1f0fc066c0bb358bfc48764f0d2b2a0206705a180a117
29a72ed6976,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871181,2020-11-20
11:19:42.326499,2020-11-20
11:20:02.606655,0xa3398db54001ac53d13b7e6e46d994467c1bd0ff33e6bf8e6f92bb6c59bd250a,221938
95,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08f
a8,176.227.3.65                    ,11,20000000000
4c46edc462dd4df09562ccaf35989e8f,0x3c44bbe8845c67dd28c994c87189e9cd12adb7e61b13b9a4356c
44805b4c1c46,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871167,2020-11-20
11:19:28.297917,2020-11-20
11:19:49.549502,0x1c8cc9ec42fd6771b3e9fc5a83e5f0bdbcc520253f98ccfd2372b4c3b08dcc33,2219389
2,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08fa
8,176.227.3.65                    ,5,20000000000
83bc9cd80a2b440cb910b13a97b3f95d,0x0be13ca792663e1d0bcf4ba6692c45729916c04fdeff56d9fb3ed
a74ef2450fd,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871153,2020-11-20
11:19:14.387185,2020-11-20
11:19:35.678440,0x606f741ac1458cdd135ac1fca77d9baae1abe7359cc6c9cb2c817a65b635eaee,22193
889,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08
fa8,176.227.3.65                    ,7,20000000000
d3e508a2fe294b528ca92e1dae63c2c7,0xb0a4f81ae4c335388bf348cfa6b23e8d03b415e27ac8ae6f7de0
889f96434833,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871146,2020-11-20
11:19:09.850170,2020-11-20
11:19:29.981153,0x9215711564df2201240cc35f176a49f5a26f04edd3d25cd723a4fc7b1aacde66,221938
87,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08f
a8,176.227.3.65                    ,2,20000000000
5169c7f1ff204d12b09b25c857cac94c,0x54e649c1eb23c11d8c832c20d4d27a89426112061c4df6435607
e788d4599f91,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871133,2020-11-20
11:18:55.311242,2020-11-20
11:19:16.141229,0xad682765471361cd3173bff6e18762424c2713f345b4736e56ae801401c909e9,22193
885,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08
fa8,176.227.3.65                    ,7,20000000000
543fa03214d5497087043d7b355889e8,0x55c6adb5dbcce79d89e48c5f263b966d659745e8058c34871f9

83b44a1512f88,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871121,2020-11-20
11:18:41.660101,2020-11-20
11:19:02.846630,0xab5b050b49af7640732636ad6376bc872933e39cba97e2b9c71d6ec986c7d22e,2219
3883,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e0
8fa8,176.227.3.65          ,7,20000000000
5ec3c405161846ad80731593cdc12c19,0x2cebc14ae6097a2102abf2a4f148ecbd9468978968c0d245746
88c08d90e012c,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871108,2020-11-20
11:18:30.667991,2020-11-20
11:18:51.313198,0xa64ee6146348cc1b142d74d8ee03366b31a61fcbd23ace6f92ac61857bdb91f7,22193
880,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08
fa8,176.227.3.65          ,4,20000000000
cd666fc3d195418fb0c2697e89112d8d,0x14ba025ebf44413df35ad9564fc3b47d4f2792a907d26ee2da44a
dfbeb37973a,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871097,2020-11-20
11:18:19.366251,2020-11-20
11:18:40.503970,0x9823d8fe6562b9121a3ff1c08ddee3062e9fafe503b21c47eb81c1a590216fc8,2219387
7,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08fa
8,176.227.3.65          ,3,20000000000
6fcb61f6c6174cc785800adae3c90fa4,0x9e3320771dcad24873654dc8ba4061fd4253df2d04eaf2f70088a
b54382b61b9,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871087,2020-11-20
11:18:08.186488,2020-11-20
11:18:28.630617,0xc2b0d42af9285e343e4e8ec1dcb14601f60464b7501be801faabad26ce1774a8,22193
876,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08
fa8,176.227.3.65          ,5,20000000000
68ce300982d442caa09c42e2bb4b7f21,0x047f4f358d4c9705016b4eb58dc10d44add65db4c2f20ce0a11e
32503d4bd7fa,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871077,2020-11-20
11:17:59.492239,2020-11-20
11:18:20.158112,0x1c6cc5c3b9ee59ba80192dc72cb231b80ff2501af32b7656e050e4c5aa979184,22193
873,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08
fa8,176.227.3.65          ,3,20000000000
f488456b5bcb4f8c88e381e0d288a46c,0x263dfb6caadf37162808bb2f0f1993d2550d07cdead8182b77c20
e9d10595f55,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871071,2020-11-20
11:17:52.998210,2020-11-20
11:18:14.492470,0x34119418c511f4d63fdd03dd782a80adbfb98162e1683e4fb135eb17b636536d,22193
872,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08
fa8,176.227.3.65          ,1,20000000000
6369660c878d416f9b3f9cd55cf7b1e3,0x94a5322ca28bcfaf47e3333ed788df1886cc4dff13dd16f7d47e5d
7160b0583f,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871060,2020-11-20
11:17:40.275671,2020-11-20
11:18:00.988465,0xd19cc1594011f3eede216a421fa65b0ca1e429224a8faa126f426f6dfce91230,2219387
0,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08fa
8,176.227.3.65          ,4,20000000000
46bbf88958ca433086f95d0440a46825,0x0ae54f7bbc708ddc033f763e74ec49a97136b359644c69129f8c
64cf40106143,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871048,2020-11-20
11:17:29.758971,2020-11-20
11:17:50.549960,0x3fe775876e57798d8af6a2e35d67dff019470e71f29f7b3508283d5e2f27a8f9,2219386
8,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08fa
8,176.227.3.65          ,4,20000000000
2ab03d424e024f68938953f9dd02c932,0xe83062cc00f737b6525a0ce2f2c155c817c820fd86035876c72ce
b1ec89e8dbc,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871037,2020-11-20
11:17:18.683278,2020-11-20
11:17:41.566864,0xcced667a416ece07e98e4d25509fd888ceec71a7defc48113c47a6de5097a77b,22193
865,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08
fa8,176.227.3.65          ,3,20000000000
f59160c6fd8143dfa0e15de589299cf6,0x070a912d683b1093c54cb00ed13611b43a2299bbb268ea442bd8
62a6675df161,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871030,2020-11-20
11:17:10.363434,2020-11-20
11:17:30.411526,0x15d085f7d030b5afae1d57e9fd37951f108e35bf945977d082fe30843361bd3f,2219386
4,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08fa
8,176.227.3.65          ,2,20000000000
8c8b8ff61a884879a7077860ab01217a,0x6c2710644aed86d533a0d0fcb1d03d0a82d043eaf35244be5636
c99df3e0b176,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871012,2020-11-20
11:16:53.709084,2020-11-20
11:17:16.273104,0x0b97eeede4a87a24f6fdaf2932776ee37a86aa93dfb04b65fade0150f4b8eb8e,221938
61,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08f
a8,176.227.3.65          ,8,20000000000
7e6facb61b0f4fe39f79a7a7d479b660,0x326fa0843798bd82dc4dc31661a08039c1576dccc7352f1f93c6d4
eb1f4aa040,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605871006,2020-11-20
11:16:48.259467,2020-11-20
11:17:10.714491,0xbd55b878518c3f054603a737e5f1170947b84e52e059e1e3cea52d8e4fff414a,221938

59,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08f
a8,176.227.3.65                    ,2,20000000000
beb4d2bf367840139dbdffb71dd82179,0x94c096a417d4b3ce295a965325e16711311155d45591f1a15a5
4debed0e2a018,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870995,2020-11-20
11:16:37.459326,2020-11-20
11:16:59.809216,0xd1bb27f32c9c54c33c6121b4e9318b6ecc5e599f091545300d686c1ac6ae7b12,22193
857,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08
fa8,176.227.3.65                    ,5,20000000000
b9030db831c844f096b18a70ae0f1f7d,0x661a38edf0ba93a1697d5003628a6b67a95c97dce9673ec16a96
010f1c50bf94,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870984,2020-11-20
11:16:26.614850,2020-11-20
11:16:48.495972,0x4888e152f63bbf06d6395aca5023a5521f9e9024b90acd8b32d7fd777b26ec26,221938
55,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08f
a8,176.227.3.65                    ,4,20000000000
3b3472fa8c4647ce99dece1006732199,0xbfc4043af98eebe3d63a245f5d745297a80a194222a2cf4c8b26
b3752067485f,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870978,2020-11-20
11:16:21.211884,2020-11-20
11:16:42.879729,0xd4723c24742ddc97987a36f1279f4b44fcf34e99ab4d9875283023449fc5decd,221938
53,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08f
a8,176.227.3.65                    ,2,20000000000
5ac372cbc70b47aca5ba2de8ddcd039d,0x6854afc472e9bbe1a7e21621dedf7001d81e753c429dd24f5dd
6fde619503ef1,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870967,2020-11-20
11:16:07.596552,2020-11-20
11:16:28.966519,0xa54b4a378cf16ce6133618b2d9bec2dd4095a4fcdc2383db94dd69f930fd2c75,221938
52,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08f
a8,176.227.3.65                    ,5,20000000000
36c892e469ef484a9cceb9627b55beca,0x77d5f04d0dcd2ee3449a7a1f491e324c29d3bdaa8ea09f68c18a
03d73b918db3,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870956,2020-11-20
11:15:57.354188,2020-11-20
11:16:17.861607,0x18572b757f3d2ea9cf91269339285fbfe7b7aeec5bb5ef6750237732628fc281,2219384
9,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x4b84ab3c3507484bca7a030682fe15fd25e08fa
8,176.227.3.65                    ,4,20000000000
cef12fe3216c4e23b466409b6df774dc,0x9380da3c0daeed6d21cff75ef59ef21326c65f98419a5b120b382c
140699d9db,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870950,2020-11-20
11:15:50.898383,2020-11-20
11:16:12.189227,0x9b2a14a5721d5d9fa6f9566a4c53afc1d4842e1d67dc1130e0429e5316baf423,221938
48,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xce0042b868300000d44a59004da54a005ffdcf
9f,176.227.3.65                    ,2,20000000000
0834e99e36e3443d9a393729ad5dd46b,0xb6ae8deeda5dfd3b7f82cd35155cd3d223b1cd095bfe4e23ad5
3edbc854f25bf,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870933,2020-11-20
11:15:34.177031,2020-11-20
11:15:55.123522,0x70d0b95011060b65b0687bf5ebfad6cb4d1ee09e9b4e5b8e5856af3eeb093e08,22193
845,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x8595bfb0d940dfedc98943fa8a907091203f25
ee,176.227.3.65                    ,7,35000000000
d9ce7f7188104c3faf8819afcc8b6a1f,0xe016de0224e6b74cea101700a590ba84b405f8e18cd93d9f0f21fa
a7c2fb636f,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870689,2020-11-20
11:11:29.588320,2020-11-20
11:11:50.644749,0x74dd25b8cba97406d8e76736b675f134b1c6f2b65c292ecd1b8a7156b9c1e4da,22193
797,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x7560922e844f379e83d63046a54224f53667e
884,176.227.3.65                    ,3,20000000000
8136605004614f538c1acd00aa416f58,0x86430e324151bea3363bb9a4d0d6f7dcd121ffb8ccfc5c0d7383d
496a52fcd29,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870677,2020-11-20
11:11:18.747710,2020-11-20
11:11:39.105571,0x750b2b2fd91da3f5ba0bde9ad913f3d465565c4639b280658bfb927ec116ac0f,221937
95,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x7560922e844f379e83d63046a54224f53667e8
84,176.227.3.65                    ,7,20000000000
16e3208a9a4b405dadf57c4150d7e9d6,0x494e4d36b1d605accfe1165901328cb6cd5ff4693805e086c9db
8e67e498e3db,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870669,2020-11-20
11:11:12.265275,2020-11-20
11:11:34.176898,0x658cbd5725d5a9d042a166226edaeb730efdad8285db189106f381d03283e2f0,22193
793,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x7560922e844f379e83d63046a54224f53667e
884,176.227.3.65                    ,3,20000000000
5c1618dd7beb419ead7357889f63bad9,0x89800ff1882603286cb0c4d9d574e366a48acd943077f85df31a
ea3d8dfec9b1,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870657,2020-11-20
11:10:58.460398,2020-11-20
11:11:20.543504,0x6d832eed3fb8e24b390f2e294b4be16e31bf52b7969626b7dd7ddc4074df62be,22193
790,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xce0042b868300000d44a59004da54a005ffdc
f9f,176.227.3.65                    ,3,20000000000
f67b8c31b4f64fdcac2036a60946ed3b,0xeb66344a15adb7ded3eaba112178f370bfc3bfb09bbe1465c6f15

9804a3df0b4,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870645,2020-11-20
11:10:47.657468,2020-11-20
11:11:09.608063,0x67ec672616ab013b4d481ac01003d0ba423fd226719e5eb3f66837b27bc7575a,22193
788,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x8595bfb0d940dfedc98943fa8a907091203f25
ee,176.227.3.65          ,3,35000000000
40fe80bb139b4fb992b6833cbfb23115,0x85affda391048534cdbcc932af278dcbfa9f64677de9a8d49a52df
2e4edd2313,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870372,2020-11-20
11:06:14.591551,2020-11-20
11:06:34.753077,0x406b29db64f47e7783ade9579736d279fcb62d0c97dfcfc6a915bc4ef019efbf,2219351
4,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf7566d83f721935223cf9ab9f75532ced7ac00,
176.227.3.65          ,8,20000000000
fb93b61826a64d3a93ddfc420304be8d,0x6dd98103ae92cc585332a99686e3655bb7c7da8e27f274aa15c
6914331ab4bd2,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870367,2020-11-20
11:06:09.912900,2020-11-20
11:06:29.213290,0xbf5da8bf9df58bc76cca6ac26b8e25a005ef7324e8425c30b3f5c4a153e02bb7,221937
32,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf7566d83f721935223cf9ab9f75532ced7ac00
,176.227.3.65          ,1,20000000000
1baaea142b1749c89a6dbb75e17c7190,0x3bf87ac51a9e8e178bb5dc34d16c8f1b18ca597f8a12f20cea8b
d9a0b3c32256,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870356,2020-11-20
11:05:57.887966,2020-11-20
11:06:18.282270,0xb542f6c1933fcb69bc9a5391a51046b6decd4c138db9746a5c767179369eb286,22193
730,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf7566d83f721935223cf9ab9f75532ced7ac0
0,176.227.3.65          ,4,20000000000
d785429f03e94aed932aceaffdd43038,0x531170c5b6c411515429693579096474 9593ad965ec71bcae1f6
e5fe43ee56db,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870345,2020-11-20
11:05:47.258110,2020-11-20
11:06:09.938326,0x2ba697d2e390eb1efe2f74caa2509765210a336638b93526babe1ac6e9acb79f,22193
728,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf7566d83f721935223cf9ab9f75532ced7ac0
0,176.227.3.65          ,3,20000000000
a44ff66b675d47ad9978d7b12d4294fc,0x0c21b65c5be87b3677e7cb86c04bb70fe1bcacbec8d98c953b1af
284b83fc5bc,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870334,2020-11-20
11:05:35.884108,2020-11-20
11:05:58.328940,0xc8b93373eadbbd8889acb72e1b639dfec620d4e7fa4f49e6d12d54a3aa53ae89,22193
726,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf7566d83f721935223cf9ab9f75532ced7ac0
0,176.227.3.65          ,6,20000000000
0657355d875641c89f272ec75072abbc,0x7469372c7c35acd3f9a144f610f39648810816b9dabb751ed452
2435feadefab,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870324,2020-11-20
11:05:27.395829,2020-11-20
11:05:49.675153,0xc7f5391b9f956b7172cc704dcaabd3aaf79e65ebe3bb8201abaa9823deb99239,22193
724,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf7566d83f721935223cf9ab9f75532ced7ac0
0,176.227.3.65          ,4,20000000000
17b42ed36e8d4beaae6aae117c4b9885,0x0998dd2f5aa9a7f70952d7c337e999e855a52cb49e491cbd9dd
1f31c60b941c1,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870313,2020-11-20
11:05:13.572802,2020-11-20
11:05:35.106929,0xc2af4522c846f77c0fdc0d585045f0f9d76be2ce37d45b6e4890516f0581862f,2219372
2,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf7566d83f721935223cf9ab9f75532ced7ac00,
176.227.3.65          ,7,20000000000
5c3f183dfccf4edb81c17e3125da928c,0x623768735f60726ed93e2a6c697d5c2212c86cf755ac5dbd4c44c
00f64188cdf,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870306,2020-11-20
11:05:08.899140,2020-11-20
11:05:29.442662,0x25ea373353a31a91fb9c552498bf54e897da1c746b96d6ddd4f448183be1e249,22193
720,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf7566d83f721935223cf9ab9f75532ced7ac0
0,176.227.3.65          ,2,20000000000
89e4688e1d124073b888ac76ddbbadc6f,0x8e9ae039147b10fa3def002c1a3d523a4595a3ee3338ebc32d7
791fc89e76d83,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870295,2020-11-20
11:05:18.868530,0x6cdd07a19b81effead06c382501a617b2b3cff356d4a0465ff1b1224c78f31bb,2219371
8,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf7566d83f721935223cf9ab9f75532ced7ac00,
176.227.3.65          ,5,20000000000
a1d24ac2f6d94cd8b54c75943373ff2e,0x75cdf829107573c628734d6105affa7f31ccab7a32606c3a84d25d
2936ae5a3f,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870285,2020-11-20
11:04:45.727729,2020-11-20
11:05:06.682331,0x473c27e9ea9e50d7c7506abd2b2331c1f5b256563943b0523a3c31f925081c38,22193
716,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf7566d83f721935223cf9ab9f75532ced7ac0
0,176.227.3.65          ,3,20000000000
2c1095c535104d7d9190e94167b9706a,0x82d7d7135ab609f7f7193101b35bf0b2ac685f23852a411b0ce0
712bed3121f2,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870278,2020-11-20
11:04:38.788055,2020-11-20
11:04:58.921288,0x18f4842f81d3b579992000aaeba01cf7a3d02ce215e5e982b6a47cfcc3eba51c,221937

14,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf7566d83f721935223fcf9ab9f75532ced7ac00
,176.227.3.65               ,2,20000000000
b26949e2a92e4e1c8d976cb7eb213d31,0xeeebee924aba540fa364571136c8a02401df3d13fda4be14a56
08d2c592d8983,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870267,2020-11-20
11:04:29.672444,2020-11-20
11:04:49.982919,0x9bc9ec0eab3116f3eb2035fdff40b33a33b917194dfcf076b0239418f9c61f1d,22193713
,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf7566d83f721935223fcf9ab9f75532ced7ac00,1
76.227.3.65               ,5,20000000000
27c331fbb073494c9aecf3b979e6a387,0x52e43ede40423bab37636c29e04eaba643bb7a941e1da438746
9d916cb508fa8,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870253,2020-11-20
11:04:15.993471,2020-11-20
11:04:36.799970,0x6afc047454791fdf9949ea1a7af6c92ff7b44aecd4f7b3c7fb1fccf9107cb456,22193710,
0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf7566d83f721935223fcf9ab9f75532ced7ac00,17
6.227.3.65               ,7,20000000000
5838f664ea824515a6b01be21013d844,0x2b731dd4e9b824c0f9cb50b119393a7a84f5487382220b3ece9
0caeab2d31d8c,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870240,2020-11-20
11:04:02.658404,2020-11-20
11:04:23.971410,0x982b3f5706dfa09bafb7d022cbf14aad268be72ca5d71adf82c43f55d91ac303,2219370
8,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf7566d83f721935223fcf9ab9f75532ced7ac00,
176.227.3.65               ,8,20000000000
25205daafa634f65baa1560c7eae9aeb,0x467336d417b647299d63581735f2f1844fdf6148f73a88a33b89d
c5b947aacfa,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870228,2020-11-20
11:03:49.186260,2020-11-20
11:04:11.202208,0x618e737a37944d7d59e87d52777c42dc7c6a7bbca5da1a8788b865e7badce8a8,2219
3706,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf7566d83f721935223fcf9ab9f75532ced7ac
00,176.227.3.65               ,4,20000000000
9740bf4ff4b64fd8a357018ee7215775,0xd950b1a696380bfc1e19ed6e22c9564c7ffa42ce34f374c9c6c8ae
632af86e4c,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870217,2020-11-20
11:03:37.979274,2020-11-20
11:04:00.348067,0xf0590a6766b97ac2fa6b1b9e64405587f48c09d6dfa25ad1bdcf4d15833f8e47,2219370
4,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf7566d83f721935223fcf9ab9f75532ced7ac00,
176.227.3.65               ,3,20000000000
09c6e8092fd4438ca153b3361ca63370,0xa47f9717d4ee12c778365f4c26502b38645ea388c252e8b9798
608c7743f3279,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870201,2020-11-20
11:03:22.286676,2020-11-20
11:03:44.722890,0x3d54febfacb86bc1b293d4f1df2789e73c7b87d6198f4a0f8d0f6f630ee300c6,22193703
,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf7566d83f721935223fcf9ab9f75532ced7ac00,1
76.227.3.65               ,11,20000000000
2c0048dafd74415a8406730345690e52,0x56af2acb91d5b3b3150e7dbce6460cc22d291c5a20dfeff8b29a
13f29d21ece4,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870190,2020-11-20
11:03:11.192596,2020-11-20
11:03:33.549510,0x976c008d1ecf0696bb31dd7cd946cb596b3d3054fdb804ec4f3f1c92f0a72108,221937
00,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf7566d83f721935223fcf9ab9f75532ced7ac00
,176.227.3.65               ,2,20000000000
57328e60745f4c84a9e4c9c93f04121f,0x017bc426fdc9d1f923c8252e2c368d7a4f91f9e3cf175ebb506c06
38078525c2,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870179,2020-11-20
11:03:00.429129,2020-11-20
11:03:20.828199,0x3c3794f309615b0cbb2fc9b4f8ce0bd5a69f78fe611eb825abf4dd3aef60378e,2219369
8,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf7566d83f721935223fcf9ab9f75532ced7ac00,
176.227.3.65               ,5,20000000000
1e24329d3ba140f99519b0f40f8ebd0c,0xcd8f93be16db34aa70a5d0ee81d2d7ec97f4cfe01576dfd42f3cf2
52cb5f9b98,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870169,2020-11-20
11:02:49.347344,2020-11-20
11:03:10.418842,0x6dd4296510d2782b7bb7d0669410ad2620701a1e7284972009c9d500155aef99,2219
3696,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf7566d83f721935223fcf9ab9f75532ced7ac
00,176.227.3.65               ,3,20000000000
1f10d267fac94e63bf564d4b810df1f5,0xd7f3da00ebda4488a9351cc23391105b6ce53304099518d777172
3060a8790b2,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870157,2020-11-20
11:02:38.719910,2020-11-20
11:02:59.587793,0xa9627e2bf2bcab7e8d66bd1d7f29f3e51f123b1a7e888cedf1884814686d3867,221936
93,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xce0042b868300000d44a59004da54a005ffdcf
9f,176.227.3.65               ,3,20000000000
db51af1d06a34b06bb421f8699dc490f,0x28d2a6adc025d7f31b77b0cf1a0bcb897dc15c19174f043c8eba9
cb5701ce055,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605870144,2020-11-20
11:02:45.626361,0x492e6e576a59f68f3696179ef04484dd02f470b1ac50465adb6193862b440d85,22193
691,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x8595bfb0d940dfedc98943fa8a907091203f25
ee,176.227.3.65               ,4,35000000000
9d001e7a3a4d48568574d5fa30d9b822,0x36cea28de206a8551e267732071806409a0a582496f7a3ee67

64c03a5121bfba,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605869161,2020-11-20
10:46:02.559135,2020-11-20
10:46:23.490221,0xac6c19174fce98908c97fabeeec82182eed10c3f9e058319efb37585e5463b37,221935
10,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9c
36f,142.93.192.120          ,11,63000000000
73f2fc6bdbb744709697a1e7f40089be,0xb90b79ab361f6cc5cc7396b95c3d9a2a6d963baa4455eb4cda79
b6af2ec71e59,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605869042,2020-11-20
10:44:02.181393,2020-11-20
10:44:22.249654,0x8d29b8bf7b5146e0faddded71b045fabc307473969d80bcaee0c6a4b69d5f60e,221934
88,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9c
36f,142.93.192.120          ,6,63000000000
174d4f6326f14ad2ae0c1599bd2be36c,0x4ffc82af69156dcc34fbd6ec1fb5f58d1892ef24a3d71af3709a511
d4f8be7cc,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605869006,2020-11-20
10:43:28.203890,2020-11-20
10:43:48.469372,0x37ba1c05b7bccba029aecb751635c76e39eb7ce07ffbace158f8aaf8e59ea773,221934
82,0x5db7c836df5b82a05f54e5d207acb7cb713105ae,0,0x75321a13ce16e83c0d37fc032bd6ae542645f8
bf,142.93.192.120          ,6,63000000000
e29206c779814491a1da5225ec6615dc,0xe19975ec902362e7e5c92b1fb2b9feb2735ba37e00f0168c024
38509a226248f,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605868742,2020-11-20
10:39:04.342950,2020-11-20
10:39:27.811410,0x75f0d8be5ea9975e2d1cdd0ca20d2a99d59837e59f007488eda31fe0c0474f05,221934
35,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9c
36f,142.93.192.120          ,6,60210000000
63207e0679584a649403c6e25da0129b,0x480d8b32a5795468ac580533c96c292d1047f11e511c5b63de
e8bae8d10af047,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605868382,2020-11-20
10:33:02.986368,2020-11-20
10:33:25.403829,0xb8214b33eb16c9960d26deecdaccf839002868740f5811063ba870ae81c517ff,221933
67,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9c
36f,142.93.192.120          ,6,71000000000
e667e25a4f3e432da89519cee5131e2c,0x74d2a973afc523217bc95b886f6f4b22be717ff0fc42ae1b8e743
5e05e171077,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605868261,2020-11-20
10:31:03.279848,2020-11-20
10:31:25.364544,0x7a53a0690ac8fc0a08135fea6c0dbda3f085b1bf37222dfe2622630b32c48c90,221933
44,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9c
36f,142.93.192.120          ,7,71000000000
064ebc53d73141aaa9dc305e2affdfb1,0x70ebaf83b9eabe035313ce1210d53c75f63ec96b4b0673d4506a
05052372b110,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605868218,2020-11-20
10:30:18.683027,2020-11-20
10:30:40.677567,0x80801d4fad33cc6f91bb60d71ef81aea8257b5d662d88946a0975610bec7daa6,22193
334,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x75321a13ce16e83c0d37fc032bd6ae542645f8
bf,142.93.192.120          ,2,71550000730
913367a4c61f4a08a6ce25436a1a42e6,0x2ca8d1568a3137039ba99ff464f325baf2250ea4c6d573363108
997196d748ba,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605868081,2020-11-20
10:28:01.706987,2020-11-20
10:28:21.940407,0xc14c9e8cb602bbf7bc4f7f509df3e1f63113712cbb5f38280ff5a66d528a16cb,22193309
,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9c36f
,142.93.192.120          ,7,72550000000
ccad56a22c9742cb91d97e62aed4101e,0x0d7426b2f5176141c7b0cbdf166500b0976241af3a20faa9fbd0
c4596d5768f9,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605865218,2020-11-20
09:40:19.254371,2020-11-20
09:40:39.414873,0xd2debe34b026ccb9f1cc4f32f731daabfe8ca279b4088bb5e9674c1f596e5f96,2219276
4,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x3402f1f69f818de96a51c20ffe5fbdcfecf277fe,142
.93.192.120          ,2,72000000000
8f12c0f59250490081283e450e2d5346,0x98805e0948fc29836702fe08dce1882a52b5f18d10b80e5b1285
2a4980e20672,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605865106,2020-11-20
09:38:26.442298,2020-11-20
09:38:48.333056,0x126b5b5f86a7d476e430b9cd96fa38cff1480001c11624f63931c92cb9809f2f,2219274
3,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x3402f1f69f818de96a51c20ffe5fbdcfecf277fe,142
.93.192.120          ,2,72000000000
46f3dcd688f847fb88159683f31b73d4,0xaa690326aefa2c59925204000ef0b9c99a2356155bc14ad840173
2629747c9c8,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605787839,2020-11-19
12:10:39.448775,2020-11-19
12:11:00.132216,0x61ba975c10828e677ecaaf834a225c03189b13f04dd9566a9aad32133201dc63,22178
733,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x3402f1f69f818de96a51c20ffe5fbdcfecf277fe,1
42.93.192.120          ,1,31881250000
091e354652e940c28653753829c6bf21,0xff398999a9aac8518a336d8132cfccefdbfdb415158a1da36053d
e39a8539bc3,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605787819,2020-11-19
12:10:20.182483,2020-11-19
12:10:40.899162,0xdf498013257db39a5723ab263f4e42943b02fccef0de22e5e776c09caeed705c,221787

31,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x3402f1f69f818de96a51c20ffe5fbdcfecf277fe,14
2.93.192.120                ,5,31888000000
8b2e14f7dae74ae6bbede83f9a97bc5c,0x0f6511dcf898e095fc58006e0613a42bab808493d137468a14fa5
84af8e4c8c3,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605787814,2020-11-19
12:10:15.961798,2020-11-19
12:10:36.689132,0x7a717a74d81e936e79501c9b3bc81917036a430ba8d65a64a3cc8e4ca6a8ac39,2217
8730,0x5db7c836df5b82a05f54e5d207acb7cb713105ae,0,0x3402f1f69f818de96a51c20ffe5fbdcfecf277f
e,142.93.192.120                ,6,31888000000
158b922bb2574882b7ccd56920f02741,0xa948884b26169f4c27a47bf6ed8a2a56d3b3f9126c3cf4f9e979b
654bccf6bca,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605787742,2020-11-19
12:09:02.511533,2020-11-19
12:09:22.880978,0xa6f9a1cecbdef7337c209958613fa4d4b6d1cab28633ac5a1e7ea947ae5b2753,22178
721,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9
c36f,142.93.192.120                ,6,32000000000
a8cfd46d7ed34e53a016ec678ddc0dde,0xcd08ae5eeeaf69779770b2e3c12ee18d67965f3e7a6b9d5164f
762ea96a9b66,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605787681,2020-11-19
12:08:02.391011,2020-11-19
12:08:22.496947,0x9712bc63a85b4f4abce7042c6768e059542003503fed0afc04284948dd1c432c,22178
712,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9
c36f,142.93.192.120                ,7,32000000000
5f55a621dc3648ec9e20c538c7d778db,0xd81b2daa26ae977217b4524f4bb0321f1e2f1b960f895973a8cb
5704e5e90492,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605787667,2020-11-19
12:07:48.589170,2020-11-19
12:08:08.153361,0x69a14a0f5bf038dc70ac13f3c5f63eb2116ca2efee4406ce2f886f327e0d8444,2217871
0,0x5db7c836df5b82a05f54e5d207acb7cb713105ae,0,0x75321a13ce16e83c0d37fc032bd6ae542645f8b
f,142.93.192.120                ,13,31545000000
f3dacc5181a94f9babdc034f3f3d498d,0xfcece9829acd34a4af7037f5b7b6a8e94a5b15b9d8d849eadeccc9
ec5cf10e47,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605787622,2020-11-19
12:07:02.936697,2020-11-19
12:07:23.144822,0xdb295e960d5b406c9a17e20fe2f8f8bfee5ce3afb3420c03026c526e1b9d9226,221787
03,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9c
36f,142.93.192.120                ,6,32000000000
118b17b2e9de4bd999346e10850e48e4,0xa63c39985a4e7655ea6f78c23bee30145a877fe6b7ea7b861a
e55c40a45d1543,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605787608,2020-11-19
12:06:48.587878,2020-11-19
12:07:08.768085,0x89f66ff3013aa3afb58cd4c293268b2512cb008f9386a8f4917324f9c2e91ddc,2217870
1,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x75321a13ce16e83c0d37fc032bd6ae542645f8bf,
142.93.192.120                ,12,32020000000
7fa2a3a980fe497a8b54176ac7f04ca1,0x0551826db9439db65c3acd93cf8f84a617fa3fe7e52d6f0f02269f1
cf27a166f,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605787602,2020-11-19
12:06:43.159389,2020-11-19
12:07:03.237927,0xe0a0fb197b49264a2c45300627329034d106b0029c306d16b5fc50918b216680,22178
700,0x5db7c836df5b82a05f54e5d207acb7cb713105ae,0,0x75321a13ce16e83c0d37fc032bd6ae542645f
8bf,142.93.192.120                ,6,32020000000
194eb47a3b7d41a79e597aa7850d3554,0x47063e792878dd705bbbe5708d7a78bf10d6c28d8fea13e0e7
2fc3e7cb98a7c9,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605787499,2020-11-19
12:04:59.843274,2020-11-19
12:05:20.341522,0x6b0a27025e0181a4f1a68df497ee04474ca72a76367e8cdb0951046ee3bcedc3,22178
684,0x5db7c836df5b82a05f54e5d207acb7cb713105ae,0,0x3402f1f69f818de96a51c20ffe5fbdcfecf277fe,
142.93.192.120                ,1,32220001617
58dcb08f8ba6495f950ae7514ad5dc6c,0xc101f870e75f2287517dbf8dda441e900f96c74177c56d8960930
89326939916,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605787443,2020-11-19
12:04:03.951989,2020-11-19
12:04:24.889811,0x04ea7978ae72e141e7e5ab08eb38b8212566072beb4ac1216bf4a9a6a5d261b0,2217
8677,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x3402f1f69f818de96a51c20ffe5fbdcfecf277fe,
142.93.192.120                ,5,32480000000
69c583595cbf40c4a3c6d0160a298517,0xb91d09c0aa6db6d9100ff458509d4052929564c833ac208e218
260b12a098da3,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605787380,2020-11-19
12:03:02.489795,2020-11-19
12:03:23.273078,0xb6cc5aca101e9a55804a75800673dd730d9251469eaaa406091795abd098f9e0,2217
8668,0x5db7c836df5b82a05f54e5d207acb7cb713105ae,0,0x3402f1f69f818de96a51c20ffe5fbdcfecf277f
e,142.93.192.120                ,4,32480000000
7ddc721096ce4280911a2fa3972a6639,0x61c75c91443b25854f4727f9d8a541240fb986c61439418d9e1f
b8d498868d3e,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605787322,2020-11-19
12:02:02.920602,2020-11-19
12:02:23.932405,0x2ac539de20c21ff98b5c0fcd3de9c72c8e0defbe29a0e6120fa5681619c7bbca,2217866
1,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9c3
6f,142.93.192.120                ,18,32500000000
e9f7221c174346f9b254366e35cab62d,0xf342976fcf4876672fd11984f1e2dcca1bea85ace26fe46f52d484

d29af93948,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605787315,2020-11-19
12:01:56.308407,2020-11-19
12:02:16.454830,0xd6d0893954e486ba02b711708ecd86d6f87b21ecf3104864dd229b1c5be03323,22178
659,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9
c36f,142.93.192.120                ,5,32500000000
d823f1ed65d9406191ab5de4a4131799,0x5393be515bad632248ef85272427f11218c32f53facab458f5c2c
f481eb9cbe3,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605787291,2020-11-19
12:01:31.507205,2020-11-19
12:01:52.891086,0x9230a93736959a81c6e9507286c157dc79bb9c5c16ed27280cc716c8a9d470bf,22178
656,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x75321a13ce16e83c0d37fc032bd6ae542645f8
bf,142.93.192.120                ,9,33250000730
ac7f592e0459405096207ee13e6af0df,0x0c663a7ed3334e91466c0bbbe0bf7a2d0aaf132019d99927e841
5ef28ac41cf4,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605787202,2020-11-19
12:00:03.319398,2020-11-19
12:00:23.395054,0xccda04c3f4b611db748d2ccd6a085032a30d5c14177d5bb924b176b0a5455c9f,22178
645,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9
c36f,142.93.192.120                ,6,32460000000
483ef82c803a4d41805c3d6f3851ffb1,0xa7f1349e0883ee47b52b4b0149389c3d0bbb647d91f0a7c8e7ab59
6bb8f0a0912,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605787174,2020-11-19
11:59:34.737599,2020-11-19
11:59:54.911456,0x91860ad2b6c817b1d25083abf14a7603e7549b3ba869011b972bb070482a1f0c,2217
8640,0x5db7c836df5b82a05f54e5d207acb7cb713105ae,0,0x75321a13ce16e83c0d37fc032bd6ae54264
5f8bf,142.93.192.120                ,6,32730000000
b049e0c72ae34035a92a530b35939ce5,0xb12692c19b8a3f3d5d6e707363ce0058608f462c899416f8999
a23c8aedb1f97,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605786918,2020-11-19
11:55:20.709478,2020-11-19
11:55:42.336203,0xaa158b536ae6329ce5ecf3b2e76c862a99117986cb55c94715a1f783b06cf43e,22178
605,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x3402f1f69f818de96a51c20ffe5fbdcfecf277fe,1
42.93.192.120                ,2,33000000000
ee05b326b24842faaacc2a57869f4069,0xfa6e2a61edd6e098df97aaf84e37eb30342c16542542d0a45bd8
1a365fd30610,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605786728,2020-11-19
11:52:08.629387,2020-11-19
11:52:30.314080,0xea22ab7db8cab5a087a343895dd2f5cdd88456d625c9d6ffde724fff0042b19e,2217857
9,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x3402f1f69f818de96a51c20ffe5fbdcfecf277fe,142
.93.192.120                ,12,34000000000
099cf362b84742a18d97c7b191473a44,0xc81d94921ae27cbe6fe9cfb57666a7ee72ef7a091f0515ca2841
6af1f4bbc9c7,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605786727,2020-11-19
11:52:07.576942,2020-11-19
11:52:30.268825,0xea22ab7db8cab5a087a343895dd2f5cdd88456d625c9d6ffde724fff0042b19e,2217857
9,0x5db7c836df5b82a05f54e5d207acb7cb713105ae,0,0x3402f1f69f818de96a51c20ffe5fbdcfecf277fe,14
2.93.192.120                ,13,34000000000
974ac8b7c50047a59cfc5d32da5a7347,0xaf489e5ad8b5973804262fad05726e862256780e89c08c6b002
e673e167039e2,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605786662,2020-11-19
11:51:03.177386,2020-11-19
11:51:23.474606,0xbf707d983fcf7cd698087ad891240a12ff9f0876a72acf6dafde5c0a8dec12e8,22178569
,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9c36f
,142.93.192.120                ,2,34000000000
777a59009de4451a94786d50f6469461,0x0ddb0d1094260ebc567ff4df64d5708e6b0012034e35f8865f75
08350b88c996,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605786527,2020-11-19
11:48:48.931329,2020-11-19
11:49:11.386816,0x0206375f73b4bf337fb1a128c4cb9bea726314693bc31a6f7baae8bbb68cd5a2,221785
50,0x5db7c836df5b82a05f54e5d207acb7cb713105ae,0,0x75321a13ce16e83c0d37fc032bd6ae542645f8
bf,142.93.192.120                ,13,34000000730
947e89cab40e4117ad1c02adccfbfbee,0xf6697257403c51ab0124c64328d71f5d74013bff3979ae5ef5f559
8798537c7b,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605786483,2020-11-19
11:48:04.767464,2020-11-19
11:48:26.690780,0x094414037488db58eb07b4663dbeb080db3313f737e0918b879b3d3b53b0cf66,2217
8543,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e
9c36f,142.93.192.120                ,5,34000000000
22460b1567c6450e9dcfc4dcc275891d,0x1f8d0ee15c05693a2757e5054eecf552b9d65512d05caa3dbb26
24195eb57f86,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605786378,2020-11-19
11:46:19.420084,2020-11-19
11:46:39.986655,0x2f039339e26e906c586521678b8bf99e13b9700d7ad592e899cb91d194077caf,22178
527,0x5db7c836df5b82a05f54e5d207acb7cb713105ae,0,0x3402f1f69f818de96a51c20ffe5fbdcfecf277fe,
142.93.192.120                ,2,35000000000
8440ec96794046469504f01739bfdcf0,0x49352ac3611dcf337cf2a41f5891eae30d0dbfe169aecead9e887
edfbdf43941,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605786302,2020-11-19
11:45:03.173012,2020-11-19
11:45:24.881666,0xc279d95885cf827e5be829f0577b6ddb942f598f1301dd12557bb452be8cb1b8,221785

17,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9c36f,142.93.192.120              ,6,35700000000
86f5b0614263494b9f51fdcf7cb446a9,0x537c1057cff8278794a165b3b08a106e9b67dd6a501292d0117db084f665d1e9,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605786290,2020-11-19
11:44:51.836985,2020-11-19
11:45:12.378342,0xa06153bafb334cf6d29e57f7fb5f25dee9c17fb63465ac80bd53280f754aa818,2217851
5,0x5db7c836df5b82a05f54e5d207acb7cb713105ae,0,0x75321a13ce16e83c0d37fc032bd6ae542645f8bf,142.93.192.120              ,10,35700000000
42758463837c4ba3a87c24fc87323705,0xcc148c416a3d305df1bfe0d01c5ff530fb9faa67a3e7953e61f47ef32b14f71f,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605786208,2020-11-19
11:43:29.310567,2020-11-19
11:43:49.433335,0x4b712d85f151efcdc544addf585146250a331fe9913e91c57f6465e664eac0cd,22178503,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x3402f1f69f818de96a51c20ffe5fbdcfecf277fe,142.93.192.120              ,12,36350000000
10b55a884e5043a6a9cf538240aa3dca,0xb96e54f8bb3fb9761a8f0f4874770bb506ab91e11807cc9a73b90891079bd516,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605786198,2020-11-19
11:43:21.859660,2020-11-19
11:43:42.652321,0xe2283e4dd17a16596b4cbe39a322ce920a864d1c7d909ed4a66280a8f8b51a0a,22178500,0x5db7c836df5b82a05f54e5d207acb7cb713105ae,0,0x75321a13ce16e83c0d37fc032bd6ae542645f8bf,142.93.192.120              ,2,36350000000
bf3a44656fdb4ab58404f37b60dfa207,0xc3cf5b63db7652a4240706294a076d8865cd255ddc0d26071b35da2a56cb097a,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605786122,2020-11-19
11:42:02.681520,2020-11-19
11:42:22.164788,0x3722fd2ec6b59770e467219191e24048444c6db4bf9722743d54ca209c99d514,22178490,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9c36f,142.93.192.120              ,6,36000000000
8c6e4233461f4fb5a10a6a631124daee,0x7ac789fed210fb9aeb69be678dfe89a0be72ccd2fd44064fcbb64893cc5bbcee,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605786020,2020-11-19
11:40:21.516808,2020-11-19
11:40:41.788773,0xef72d1e6352c225074f517819d1828c07dc2268918e835ee5354860d9324ff8c,22178476,0x5db7c836df5b82a05f54e5d207acb7cb713105ae,0,0x3402f1f69f818de96a51c20ffe5fbdcfecf277fe,142.93.192.120              ,8,36000000000
94a22354991541d99eb963d36f6a6371,0x46329a870a9b58233e63903063689ac60974c7366a59081f359f2ccd93e64b55,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605785818,2020-11-19
11:36:59.357920,2020-11-19
11:37:20.684600,0xad929ec57fa90592101dabfa18cbb0363f6866d9034c4938ea14fe207a5f40e9,22178446,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x3402f1f69f818de96a51c20ffe5fbdcfecf277fe,142.93.192.120              ,6,35715000000
f452966eeaa14df9aef7aeaabb53026d,0x0310880b42c1397abcc2e18d77e20c1f2432219448e48ae009bf7403977ee390,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605784659,2020-11-19
11:17:39.252640,2020-11-19
11:18:21.117234,0x032bc448cba69f9dd72ec528edafd17ffc1ea49681d815719e6e3281355098ab,22178293,0x5db7c836df5b82a05f54e5d207acb7cb713105ae,0,0x3402f1f69f818de96a51c20ffe5fbdcfecf277fe,142.93.192.120              ,21,37000000000
1850162ec58f4588a3f256fd28eaddba,0xfe3ca760513bfbdedd5bcc877536b9be29cf3f2314bf272b94dd8859772d052c,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605784562,2020-11-19
11:16:03.602298,2020-11-19
11:16:26.351153,0xfd7d987ac746fefb081287b670d2e8888cb49fc15dfbda4db141948f2952be4f,221782820,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x3402f1f69f818de96a51c20ffe5fbdcfecf277fe,142.93.192.120              ,18,37000000000
8aa997e173cf41c5a9e24b1b01f1b52c,0x88f8a4a2f6c399a92dd9d4cbbd3219be534e0fac73d71866651e87f227a37a2c,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605784561,2020-11-19
11:16:01.644698,2020-11-19
11:16:22.469617,0xfd7d987ac746fefb081287b670d2e8888cb49fc15dfbda4db141948f2952be4f,221782820,0x5db7c836df5b82a05f54e5d207acb7cb713105ae,0,0x3402f1f69f818de96a51c20ffe5fbdcfecf277fe,142.93.192.120              ,19,37000000000
1f99c4eca06440c8ab4565b7fa53fe31,0x509d36888cd6f38504370b1b5dd34f6979efc4aa0c5316f78afae9c319e0c57e,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605784322,2020-11-19
11:12:02.892577,2020-11-19
11:12:23.335024,0xbc4642792c51f54d084dc9491cfd38aaa70d3143995f5ca223936d15f8e02843,221782850,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9c36f,142.93.192.120              ,18,37000000000
c54be540c3af46189891aa23e25a90dc,0x44afe3826bcc4d8cbe18a63efcce974583ed80d6a0e0ee2b76f1c0019ce4d0c9,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605784272,2020-11-19
11:11:13.563627,2020-11-19
11:11:33.782725,0x6cef54d2516c6f3a5b13fde2505e5348cdfedf4982548d8785864fa03cf06850,221782430,0x5db7c836df5b82a05f54e5d207acb7cb713105ae,0,0x75321a13ce16e83c0d37fc032bd6ae542645f8bf,142.93.192.120              ,8,37000001459
d24bef0781f24702a8483bda18e98d4c,0xf16893b8a6aedb89a36040e32e9803bbd0132cc890a08b11024

3f9a397332488,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605784220,2020-11-19
11:10:22.244688,2020-11-19
11:10:44.407245,0xb62671881e97faf35f43238022083ee797caf4edd76baeb875734e35ff6d9c44,221782
36,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x75321a13ce16e83c0d37fc032bd6ae542645f8b
f,142.93.192.120              ,8,37000000730
7519ac85f3194dc3bc848f83268608a7,0x593561ca4a5e9cd5e4b7746988ba73e7b7bf827b249329d59ae
d27f8beee068f,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605784216,2020-11-19
11:10:16.935531,2020-11-19
11:10:37.247961,0x24daa15a1b65ae23711a146e18e68a14ea2381c63aff47222e5590eafbce3bdf,22178
234,0x5db7c836df5b82a05f54e5d207acb7cb713105ae,0,0x75321a13ce16e83c0d37fc032bd6ae542645f
8bf,142.93.192.120              ,4,37500000730
fa158aa662a34d999bc0f1d137cd0b46,0xadfd79b61251af02cf0a4408b6a5e0bbdae29711d800e0673f334
e6ba51daeaf,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605783855,2020-11-19
11:04:17.108490,2020-11-19
11:04:37.126081,0x74eca31c24b95067c20a08a3eed1ad7c6e6a5091160699abd31486e92f86fe32,22178
185,0x5db7c836df5b82a05f54e5d207acb7cb713105ae,0,0x3402f1f69f818de96a51c20ffe5fbdcfecf277fe,
142.93.192.120              ,5,38500000000
78dfe21a1167487c8753ebaa75f5f567,0x9e9dfb63d7fdf5f9abdefbba0aed922c4519607f906eccc22249e2
00972738ee,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605783785,2020-11-19
11:03:05.726132,2020-11-19
11:03:26.825800,0xaae49d45d74cf2bc5d12bbe14ade23d70fe4722ebd0650d4e316ff7c1bb7543e,221781
75,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9c
36f,142.93.192.120              ,3,38000000000
b0dbe8a79cc24b3f96301e46d5f1b290,0x21060e293b343ff57159210bd34b1670bba03546a2aed1d6e14
de019d9ceafd8,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605783667,2020-11-19
11:01:08.788530,2020-11-19
11:01:28.521783,0xb977c7a1487212154613e65c258d37478f48341804f99f9d3cb7b6c50a32efef,221781
57,0x5db7c836df5b82a05f54e5d207acb7cb713105ae,0,0x3402f1f69f818de96a51c20ffe5fbdcfecf277fe,1
42.93.192.120              ,1,38000000000
1eca40a07533474c980e6af860b3a110,0x5156f40568c82e649c288ad4219cd7e3c12a9a24d696509b943
7a8466604ae4c,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605783657,2020-11-19
11:00:58.456180,2020-11-19
11:01:18.166306,0x42ee8cfbf624b27ff4e8634c632c0173ae9dff2b6fa3e1ff4dad0a2bd3055969,22178155,
0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x75321a13ce16e83c0d37fc032bd6ae542645f8bf,1
42.93.192.120              ,3,38000000000
8ca09750890a4b5999bcf1a3206a58a1,0x12e08c2dd0f7d2acddcecd6e8fddd0dc72ccfc02d634748f17f58
2406db200e4,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605783601,2020-11-19
11:00:04.504975,2020-11-19
11:00:26.742378,0xddd4dde95f96d9d8fe75cd5b43546aee13d253b59e968612cea460aa12d6b543,2217
8149,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e
9c36f,142.93.192.120              ,3,39000000000
abac45e009324fcfadee41cf20bc9ef1,0xce9555f5e356783944c403a1a5befe4cbb8b0f4a603f8fc760f7b14
27185a19f,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605783422,2020-11-19
10:57:02.371616,2020-11-19
10:57:22.695541,0xdb281a8854a62432bf28053b8c6ce0a36bc2a35b22044f8861243415ac27d4a6,22178
126,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x75321a13ce16e83c0d37fc032bd6ae542645f8
bf,142.93.192.120              ,6,38000000000
4937e2cd2a514730ad4855e8c79321e1,0x446a0be57c23a49d6ef3900a67030b6a2ce71ac1f057d9ca59a
b4e19dcdb3cc7,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605783421,2020-11-19
10:57:01.814358,2020-11-19
10:57:21.874041,0xdb281a8854a62432bf28053b8c6ce0a36bc2a35b22044f8861243415ac27d4a6,22178
126,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9
c36f,142.93.192.120              ,7,38000000000
ee2b7907651e498082685a527b58063f,0xbccd78995d660ca04c542de55635a4b14ff10b969fd86cbdd0ee
44649c8bd7c3,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605783367,2020-11-19
10:56:09.132422,2020-11-19
10:56:29.377862,0xe118984191c161dc4d63ae922aaa7b2c39a4dcd3e31057088969458667b2d63a,2217
8119,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x3402f1f69f818de96a51c20ffe5fbdcfecf277fe,
142.93.192.120              ,13,38000000000
63b600648f884a9cb39f437e133986e1,0x3e0e171809210b9b5042afeceb89b2fb1964a77324eeb4a6c234
11fdf5bde7b3,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605783322,2020-11-19
10:55:23.824383,2020-11-19
10:55:44.866738,0xbea845f7133abed262d980a94302316b1ce7c641730d810b4a68731de5e57f02,2217
8113,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x75321a13ce16e83c0d37fc032bd6ae542645f
8bf,142.93.192.120              ,18,38000000000
9bd061eb3cb64ccabcb7ceaa9253b314,0xb8195f22310afc1aa5e9b9a6b4c108c6bc69114daff3e1513f4f7
60a607ba601,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605783287,2020-11-19
10:54:49.358742,2020-11-19
10:55:11.239410,0xf970cd96494f23d1e2ca50bf067d4e6d098f9f725d3393fea3e7367de42e6a6b,221781

08,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x75321a13ce16e83c0d37fc032bd6ae542645f8b
f,142.93.192.120          ,13,38000000000
0b11464e47ac47408d2aef34342d839c,0x5a550cbc8ec59bbac82a82078347618b938b77115932bcbc567
7d630c4951875,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605783247,2020-11-19
10:54:08.668466,2020-11-19
10:54:30.521529,0x62d17c8112dbbc21da9091d01369ec1170086d3fde2ac1105fa2a55ffc9b2191,221781
02,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9c
36f,142.93.192.120          ,13,38000000000
893e558bed7f4fe39bd80d69cb0cb387,0xf2f667d29fb20f34a14fe8fce01ccb46a2e50d8de9445104d28da4
e02411bd3a,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605783207,2020-11-19
10:53:28.146529,2020-11-19
10:53:49.231592,0x1690fd8bc5598b431c9b2b6b34c3c3731ae4177c9025c3189d9d217a9e5ed1cd,2217
8096,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x75321a13ce16e83c0d37fc032bd6ae542645f
8bf,142.93.192.120          ,13,38000000000
3bf28520b6874b8fa09033d7b317d476,0xb7a05ff906b94894cc56b8709ce9a18a5344c0ec792489eae859
815378aadee9,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605783142,2020-11-19
10:52:25.746232,2020-11-19
10:52:47.185725,0xcec0d3d445a68a5ae46d5590ecd2728ce7a09b52d2eaa59ed24b93b3cd92b8d0,2217
8086,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x75321a13ce16e83c0d37fc032bd6ae542645f
8bf,142.93.192.120          ,6,38250000000
dfab7126c9d147be934b4a9574206dc4,0x86b9bd1e694efd8c507c7bb3dfb16bf2299d3a852e2642bd0b41
12e96af52d84,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605783061,2020-11-19
10:51:03.416124,2020-11-19
10:51:25.174457,0x51a06549246b782f0c9a49bb121c68497644abad17c197f0e75ab9e64d0b1e42,22178
075,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9
c36f,142.93.192.120          ,7,38000000000
dd10e42cd0b847c4ab996b196bde75a1,0x57c13d8ea5ea107e46f0403623a87f36957ffe96acdee7a0d66e
5950b01c5a0c,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605782881,2020-11-19
10:48:04.138951,2020-11-19
10:48:24.294399,0x996dd5764c39af9c2e32b510f33b61c78777c0fbb446ac87a45b6c5203a92f3c,221780
54,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9c
36f,142.93.192.120          ,19,38000000000
1265754c151a46b692a45a6eceef4585,0x03c044b44a819c08120cdb554a009bddc7d426133904706617
b4796ee6237473,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605782521,2020-11-19
10:42:02.459950,2020-11-19
10:42:23.657409,0xfc87a6efc01fc36803f32ab521c27af8c37e4cfbc5d5c589be0a644f61223ff7,22178012,
0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9c36f,
142.93.192.120          ,19,38000000000
b0133c17e0c34bfc8bcd50a17101fc88,0x7cd875d85e0f8221481b9e74d5b2585072d678973c5c1bfbcb57
e7c0a6ba078e,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605782342,2020-11-19
10:39:02.292416,2020-11-19
10:39:23.474402,0x9b1e3b1264f5c799f59cc7ea73ed1a2b0b857d80940173023fee034c1771a342,22177
985,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x9e36c9a50d006b320ba89313db65b2f818e9
c36f,142.93.192.120          ,6,38000000000
8dc08922fd084c9892cab228a5b03515,0xcd5d0075acff6ab4cccce1f47026c8fca9196b2f19c542b78ec9af
0a076a71c6,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605776528,2020-11-19
09:02:08.581950,2020-11-19
09:02:30.977080,0x2929a259c9e4d29625cbdf49e2b8c37a74dc98890945b6d5b6560853b2ae734d,2217
7183,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x02b93ef067fd0e29c419952778ca08ad1f52
35df,88.238.5.137          ,12,17000000000
6a8573d758c34e21a125bff1c529e3e8,0xb1ef5f8e7da5267f85f42b7fe99c7ed5c3c0cf4871e259ad06423b
056d73648a,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605729248,2020-11-18
19:54:10.339006,2020-11-18
19:54:32.870874,0x1ddc5b6b4fcde2f78565ede6383a58ad0744ef86ef17310772361e61941e2c13,221703
89,0x896722ce297bc8833f02de0f0ac88f7af0a70e8c7a,0,0x3ca21a9192648bf7f62ad230e49ea9e48d3073
54,5.143.30.89          ,4,48000000000
94075a0535374c49b40c553a14bae5c4,0x83952fa5ab240ffc8f4bcd9d491db8d40300c436b72b72a84a8c
2d7b418c2383,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605729241,2020-11-18
19:54:02.297994,2020-11-18
19:54:22.875655,0xa5ce109b82ef8889dcfebfd389d3c2e1b90e086b4b208119fb553a33108f7f0c,2217038
7,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x3ca21a9192648bf7f62ad230e49ea9e48d30735
4,142.93.192.120          ,3,49000000000
a43e7493a9ee41fc89575a0e3a302e60,0x8b493dd6d3a7d45d15df10c44c51c421b21f73502d747a0331e
02a770686ce60,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605727585,2020-11-18
19:26:25.481848,2020-11-18
19:26:46.920498,0xfd879f444f5ef5af683c66718f3200f8ef9fb093855a13d80caf6c0dae6ccbae,22170098,
0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x4ed5f4b9706c91564adaf8135966dfa78ab863c3,1
42.93.192.120          ,3,56000000000
d5208790bf494051b120ed8e53f60fd9,0x2a212b226a56adde728eec1ea57aaf8651ebede6bf93c5be5346

97a125ca73dc,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605727432,2020-11-18
19:23:53.531015,2020-11-18
19:24:13.622164,0x319cf298f2380b1aa3704a7e9fb8d7cea9040627ed413c982259589898bdceed,22170
072,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0x4ed5f4b9706c91564adaf8135966dfa78ab863
c3,142.93.192.120                  ,8,56000000000
44bbdf6aeaba4501a104a928c02ccf17,0xb6ddcf3aa5fbbf4c3383e586ff7e23953f3df6baedb723e089ae4fb
6d37d4a75,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605726728,2020-11-18
19:12:09.329466,2020-11-18
19:12:29.565444,0x3f8aaa7da120a1c14599378bbded000137e9c60f90f91c010cb3dd7e173f4343,221699
48,0x89672ce297bc8833f02de0f0ac887af0a70e8c7a,0,0x3ca21a9192648bf7f62ad230e49ea9e48d3073
54,5.143.30.89                  ,4,56000000000
a5b53d84a7ad4be58d87b36de52eedf2,0xe6f7a415dfc9b959d03af90ae304478c8f4a429e8a4fb5d322c35
7f638ebc13b,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605726722,2020-11-18
19:12:03.263970,2020-11-18
19:12:23.738810,0xfbb764bac18b54b46e715033f1c70b51a112c282f05b11f2d7b51d0d0e3474a9,221699
47,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x3ca21a9192648bf7f62ad230e49ea9e48d3073
54,142.93.192.120                  ,6,56000000000
e6d97733e7544d72b27f6fc0ad866bbd,0x68953ea5a597e51ac3df441f9bab605ca9f10e8e265afb1a4fd1f7
fd6da06b16,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605726654,2020-11-18
19:10:54.968480,2020-11-18
19:11:16.136055,0x6d5dee86d80a607cef91c2a31fe7309cee4adcba1c3efd1300d850a731a432f0,221699
33,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0xb2ba62c07ada3cb31e074c01622e79e33ddc3a
65,142.93.192.120                  ,6,55000000000
42d5f32741654aa2941f4418250acbbf,0xc66926478cfc73bada2d40fe39584f7582183d900927979a75ad
05215ce126d,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605726549,2020-11-18
19:09:11.657743,2020-11-18
19:09:32.938230,0x4d1378791eed0c0c896fa1d53330de4f361708763e75f21c369e77d21c375809,22169
912,0x89672ce297bc8833f02de0f0ac887af0a70e8c7a,0,0x3ca21a9192648bf7f62ad230e49ea9e48d307
354,5.143.30.89                  ,3,54000000000
bf21f6b2b13141708540e05bfbe848b5,0x4430a41b8b077c6a31e81c2c90f708572c3107e5b13fc6b05f7a4
fffa903a6f5,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605726542,2020-11-18
19:09:03.375369,2020-11-18
19:09:24.481600,0xeff4403ca48f3d3c29edbe26e43349144a613b0bb8541cd330bc0a989b6c4465,22169
911,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0x3ca21a9192648bf7f62ad230e49ea9e48d307
354,142.93.192.120                  ,6,54000000000
3f64cf7413e84985862bb1ee7c4eb334,0xc5e9ceb99dbdf5f1b1bd480635968c6fb62a5f15d73e438675373
09796d23033,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605726382,2020-11-18
19:06:23.713880,2020-11-18
19:06:44.637630,0x40944388839902a31e133bb02946ad48233b1cd2d1659a9e0113f03b7fa053b9,2216
9883,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0xb2ba62c07ada3cb31e074c01622e79e33ddc
3a65,142.93.192.120                  ,6,52775000000
336ee55c1a8540ffb8b470096717c890,0xe3916a2feb64446ab4f5f7f9757030584e153ff6e36b41f2ce3bdff
3e69d03f7,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605724441,2020-11-18
18:34:01.172340,2020-11-18
18:34:22.750930,0xf0f2d95403c48130dec76a073d90ca1c84c1959ce11082235f78a4cd654646f5,221695
13,0x23b2f4c7c47a8440d3297142a599d4e57a98fc91,0,0x4ed5f4b9706c91564adaf8135966dfa78ab863
c3,5.143.30.89                  ,3,59730000000
10cfa04b04814fdc8303ec673fb7dcc0,0xc748ec1f03645b79197fab15c7fb1bcb63ac2edd1327f96fa36b2b
e4cf775a5b,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605724335,2020-11-18
18:32:16.765075,2020-11-18
18:32:37.218670,0x36800ca951b9a9ad19195b8265e69f38a48e8e6b12951435404ac5d5a1160dbb,2216
9493,0x23b2f4c7c47a8440d3297142a599d4e57a98fc91,0,0x4ed5f4b9706c91564adaf8135966dfa78ab8
63c3,5.143.30.89                  ,5,60000000000
f9d09457835e46c489463430c5f183a8,0x4788ce95c0c0bd5dff4dbc6cbd5ad9ab9cc141117fab9486bfabc
45cb82a2b5f,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605724184,2020-11-18
18:29:45.537138,2020-11-18
18:30:05.717594,0xa6fd7ae1e3a3f526c5dada011a598eb7860a26ff0d4b9440bb45859ffd889e4f,2216946
5,0x89672ce297bc8833f02de0f0ac887af0a70e8c7a,0,0x3ca21a9192648bf7f62ad230e49ea9e48d30735
4,5.143.30.89                  ,4,60000000000
69ef52968541469393390be3692195ea,0xc6e87a191ca440ede3dac9462c7c710530f91e20bfd4f84927b0
1cbaf476f988,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605723758,2020-11-18
18:22:39.225901,2020-11-18
18:23:00.858187,0x25c7e1fea09b41f8131cde4dd8210c551e287ec8b61a5438f7f6a985f6aff4f2,22169382
,0x23b2f4c7c47a8440d3297142a599d4e57a98fc91,0,0xb2ba62c07ada3cb31e074c01622e79e33ddc3a6
5,5.143.30.89                  ,2,60000000000
5b99fc5b73b44485b65fdbe4a0fbe4bd,0x09b1ee3616ccc3cce7d0a884e86c2ad7bc28af2f1a65ecaadf935
c761ad6f81e,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605723664,2020-11-18
18:21:06.717128,2020-11-18
18:21:27.654817,0xc5df32ca9e0ebb99b01755a28c1551732fb23a28dbcf0ab08c5908c71bdcb6f7,221693

65,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bf
b,88.238.5.137               ,4,30000000000
4e8fbeeeb7a84e79ab22a40343d620e5,0xfaf17012465c9331fd89c845a0914ca439ae5e96c2fbc74ba654
031f7d6c49c5,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605723638,2020-11-18
18:20:39.119560,2020-11-18
18:20:59.597952,0x2df600739a628f5abb987846eb12c222c86dce61801a355c2cba5058174d512b,22169
360,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067
bfb,88.238.5.137               ,6,30000000000
09cd8b18e8424e9e91686d6751abafff,0x92bebf656633e46c7a0e8b1e8a7ec28f88738d4f4555ca205d679
40153b8eb6b,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605723625,2020-11-18
18:20:25.669066,2020-11-18
18:20:45.947224,0xae7ce42921fc93eeebc4c52a2583ec7c944819060cc427c4f9cadff339c77ca4,221693
57,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bf
b,88.238.5.137               ,3,30000000000
b079833924cd40f3825317477a714c54,0x2a6d216ddbb11cd7f8664135083e6c2446002f72675ce12c3dc
35d56e16d5ea4,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605723609,2020-11-18
18:20:10.404689,2020-11-18
18:20:31.436297,0x1de29adf04558cf5a50066aa6192717792d632c273c8328a86c1bd3d811a3db2,22169
354,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067
bfb,88.238.5.137               ,3,30000000000
c10ce35efcef4381ba4ce34c80f4afae,0x2337d8640fb30265176647096678882fa3b57494cbaf3e943c78e
a0e196b0371,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605723592,2020-11-18
18:19:52.642005,2020-11-18
18:20:13.540185,0x01ac4ae8d13e50f892cfff22997c8aa27f0d4198d2774dbf3c55c416f343f5ea,22169351
,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bfb,
88.238.5.137               ,8,30000000000
7a4c1a8f42464254a846f6e9135e79c1,0x0114c026981dfa5ae91e513e774f59855e45cbac353227e11cf2
a2cf7c752cb3,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605723573,2020-11-18
18:19:33.979627,2020-11-18
18:19:55.389230,0xa94fb954da17f20d0f0220db8ee0c524b3e58a46dcb665ff34c6d5e762c4d84e,221693
47,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bf
b,88.238.5.137               ,7,30000000000
e1a3a52465df4f83a7751ff9ebee6d53,0x0b8b28998f66ac3a8156720d9adec41ea9617b4ee7b71f8373bf5
907aa5531c2,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605723555,2020-11-18
18:19:16.149305,2020-11-18
18:19:36.426276,0xc229bce0d6192abccbf76d6fad48139dad60ae494cb349b5cd557f672d4abe1e,22169
343,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067
bfb,88.238.5.137               ,5,30000000000
0f9ce98351364d67b92c140a29fd7f47,0x1966d09b1f0fb76746b2e5e1b4931cbb1e47e56cf6cacb417ef5a
d2f96885dd9,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605723535,2020-11-18
18:18:56.974014,2020-11-18
18:19:17.835531,0x4855758571d548c2f5043d3381feb8313499621f8492adfcca4a76729ed2f6af,2216934
0,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bfb
,88.238.5.137               ,5,30000000000
f906dcbb4c8c43f0a686d98a872f9292,0x7722cc4d43f6c461a3690aa559e3ea1dc472fc3c1b2df908f54c50
a9c9bbc725,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605723510,2020-11-18
18:18:31.889170,2020-11-18
18:18:52.110897,0xd26cf7df6a61e7e69f0aeae917abea30df223dbaeb3d6ee8c33795c140037c51,221693
36,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bf
b,88.238.5.137               ,10,30000000000
9f3274bda620442b8fb1390a2d99cfa9,0x95de4adbe64ab6c70288b97d639c21eef8197ea64ffcddf32aa04
18f29dc95fc,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605723494,2020-11-18
18:18:15.242790,2020-11-18
18:18:36.792374,0x7aae4473752bc8fe1154687e4bcbb500a9b0a046b82b430379c631019c3803a4,2216
9332,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b06
7bfb,88.238.5.137               ,6,30000000000
0e72e7badc2846a9a08d954808a74331,0x74d6eaeaa56fe4864b9157a8f9b5fe70b4de39329f3232c15dd
07f32167b7c62,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605723475,2020-11-18
18:17:55.951326,2020-11-18
18:18:16.988170,0xf8ca810c477f25bb2af4b5bc7144588e769043590dab1e2e803649904dbfff1b,2216932
8,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bfb
,88.238.5.137               ,5,30000000000
06f8757dacd74a49a3b494518fca6a42,0xfd92e0dccbd2a117a26147947515468facc0924db1f16022250a
e870452e2042,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605723455,2020-11-18
18:17:35.498865,2020-11-18
18:17:55.715927,0x0484df54086b69818ce70d1e9e505e7880be0f2ae1749f2cc160789220d7c7c4,22169
325,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067
bfb,88.238.5.137               ,5,30000000000
0545bba4d26c4e50a3ac469a8098995b,0x6f63e1e2b94478f08da633b4b8fea86a34a0071115f800e00f79

503a4673b668,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605723445,2020-11-18
18:17:25.869041,2020-11-18
18:17:46.118789,0x231f6341ef4afa12625b8a708974d43756819e7546b297435855d743e3f43177,22169
323,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067
bfb,88.238.5.137              ,3,30000000000
36ae0c5cc288494098ddb0eb1224d921,0xd2937e3bafd999025a35fb00169229c46accb20b405a6498988
80a250b3c911f,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605723427,2020-11-18
18:17:09.481943,2020-11-18
18:17:30.523737,0x71c534964f82a87aedbcce98eebbc76102c4a2eea119f5061e346c1f9b252815,22169
320,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067
bfb,88.238.5.137              ,5,30000000000
13b8a387c0354332a1f3bdfe178be9f8,0x98ccca92a7860e0107c1af384d3d9d648d7373814acf8dabd196
9bc1e068e82a,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605723411,2020-11-18
18:16:52.809970,2020-11-18
18:17:13.686171,0x1e795d049490ce6469bee290219e61c3caef111a2dfde67362efdd8905aed776,22169
317,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067
bfb,88.238.5.137              ,9,30000000000
766826044534478ba46e1bee9444629f,0x9a861cbb45c9f6317b098e4eb93e2616eed84c1032112e93077
f5d1190c5a15f,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605723391,2020-11-18
18:16:31.632341,2020-11-18
18:16:51.752559,0x08edcb250b946e5e64c725aded1f9be9c6fe94725527704a970d9a01d9d9568a,22169
313,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067
bfb,88.238.5.137              ,9,30000000000
ce05e08c7d6a4de794606e6af1dff4da,0x9bbaf932eceed1a38307a231de11ad571e50aee48955d0a5d9f3
e5aff5468831,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605723376,2020-11-18
18:16:16.962192,2020-11-18
18:16:37.291840,0xe500b69241c8dd121b975fdb935a1e09f5439a9b3fdf6885f77f75cace948b6f,2216930
9,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bfb
,88.238.5.137              ,4,30000000000
70c24e642e5443a08a9e867f4a2ff7ec,0x67a2c49f23441b1051971fd09c215ffb772e1a42ece0edb12ccd7
77bc9be0f1b,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605723353,2020-11-18
18:15:53.140372,2020-11-18
18:16:14.887957,0xd4cdfab81416105cc5432f857b475a226dda7b025375598947383b9a5738f3df,221693
05,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bf
b,88.238.5.137              ,7,30000000000
2d537c3199f34784b2bc8357d8be1c45,0x283727c9e840209a623029b410e0d6333845d5cd68f02a30b78
2dfcc6b94c848,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605723329,2020-11-18
18:15:29.462600,2020-11-18
18:15:50.400210,0x60ec3e8deb5b9c5c99a4e3560c5f1ece99f9f087890865c773457cc4bee82cf4,221693
00,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bf
b,88.238.5.137              ,3,30000000000
4fe8f985381f4e268b48fa3dbaeb6de4,0x6305e28610b9551782d62337daf82d2e53c1ea796cfc215279b0b
003309d23fb,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605723318,2020-11-18
18:15:18.839870,2020-11-18
18:15:39.118641,0x52b0bbf2e1725df6e0cca7787842ac5e428eb433e79fc89b220ead883c006e3e,22169
298,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067
bfb,88.238.5.137              ,2,30000000000
da43654a62794556a13a9f9b89d19cc0,0xaab76ee397a1a6db5142213b2d96cd8775932a3186584802ee
47c12e4b555edd,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605723303,2020-11-18
18:15:04.253156,2020-11-18
18:15:24.908357,0x67f012aa71d3d9de7dc6d28deae4b310d8f230fc149d78940de9e1ac171b0df9,221692
96,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bf
b,88.238.5.137              ,5,30000000000
0d020304739449e588acc5f115ac4fc3,0xf689e9c4418ba199538fdb63e8d9a1892eabf2c19f1ece8e82817
84b494a3a51,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605723285,2020-11-18
18:14:45.619614,2020-11-18
18:15:06.496810,0x0d5806088ba28cc637a1eab97286e3229205684e9065205ba174aef88012ce8a,2216
9293,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b06
7bfb,88.238.5.137              ,7,30000000000
37092b8d40ef484495dc0fa0e870fb8f,0x85b449aa53309dbfba9ea092a19594f4b182ee177aaea9ba22e1
b671404a0193,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605723268,2020-11-18
18:14:28.934512,2020-11-18
18:14:49.177469,0x3e6e48afd6e0815f18668dc4db924213c9f696d0ec244f5e5bd9ac8713941d8f,221692
90,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bf
b,88.238.5.137              ,4,30000000000
cfa73f08f7a04d7b8798be3850f7a91c,0x97a0351c621167c96494824ba09b25ad1270327dda85e915e4b0
81d94fa3b63a,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605723241,2020-11-18
18:14:01.316587,2020-11-18
18:14:21.383604,0xe0634219028a3b991d460ad0f8e4c1dda755c61ba66820ed25440c706621d038,2216

9285,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x02b93ef067fd0e29c419952778ca08ad1f52
35df,88.238.5.137                   ,7,30000000000
72c994ee7c854f35a1da50d35b89d432,0x937ac4e07c3bfd3386e46ef986e32e95b94fbfaa3f51ed0594876
fd830bc2a55,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605718803,2020-11-18
17:00:03.947451,2020-11-18
17:00:24.217039,0x7a67fe30a8eab459810bdb77a68b50c8c191fe7fbe6c33132b507ca191a19587,22168
455,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0xbdb3e10039eee33214dbd9ef9e11e4094a92
42b2,142.93.192.120             ,5,90000000000
d135a5ba9dde454daa19cb0d7b0106a1,0x053833101a0652bc5cd3fa7f8e1ae3a3ee59b5348fd1289970d
418295d8ace19,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605718695,2020-11-18
16:58:15.608994,2020-11-18
16:58:36.106936,0x23c79008affe4f997b053d3034d11508a58a6dac6e5ecc99eee16c25e1889451,22168
435,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0xdc5a2ea9eec30c0e6612658797a6f515a99e9
2ca,142.93.192.120             ,5,88500000000
a01283aad2a544c69f1a53c27256671a,0xe24612fae3a589f04e68e90b9064dd593171c60842ca92f07880
7b5962b5bc3b,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605717542,2020-11-18
16:39:03.270134,2020-11-18
16:39:23.617489,0xd94d1dfd5c66528a6f2faace372a948824288db903a0a5efb36a627d7232e5eb,22168
229,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0xbdb3e10039eee33214dbd9ef9e11e4094a92
42b2,142.93.192.120             ,6,92400000000
8a6a4b09589c4539bfcf79def85a1f4d,0x3bbb86db070cf0d255c8b5999396cb2681bce17f44e3324c1bead
dd70a74848c,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605717428,2020-11-18
16:37:10.250724,2020-11-18
16:37:30.567297,0x7e9ff538cb7caf6c96d56e3f3c637258b5bff4de3b095d73ae6f5e374d11ccc4,2216820
9,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0xdc5a2ea9eec30c0e6612658797a6f515a99e92c
a,142.93.192.120             ,4,91850000117
b495b79669e34595ba79d2f88de0b70b,0xe8c6aa20f8fb1315c086e6df1cb4867d070a9b12003ff636d7dfe
bcda5480522,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715520,2020-11-18
16:05:20.659425,2020-11-18
16:05:42.428283,0xee8856c7422bf62dfad328f222947522958a8fbe16f4fc3fff4fd2fe82c3e843,22167839,0
x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bfb,17
6.227.3.65                   ,4,30000000000
d49f69a782b0422dadee7751cafd8448,0xa80ab6ca5cc1adffcd061faed35744d3262421a6b695d463648d
95fef3f4bb1e,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715500,2020-11-18
16:05:00.243831,2020-11-18
16:05:20.347812,0x021e883fabac6a3cdbea9d4e36c90552695b774f937c38965a195cb7e607a1ef,22167
836,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067
bfb,176.227.3.65             ,8,30000000000
c5a128742c4248a681de7b195a468ad8,0xb3712be0fd523f67bb9d643f3c484b69730072910f70964fc9f40
4747e1c7543,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715483,2020-11-18
16:04:43.578478,2020-11-18
16:05:03.937530,0x4a4d7f84a81e0dd9302c25230ef121b4b76dd0dd10a5610ec161635330db97a4,2216
7832,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b06
7bfb,176.227.3.65             ,5,30000000000
54a43651f4b44a59b478795109a0c68d,0xc624fe7b000422d24af0bcf4463797aa5b9175fde0bc85d683ee
99c1113d71d5,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715467,2020-11-18
16:04:29.405034,2020-11-18
16:04:50.841247,0x4681ab37becbc35d511f5d2236f5da7f5d049b1f17c09dd232679659ca0edcb2,221678
29,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bf
b,176.227.3.65             ,5,30000000000
7f1b480ea439416ca2a83579bede7c97,0x21970c266575c17bddd737661a0112dd616ed9fc0224670ec68
f702388b7bfc9,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715452,2020-11-18
16:04:12.689113,2020-11-18
16:04:33.662119,0x25a34c0e4cc705a7f5b8adab092d772f0bfb5c0ab0396c1b9abb95b68b9f8949,221678
26,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bf
b,176.227.3.65             ,8,30000000000
7f690696a24048df9581ff0f0ce84455,0x8fd2b0e27ecca108b93e8c9c929a9a0ed60228590be53ff8765e35
a105a02314,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715432,2020-11-18
16:03:53.172885,2020-11-18
16:04:13.836635,0xcdf8b48453a8de63a83a57ea61cab7b7cb6dd6b8594b1c4ca2ff8958b31a651c,22167
822,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067
bfb,176.227.3.65             ,8,30000000000
5387515783be4cc8a4115a810b894ee9,0xddcd93adc6d2f9a9956f56b9a53d4956521baadabcd205b7a24
1fdd5e9f6a977,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715411,2020-11-18
16:03:33.834756,2020-11-18
16:03:55.535886,0x208d5c0017ab41717fad09f73004d34f7338f94f9719c0d7e6986f07afa0fdf9,22167818
,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bfb,
176.227.3.65             ,9,30000000000
49e3bd7575fe426998eb6ffb2c965365,0x82e4eebc358fe24579cf6e504a8bd96d4f926d63846c941cb15da

16f9465f071,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715397,2020-11-18
16:03:19.432430,2020-11-18
16:03:41.103082,0xb4fb7176ae249fea676dd72b544ba1872754d1517d44974a624dab34e2743d88,2216
7814,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b06
7bfb,176.227.3.65              ,3,30000000000
cac6e79354ec44918856a6f9a95cca5c,0xe65c383197ce9dcbe6822ab20082545a4457777c5a129832a6c
6d8cf960716b3,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715383,2020-11-18
16:03:03.997955,2020-11-18
16:03:24.986320,0xc6316e3c9761f21ec3d603eca918cdde9b9b9f0b37062ee4a34861409c5f1500,22167
812,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067
bfb,176.227.3.65              ,5,30000000000
01e95768489c460f8943d8b5877ac4b4,0x9440b59bbfdbca9bf667d43ff035a0f008ef25fb1cc7f074d24ca3
b86b60a14e,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715369,2020-11-18
16:02:49.186916,2020-11-18
16:03:09.404099,0xca109b6576ab72ea1584c16939a6b89219e1217602e1dafa0011b84bea95f093,2216
7809,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b06
7bfb,176.227.3.65              ,3,30000000000
aac6298af0ee43fcb64d80b0a0ace800,0xc2d682c508933c7114a7faed3370f16013780678b40cb85f58e3
eb4eebfb8729,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715354,2020-11-18
16:02:34.943966,2020-11-18
16:02:55.174845,0xec9e515aefa4797443e5d50bc0869312d8e725e6b9073b6ab78887d4c90a5736,2216
7806,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b06
7bfb,176.227.3.65              ,6,30000000000
0a3d19cb539d4073b02d76550067304b,0x8bf3537fb04e9fee34cb0f025e89932909f6795a19e932872caf8
0c358d3583f,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715341,2020-11-18
16:02:23.602395,2020-11-18
16:02:44.350410,0xce7d9497f64eeccdb2d6a742265de7a078afd3f6b6f5898edbb4540197133016,221678
04,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bf
b,176.227.3.65              ,7,30000000000
2bec4e6d3666445d8803f6f1d8530d35,0x7c37ba2c4e350dcaa6797581ae9afb358f3ca41a7cc9b65d662b
49d553edf54d,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715328,2020-11-18
16:02:09.944446,2020-11-18
16:02:32.732479,0x5d20c34f88f73768317dcabad7be696fd894fd5f89d19224695fdca078803ef9,2216780
1,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bfb
,176.227.3.65              ,4,30000000000
97265cfc5a7e4ab8a14c9f83dc9a88e5,0xbb1c788b2b438761059fe7ed87aa6426e7f30cd27613d9fac85f3
51411cdd6e3,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715315,2020-11-18
16:01:56.502347,2020-11-18
16:02:16.689675,0x80dba620295af47f2f2eb9c6a5c37146bebae7b275887b502f20a6622a13fa75,221677
98,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bf
b,176.227.3.65              ,5,30000000000
c4bcf213cf634f46852565b9fc6c982d,0xd4c62ebec775cd2966400c3efddc8cdbcb42fd5451be9d2d7af68b
f27d2f87e6,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715302,2020-11-18
16:01:42.735358,2020-11-18
16:02:04.623645,0x2aeda423d7b702e63754b4046b081167e745559aa1a073c8b208bc06b9fd61fe,2216
7796,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b06
7bfb,176.227.3.65              ,6,30000000000
0cf796073ed84b1f97006e4d39730d9e,0x138ecf06857ed3c83e69aa4ab0846aa79c50f1bc2360dd743266
05c29b5283c2,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715289,2020-11-18
16:01:32.685320,2020-11-18
16:01:53.389865,0xeb1183be19ba6da9944aa6639b240a9fbd3dd07ab5f6eff9b739e0eaf96daba8,221677
93,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bf
b,176.227.3.65              ,3,30000000000
e1baaea64cf34d14b647cb3fb062b9b3,0x63db23c27b368b240a1e91fde1b2a4efb32c634a679d9c2b8e71
e9f21cabedc1,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715275,2020-11-18
16:01:17.895335,2020-11-18
16:01:39.117730,0xa9e52a0714ef335a06368912a2f93e588975ba5a8e6b3a1377a6ce9eb35bb4dd,2216
7790,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b06
7bfb,176.227.3.65              ,5,30000000000
effa1c3c23524d7bab6f4003df778273,0x85f38909b384a1cd0869a07a91f0bfa3c3d07ed76c7b3474b5b0e
1df9e8d380a,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715254,2020-11-18
16:00:55.837870,2020-11-18
16:01:16.532405,0xd2ea3ebe96754b925f45aa9f3a709e64adc492f11f64bed92cbb4d56c6175c4d,221677
87,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bf
b,176.227.3.65              ,10,30000000000
497d7c032a5b477a8d64a0967f2cb7d0,0x4d38f2dcb8e85bb2fe60bd10d98cc039def5713542207ba2ad36
8317b4a10f9d,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715242,2020-11-18
16:00:42.765045,2020-11-18
16:01:05.308130,0xc91bfb5374b0ef85a0f0dec1d114ed64671b5b5978b537cc1b728654f419c9a5,221677

83,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bf
b,176.227.3.65                    ,2,30000000000
5be7a34afd31475caed60af02f6bd64c,0xe9e24836635709f937507f536c43d844755cf410dd945f099e305
8326abf898d,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715228,2020-11-18
16:00:28.578473,2020-11-18
16:00:48.692220,0xf1fca72e0adcf6fb638d7c169bc2f5115daa14f3fe0767990625026312c600d6,2216778
1,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bfb
,176.227.3.65                    ,4,30000000000
9de39a766b7e4c1a9fba50c1f8f40ae3,0x5f1bdfc10f7079fdb462b9c694a72e2d577dce0518e189e9c94c3
bfef1c95c12,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715214,2020-11-18
16:00:14.713551,2020-11-18
16:00:37.564022,0xff51389ac83fb73f351ffa05722e784b19e65c5e62ca70b787ecea0414d337bd,2216777
8,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bfb
,176.227.3.65                    ,6,30000000000
00ad8e6566264b43a58a594792aff7c0,0xff603e1da4f152c46b325b53f63e4b88096e304dc0612d0dc5e45
b05994829e1,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715199,2020-11-18
16:00:01.269252,2020-11-18
16:00:22.309164,0x4b8f0770536033125dccaffa708c4a1a6c2f7367385785c626da417f6de439d5,221677
76,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bf
b,176.227.3.65                    ,5,30000000000
6562934fb24641b9b8f47e59c63726bc,0x8ca0e803e3ad1ac2a508809aa4b178e7a84df59334019d01404
4608afebeb3e3,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715186,2020-11-18
15:59:46.995502,2020-11-18
16:00:07.379159,0x9dab876b8b8237900d4ef67208895f47fc26fafe73f2630138a39aff2bab8320,221677
4,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bfb
,176.227.3.65                    ,6,30000000000
3d04b01594804400a993b7ba4032aa66,0xaac21cabd8ececc0528c43e974c7db318ef96aff25b078dcebe8
67b1be929da1,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715173,2020-11-18
15:59:33.452870,2020-11-18
15:59:54.725787,0x16565bc3a1107ce1677dfd955a160aa92d045b21124bccdf89f3a895a7389631,22167
771,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067
bfb,176.227.3.65                    ,7,30000000000
fcc91076a8f74053803dc024ee03229e,0xb142cc633ebe0a06942d23717ad13c6289e9a25c392bbb4f142
5b403de22bfbb,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715160,2020-11-18
15:59:22.179524,2020-11-18
15:59:42.591266,0x247478be6b1830954b2a89abacc315cd511b1c9d45c8473fa8d26d79ce5421d5,2216
7768,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b06
7bfb,176.227.3.65                    ,4,30000000000
3e0c904fe4af41588899cd4611130a4d,0x8c57d7db45545982ad5bce730e9d1d2658ac2d06a378b45f1b3
31a258fa2f095,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715149,2020-11-18
15:59:09.245785,2020-11-18
15:59:29.537146,0x8aecbecc042ba689fe26fafe5172db0a4bbd0918b2120c3495e39ae586afbf94,221677
66,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bf
b,176.227.3.65                    ,3,30000000000
0c72e79c89e9492a8fa65e33b3555526,0xe47c31e4a624f799d09c4438d9d92cb6c0937fbabe211a7a1c9
b6eeae3801ff2,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715138,2020-11-18
15:59:00.526240,2020-11-18
15:59:21.764010,0xf4aa46898e1b29c21c85c69be1df6ce2fb3c42cb01d491e0394d287d2572920a,22167
763,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067
bfb,176.227.3.65                    ,2,30000000000
a9813886224340a1938194ab3a01f127,0x1924130559f035a987f3afbcb9f8b7e99d0c4d1fb5eff85884335
d3f4db1cec7,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715127,2020-11-18
15:58:48.659100,2020-11-18
15:59:09.832984,0x08f7aa71a432a7f5c40ee0dedeeee53a11447b4c5154c637538ab1e2b1729d49,22167
762,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067
bfb,176.227.3.65                    ,5,30000000000
1fb270d801484361a6722694a5ce1538,0x8937703284908c4946ef9776092f67a6bb64a6d23ae5e0352d3
eb3a8b5a1f788,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715117,2020-11-18
15:58:37.687857,2020-11-18
15:58:58.388799,0x385d811c6a35c155e37ab637889e6d2c051a18373b71d26b95d43faa7182c5f8,22167
759,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067
bfb,176.227.3.65                    ,3,30000000000
16233d0987b144938955f267b8c09e9b,0x0246510c3dcf52ffc752858e90f07e91c2f50a4e01cd0fcb60d81
7da47e27d34,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715111,2020-11-18
15:58:32.291179,2020-11-18
15:58:52.736204,0x25f68e26d408b3038a48f4d50a57c6725b38ea9a7bfc828b615f772275ace6f8,221677
58,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bf
b,176.227.3.65                    ,1,30000000000
4d8173f0479d4c1f990f91fb8749e4be,0x013548122b181b12548c25006dec331dbcf82c4520ae572b642a

b2c169f4ce67,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715099,2020-11-18
15:58:21.530900,2020-11-18
15:58:41.264995,0xac07683cab05ed3dbf36ade6fbf4402a4211f054e607e9d33136b9639f2fab5c,2216775
7,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bfb
,176.227.3.65                  ,5,30000000000
5820b2e8d44b4589ab784d605b60dabe,0x31554c2fb074305860f937abcea152615a9306e62119ef9e1ac
eb04f1bad24a6,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715088,2020-11-18
15:58:09.770896,2020-11-18
15:58:30.540234,0x1d60e92a28659db6f3ea2ab74494fec39577773143f55dbe0f83c581a3d510b1,22167
755,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067
bfb,176.227.3.65                ,4,30000000000
2e75ae04f9524a81bbef813bb3775e38,0xe778b6fcca7a5dabf59c0162cc0f0fb0c8a1f2bbf865de3c28f2def
500abe50b,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715077,2020-11-18
15:57:59.243390,2020-11-18
15:58:19.404180,0x4cd6f1727deaa81dc114a32d8f6eabadadef27818a7c98a8cad62b7f856e539c,221677
52,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bf
b,176.227.3.65                  ,3,30000000000
0d278f2ea3714e9a8590eb9608ee44d5e,0xa9612f8c83d0fc52332a66baac08fe018bcd6be09387c069c4a5
2dafbe9a222c,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715070,2020-11-18
15:57:51.690910,2020-11-18
15:58:11.207285,0xad2e883aa74ca6607cf65c48d5d2da267b6c952ce818a844b92957797804abad,2216
7751,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b06
7bfb,176.227.3.65               ,2,30000000000
3c7db5ac9ce942dc82b5544e55eaf9a4,0x446826713480126262f0284e3c373e813581aa879ef7a2be2c8
b990b32d0e052,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715051,2020-11-18
15:57:32.879050,2020-11-18
15:57:53.770861,0xc93815e69a9fea388fe42e785c2104112f9624998bdd71872a4b19e2dacf75a9,22167
48,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bf
b,176.227.3.65                  ,9,30000000000
6302eaaf826f4073b1e82332673e3607,0xb914172ee33a5aa71c7910b7c22fdc91fc511e14b1bb722bbb25
befe69c7c85d,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715040,2020-11-18
15:57:20.725712,2020-11-18
15:57:41.711310,0xf0993471fbfec4a4b2684fe113209658868ebf372626eece159e3f121342aa61,221677
45,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bf
b,176.227.3.65                  ,4,30000000000
6b6a73edfe9f40fdac16dd1ae585d3bd,0x55c03e5eb793dcca37f029f1c2a3d1583429b394745f9959dbad3
2547187ade4,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715029,2020-11-18
15:57:10.359465,2020-11-18
15:57:31.812861,0xd80bbfdc2b1731ffe9e0414954334da84ea57e7869e53d92a68320b2e35eed72,22167
743,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067
bfb,176.227.3.65                ,3,30000000000
dc9d695de855499ea4498c62eb021f46,0x2aa25328032f42dbce5498032038e0601eb0866018f4a30ebf3d
631bb25be307,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715012,2020-11-18
15:56:53.675583,2020-11-18
15:57:14.553704,0x2fc5987d9841b025d7aaeb47d6bebc4055d6a00fd58ff69aad61ff5065645d5b,22167
40,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067bf
b,176.227.3.65                  ,8,30000000000
829526ef08064f1293ba3524f71b8611,0x934bf11433228a5028dd8b7cbddbde2eab5282d346be04e0c74
d9cfe9997ba36,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605715000,2020-11-18
15:56:43.157393,2020-11-18
15:57:04.621100,0xc59a72930566bd16fb4f124a34379e286db019d9dbc19da528bf31971911edf4,22167
738,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067
bfb,176.227.3.65                ,8,30000000000
a87c913802b14aca8320594a84a6f810,0x2feb119bfdb9da53f8a030eb4afbac39eb3d7ab66a0bea7d58f55
4a2fba956fb,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605714989,2020-11-18
15:56:30.467101,2020-11-18
15:56:53.865700,0xca5536dfbe5da6d8477b00df22e63b939566fecc11e764675d39b428008dd30a,22167
735,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067
bfb,176.227.3.65                ,3,30000000000
76d7a7177c4d43d9aa549672ca6afae5,0x4aa840d3a9c8291c6ea9f4d8fbaa423e8193e9ad5388e00d315
05e5ea3853db1,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605714973,2020-11-18
15:56:15.538977,2020-11-18
15:56:36.134045,0xbe5f2bf645588adbc01e5da69da100d613e3765b7663817326e1937df7197f78,22167
733,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xcf40f5dd9d4e9dafeba3a2635ac209689b067
bfb,176.227.3.65                ,7,30000000000
fd95ab6dfd064fb1a719431e8ee15702,0x64b49cce2d600438c9237b3042a9e3907057de30c7614aee406
a68d97d0a94c7,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605714960,2020-11-18
15:56:01.847649,2020-11-18
15:56:22.238549,0x6ea30cabe9b78687d98ac425d4580e2fadb425c0689f6e0286404253aa34d5fb,22167

731,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0xce0042b868300000d44a59004da54a005ffdc
f9f,176.227.3.65                      ,8,30000000000
76ca997c514f41599141c2695e9af2be,0x6046ebead61a9525563f534015c557e6b3b0c81b476a2147a51
d234239718e77,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605714697,2020-11-18
15:51:37.955123,2020-11-18
15:51:58.400462,0xe83c7e5d0706362a9105c0550e01e81e7e9e6af5415fd29063e147af06fd0753,22167
681,0x03ebd0748aa4d1457cf479cce56309641e0a98f5,0,0x02b93ef067fd0e29c419952778ca08ad1f523
5df,176.227.3.65                      ,3,30000000000
54726671cfc54881a45ca04df3f52c99,0xf313650e08c0163331082412251b7f8cbf52e8e38331e891e206a
0a09fff3fb7,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605685502,2020-11-18
07:45:03.187333,2020-11-18
07:45:23.602631,0x2d2423f095132974f26ed5d99c99bcc4090bbc08feb04ec53a93218916f628f7,221622
65,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0xbdb3e10039eee33214dbd9ef9e11e4094a924
2b2,142.93.192.120              ,6,60000000000
b03d1c7dae594652add92c366a73b8a3,0x3f16fad0659af871c75a57816d8089c2b60df718474ff954e4d7c
654075eeeb3,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605685386,2020-11-18
07:43:06.623652,2020-11-18
07:43:28.192486,0xd704b50666a9f23349c079517dc12f35252b601c5e824bb803fbc8faf6d33f31,2216224
3,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0xdc5a2ea9eec30c0e6612658797a6f515a99e92c
a,142.93.192.120              ,2,58100000000
1ad4a3aeabca44b0954a84a2989400f0,0xa0fe802f3fc1ee667eef62b23e5139aefa6b409b6d4c484e7fda0
11374602e1a,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605685142,2020-11-18
07:39:02.797946,2020-11-18
07:39:25.289310,0x18bd1e06c4706b906b5cd4cd132cd211ed0daf6c6e36743777a189fd8c94e8a9,22162
195,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0xbdb3e10039eee33214dbd9ef9e11e4094a92
42b2,142.93.192.120              ,6,60000000000
5efd38047e944879871ca0157e7031ed,0xfd4427f1dda114c0dd1a4fe8dec4cdee3ec5b5f8139ca759f2b7f
a50ec1d7c45,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605685016,2020-11-18
07:36:58.359308,2020-11-18
07:37:19.223047,0xa2a2bd421652487678e84bd80d33937d9e8bcb336e01968455709146444987f7,2216
2169,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0xdc5a2ea9eec30c0e6612658797a6f515a99e
92ca,142.93.192.120              ,4,60000000000
0a3e740be8c0448392a334451736fc22,0x694693cbdf77cc6a489cf4824d958e4f140345cdbfa7719d1310
ec8aa960cadc,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605684962,2020-11-18
07:36:02.849319,2020-11-18
07:36:24.199620,0x423bb7a332fed6b1762d3007c87401d173ed11ccf76acb2e1868e4d9051bb30d,22162
160,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0xbdb3e10039eee33214dbd9ef9e11e4094a92
42b2,142.93.192.120              ,10,60000000000
9ffc5b64f12444458dd8c3896e946f9b,0x624c1a56d419531507431dd3d8333f99dda3486bc1d3b6325ee4
2f5b1521cadd,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605684781,2020-11-18
07:33:03.293942,2020-11-18
07:33:23.354175,0x72bfb1cc9761229d0a082e0c5f68491b22e7029b9abe073eec3efb4f51d7f570,221621
29,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0xbdb3e10039eee33214dbd9ef9e11e4094a924
2b2,142.93.192.120              ,7,61000000000
14fb4bbd9bcd4527b2aa22ce2d39043b,0xa68333718dd048e5b27bb2446cdc0339604f9f3dfb4539de30c2
b293c7344a02,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605684774,2020-11-18
07:32:54.982372,2020-11-18
07:33:15.786332,0x2808151097422fd38d078af11247acf9590b8910efe35f216c2e9f643849a3b0,221621
27,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0xdc5a2ea9eec30c0e6612658797a6f515a99e92
ca,142.93.192.120              ,6,60500000000
3191f015453f49cbacd54e94c5594074,0x358c12a9b8574aef614d3c392154c40b5982927ca3b9ad2d6f3a
7b8f12a35f97,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605626643,2020-11-17
15:24:03.509315,2020-11-17
15:24:23.675926,0x34e3ef031feaa3d2ca4f035f1b515399f62732e438f7bdec1087f936637e4cb0,2215136
9,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0xbdb3e10039eee33214dbd9ef9e11e4094a9242
b2,142.93.192.120              ,5,92000001561
e728e487131a4079b29b08b655fef245,0xe237a41e4da761b4ec92a961165cb3cd1e3b7e999615a9178e1
c337aed9c659e,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605626462,2020-11-17
15:21:03.911934,2020-11-17
15:21:26.731099,0xd0c03f796d7cae790b4685604c1ba564b6ab614a7314651913e8765ddc0b2470,2215
1335,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0xbdb3e10039eee33214dbd9ef9e11e4094a9
242b2,142.93.192.120              ,6,92000000000
008fb5ca0a1a444fad00a537c7371197,0xe9fd06699f658be08b806a35a4389fc8120ba7c9d3a9006e6965
e083fe1789ea,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605626421,2020-11-17
15:20:21.921478,2020-11-17
15:20:43.987000,0xdea101cf70b2c02677e83d9ae5916199bdaec85f3ef2a1405f22d87482f58a6f,2215132
7,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0xdc5a2ea9eec30c0e6612658797a6f515a99e92c
a,142.93.192.120              ,7,91500000000
b2e22dc7096c4ddc9bbb3f475be17761,0xddf27b57f5bf3e94805d539c889be90af8ba299a83977b5bd522

9bedb3bd71a8,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605626259,2020-11-17
15:17:40.203690,2020-11-17
15:18:01.508223,0x9ca72487d0afc37e1b89488a2b4d48b099e3086ea50822edb3c4cb3051062d46,2215
1297,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,20000000000000000000,0xdf2d3cc5f361cf95b3f62c
4bb66defe3fde47e3d,142.93.192.120              ,5,91000000000
e851fc8da85343caaa463ae5612528ba,0x9a98c48d9628289910a90f71128a394daae06e00d9cb221699a
1f025c0da8671,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605624844,2020-11-17
14:54:04.158602,2020-11-17
14:54:25.636500,0x6431a177b9200206105e5a06e3f3ecfa85986c117884529827824303a3833b3e,2215
1057,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0xbdb3e10039eee33214dbd9ef9e11e4094a9
242b2,142.93.192.120              ,8,88000000000
616bfc03f78046b1ae3cc7989803b088,0x039a125b5273eff5c31fb1c520fcb257b10117f8ec419faa3af513
69661da660,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605622322,2020-11-17
14:12:02.121107,2020-11-17
14:12:24.248545,0xb1f3d070b308644558c5f5dc590e43ebcaa6c457566f2e87fcf9a010e7ca6f65,2215062
8,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0xbdb3e10039eee33214dbd9ef9e11e4094a9242
b2,142.93.192.120              ,6,81000000000
7e93b59a1e324d4980937adcb7e095e5,0x32ed859b4470a38dd19176c1c2617411f7118f0b0021aba86b7
2fb61b2935834,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605611163,2020-11-17
11:06:03.787795,2020-11-17
11:06:25.134065,0x43e05e7a29344162a4ad4546e630e8367fa3efeb8bc60b5171ae4f5266c7ec7c,22148
511,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0xbdb3e10039eee33214dbd9ef9e11e4094a92
42b2,142.93.192.120              ,5,52500000000
45010c2148e84800941efde1391a74b0,0x8bbf1e79c31a01d3a605f2b42267de44b13a89e7e2a5c9b5e39
ddcde529a5b71,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605611019,2020-11-17
11:03:39.486945,2020-11-17
11:04:01.499453,0xb2b256ef0ae3427abbbae243300dc70f60aac0fcde72f90f39ae1d5112dfaf9a,2214848
2,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0xdc5a2ea9eec30c0e6612658797a6f515a99e92c
a,142.93.192.120              ,5,53000000000
ccda7a9656d14c63a72eb5f93ce20da0,0xd00c52c0148fa7ca82a566a48a162e442760d138f3b5c78494b8
f4cb4553511d,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605610587,2020-11-17
10:56:27.263775,2020-11-17
10:56:50.848060,0x7465d27dda0454a138df9c42682f18f901855dbb310ebcc655b9d6c1c997dedf,221483
97,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0xc9f34644a87ada5a3dd828ead834e969364ac8
61,142.93.192.120              ,5,55500000000
09ebcb04a4e9419e93e10b29b90adfc6,0xae713da8751e583f5fb10f2f535d2b261939ff627794349bd55cb
eec13aba41d,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605610520,2020-11-17
10:55:22.645241,2020-11-17
10:55:43.352580,0x808a894029d95c053d7c72e3ad2bc94eaa1c61c9ede3582760fb5063bbe104e4,2214
8384,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0xc9f34644a87ada5a3dd828ead834e969364a
c861,142.93.192.120              ,8,56550000000
7574cc7adcf842d2a832ac3b694878f7,0xa3f574f0b225807bd8019c531382d9b0deaea8c867b22e7e5037
34c91f3f420e,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605610441,2020-11-17
10:54:03.313480,2020-11-17
10:54:23.309462,0x6a1129d187ec5486c164e76f1f83c6c9fa8d4a2ad72201ec58220c36b6f85f0f,2214836
9,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0xbdb3e10039eee33214dbd9ef9e11e4094a9242
b2,142.93.192.120              ,11,57000000000
a4d8f6ba1ffc4a57b2146fa70c17641c,0xda30d260cf874386ce698e8cee4ac9ee862ca262df753cba10d84
9ecb86edffd,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605610416,2020-11-17
10:53:38.666419,2020-11-17
10:53:59.406711,0x346c604513a1af281aedefc9b268cdf8ac8a3249b8c584cd318d831d8df33c3f,221483
64,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0xdc5a2ea9eec30c0e6612658797a6f515a99e92
ca,142.93.192.120              ,4,57000000000
af00192141d845a0829063650d8acbe2,0xdc105cbe229f550b685c743e46846e5c3cfac0b503c5d95b686a
a8b0854ee777,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605607561,2020-11-17
10:06:02.234360,2020-11-17
10:06:24.766252,0x0fe51c4dd59d4b163e77972aea6263e8c8efbbe574cf7c89526ac38d1f4c409c,221478
26,0xfa2b4044cce6e862fa5e288980d9bc8e91024,0,0xbdb3e10039eee33214dbd9ef9e11e4094a924
2b2,142.93.192.120              ,3,60000000000
cb827e2457424e628b8384569a90dd26,0x5ce45e83adc8b639c9c8531b425dd137d52f49cb955b6d54eb
5a29afa4570ef9,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605607382,2020-11-17
10:03:02.609517,2020-11-17
10:03:22.652725,0x8ea6b2ba71bbbbfd38fb39523df77239c1db1fa40141d3cb5186c9f628c99af7,2214779
1,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0xbdb3e10039eee33214dbd9ef9e11e4094a9242
b2,142.93.192.120              ,6,60000000000
210f98d6fb0d4d28afba568d0950da56,0x6d79b161ec3f3fdc98c8bd2bc6085e5decd6ada109a12251e913
bc5ca00d48ad,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605550142,2020-11-16
18:09:02.932530,2020-11-16
18:09:22.787107,0x07c4d839bd64a5079a9db86685241e3c0392bc9b2e95e0477c3e43c9fbb76c46,2213

7021,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0xbdb3e10039eee33214dbd9ef9e11e4094a9
242b2,142.93.192.120                    ,6,69000000000
f0225f0bfcf7454fb92fd7c646d4575f,0x41dbd86b7097f98c814a2a0615c287a473818123544f03210d2c2a
8616bfa79a,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605549970,2020-11-16
18:06:11.376548,2020-11-16
18:06:31.425220,0x1bd95f444b0b8e32aba1b268156cc32d7b60d28f099a12e77c2e3745b6a21dd4,22136
987,0xfa2b4044cce6e862fa5e288980d9d69bc8e91024,0,0xbdb3e10039eee33214dbd9ef9e11e4094a92
42b2,142.93.192.120                    ,10,69173000000
308cfacd148345c5b4062a0482dd71d6,0xde3769e6c2e0ef092c4d6f450235e855b688d9e5630621657ff7
a5626d1c7481,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605549853,2020-11-16
18:04:15.523549,2020-11-16
18:04:37.688104,0x36a2fb5cce102729a1b4adf0edaa63f842488b15be0a81e4cdf8fdb0ea85f06b,2213696
5,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0xdc5a2ea9eec30c0e6612658797a6f515a99e92c
a,142.93.192.120                    ,7,69731000000
440792b950b64536a0a3d2f48b8862f2,0x59a7a61988dc3c991522e347ebcd648de0e344b7b527d66d904
0e8f2982ecb56,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605549804,2020-11-16
18:03:25.939490,2020-11-16
18:03:47.277675,0x3f2847bba5992ac46c3ca3a4745b8f65e74eb5bef7455b3393b09be3080b6468,22136
955,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0xdc5a2ea9eec30c0e6612658797a6f515a99e9
2ca,142.93.192.120                    ,4,69731000000
5d61103725d24e3a91c51527be4b4afa,0x7f2eeca766acf748f4295ae762156fa3da930cedc9e4634d28e2
4e4480f40cf5,kovan,/v3/9b8f0ddb3e684ece890f594bf1710c88,1605549754,2020-11-16
18:02:35.818338,2020-11-16
18:02:57.134814,0x3cc25b73a47d7e4d860e549c581e7d846cbcbd6426b993d6b128d93f075bf29e,22136
945,0xe13422c2af27785cc9a5bcb7f57d3fdb96327258,0,0xdc5a2ea9eec30c0e6612658797a6f515a99e9
2ca,142.93.192.120                    ,6,69873200000