# Exhibit A

**From:** ▇
**Sent:** Monday, October 26, 2020 2:16:49 AM
**Subject:** Request for Assistance from ▇ to Against Illegal Hacking Activities
**To:** hello@tornado.cash

Dear Sirs/Mdms

Thanks for reading my email. This is ▇ from ▇.

We found that the hacker of ▇ has transferred the ETH to your platform.

Please kindly check the info on blockchain:
https://etherscan.io/txs?a=0x▇

Please help us block these tokens. And please let me know if there is any update.

Regards,

▇