# Exhibit B

**From:** ███████████████████
**To:** "hello@tornado.cash" <hello@tornado.cash>
**Subject:** Request assistance from the law enforcement unit in Taiwan
**Sent:** Thursday, April 29, 2021 2:10:32 AM

To Tornado.cash:
Dear Sir/Mam:
This is ████████ from Ministry of Justice Investigation Bureau, Taiwan(ROC).
We are investigating the ████████ proxy smart contract compromised event on 2021/2/28.
As the hacker used your service to swap tokens, we need your help to provide the hacker's IP address or any information that hacker's identity that could be identified.
The hacker used the Ethereum wallet as below:
https://etherscan.io/address/████████████████████████████████
https://etherscan.io/address/████████████████████████████████

---

法務部調查局 資安工作站
調查官 李春霖
████████████████

CyberSecurity Investigation Office, Ministry of Justice Investigation Bureau, Taiwan(ROC)
Investigator ████████
Office: ████████████████