**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      v.<br><br>ROMAN STORM, *et al.*,<br><br>             *Defendants*. | Case No. (S1) 23 Cr. 430 (KPF)<br><br>Hon. Katherine Polk Failla |

**<u>NOTICE OF WITHDRAWAL OF COUNSEL</u>**

Pursuant to Local Rule 1.4, I, Nicholas D. Pavlis, respectfully move to withdraw my appearance as counsel for Defendant Roman Storm in this case. On June 27, 2025, I will depart from the law firm of Hecker Fink LLP. Because the remaining counsel of record at both Hecker Fink LLP and Waymaker LLP will continue to represent Mr. Storm in this case, my withdrawal will not prejudice Mr. Storm.

Dated: June 26, 2025
       New York, New York

                                                            Respectfully submitted,

                                                            */s/ Nicholas D. Pavlis*

                                                            Nicholas D. Pavlis
                                                            HECKER FINK LLP
                                                            350 Fifth Avenue, 63rd Floor
                                                            New York, New York 10118
                                                            (212) 763-0883
                                                            npavlis@heckerfink.com