AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1 23 Cr. 430 (KPF) |
| ROMAN STORM | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Roman Storm.

Date:  07/01/2025

/s/ Ashley Martabano
*Attorney's signature*

Ashley Martabano (4192753)
*Printed name and bar number*

Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
*Address*

amartabano@waymakerlaw.com
*E-mail address*

(424) 652-7800
*Telephone number*

(424) 652-7850
*FAX number*