# EXHIBIT 1



Source: https://9to5google.com/2024/04/29/telegram-15-new-features/