# EXHIBIT 3

[Control Number: TC_00000761]
[File name: Telegram Messages - iOS-8/10/2022 15_22_41.html]

TELEGRAM MESSAGES - IOS
CHAT PARTICIPANTS

Number of participants
4

Display names
Alexey Pertsev
Bablo peppersec
Roman Storm
Роман Семенов [Roman Semenov]

Local user
Alexey Pertsev

CONVERSATION DETAILS

Number of messages
9484

First message sent date/time
10/7/2019 09:19:51

Last message sent date/time
8/10/2022 15:22:41

Case time zone
(UTC) Coordinated Universal Time

✓ Received
Роман Семенов [Roman Semenov]
7-10-2019 09:19:51
*No message content to display.*

✓ Received
Роман Семенов [Roman Semenov]
9-10-2019 03:42:01
In that case, here's just the audio.

✓ Received

3/29/2022 16:45:45
a private was stolen from a bridge
↙ Received
Roman Storm
3/29/2022 16:45:53
Which?
↙ Received
Роман Семенов [Roman Semenov]
3/29/2022 16:45:55
[Different by] the hacked amount
↙ Received
Roman Storm
3/29/2022 16:45:57
Please be more specific
↙ Received
Роман Семенов [Roman Semenov]
3/29/2022 16:46:00
Half a bln
↙ Received
Roman Storm
3/29/2022 16:46:09
Oh, I thought it's 600k
↙ Received
Roman Storm
3/29/2022 16:46:16
Send me the info please
↙ Received
Роман Семенов [Roman Semenov]
3/29/2022 16:46:24
Ronin bridge
↙ Received
Роман Семенов [Roman Semenov]
3/29/2022 16:46:29
173k eth
↙ Received
Роман Семенов [Roman Semenov]
3/29/2022 16:47:16
https://mobile.twitter.com/Ronin_Network/status/1508828722085867521
↗ Sent
Alexey Pertsev
3/29/2022 16:55:02
they only noticed it 5 days later lol
↗ Sent
Alexey Pertsev
3/29/2022 17:03:57

Heya, anyone around to chat about axie? Would like to ask a few general questions about how one goes about cashing out 600 mil
↗ Sent
Alexey Pertsev
3/29/2022 17:04:13
we're being contacted by CoinDesk)
↙ Received
Роман Семенов [Roman Semenov]
3/30/2022 10:28:46

torn went down again
↗ Sent
3/30/2022 20:12:43
eimdall - Will never DM you�D^�DeFi Project Spotlight: Tornado Cash, Ethereum's Top Privacy Tool - Crypto Briefing
https://cryptobriefing.com/defi-project-spotlight-tornado-cash-ethereums-top-privacy-tool/D_���9 entities -
R}#startT————————————end� _rawValue————————
��oy�U�
↙ Received
Roman Storm
3/30/2022 20:13:14
and so? it was read already and I managed in time to do everything nicely there, otherwise it would have been a fucking disaster
↗ Sent
Alexey Pertsev
3/30/2022 20:16:38
�
↙ Received
Roman Storm
3/30/2022 20:19:22
https://us06web.zoom.us/j/87012512193?pwd=SzV3a1R2ZU56eXJXVzBNY2RXQm43Zz09
↗ Sent
Alexey Pertsev
3/30/2022 20:20:15
@semenov_roman have you seen this thing? there may be something interesting in implementation
↗ Sent
3/30/2022 20:20:15
riederike Ernst�D^�Hey guys — what's your take on multi asset shielded pools? Is this something that could in principle be built/ made compatible with nova?
https://masp.dev/D_���9 entities -
R}#start�————————————end� _rawValue————————
���.�~
↙ Received
Roman Storm

812

USAO_00003774