# EXHIBIT 1
(Produced Under Seal)