# EXHIBIT 2
(Produced Under Seal)