# EXHIBIT 3
(Produced Under Seal)