# EXHIBIT 4
(Produced Under Seal)