# EXHIBIT 5
(Produced Under Seal)