# EXHIBIT 6
## (Produced Under Seal)