# EXHIBIT 7
(Produced Under Seal)