# EXHIBIT 8
## (Produced Under Seal)