# EXHIBIT 9
(Produced Under Seal)