# EXHIBIT 10
(Produced Under Seal)