# EXHIBIT 11
(Produced Under Seal)