**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

ROMAN STORM,

Defendant.

Case 23-cr-00430 (KPF)

U.S. District Court for the Southern
District of New York

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for non-party Movant

Chainalysis Inc.  I certify that I am admitted to practice in this court.

Dated:  July 22, 2025

By:  */S/ Andrew J. DeFilippis*
Andrew J. DeFilippis
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Tel: (212) 558-7937
defilippisa@sullcrom.com

*Attorney for Movant Chainalysis Inc.*