# Exhibit 2

### Expert Disclosure – Stephan George
(July 20, 2025)

Stephan George provides the following information to supplement his former disclosure dated February 18, 2025.

**A. Anticipated Opinions**

Outlined below are opinions that Special Agent George is expected to offer:

1.   Special Agent George also traced transactions occurring in October and November 2021. As set forth in the spreadsheet being produced along with this disclosure, Special Agent George's tracing begins with an initial transfer of approximately $148,828.61 from a wallet associated with the cryptocurrency exchange crypto.com on October 22, 2021. Using the LIFO method, Special Agent George traced approximately $46,511.62 in value to a conversion to ETH that was then deposited into Tornado Cash. Special Agent George based this opinion on blockchain analysis using well-regarded, commonly used public blockchain explorers and indices, such as Etherscan.io, and his training and experience in numerous financial and cryptocurrency investigations.

**B. Approval and Signature**

I hereby approve the disclosure of my qualifications, anticipated opinions, and bases for such opinions, as set forth above.

_Stephan George_