# Exhibit 3

# CURRICULUM VITAE

## Stephan George
Internal Revenue Service – Criminal Investigation
Washington DC Field Office
Stephan.george@ci.irs.gov

## EDUCATION & CERTIFICATIONS

### CERTIFIED PUBLIC ACCOUNTANT (CPA)
- Florida Department of Business and Professional Regulation - License #AC46810

### CERTIFIED FRAUD EXAMINER (CFE)
- Association of Certified Fraud Examiners - Certification #541808 (Expired)

### GLOBAL INFORMATION ASSURANCE CERTIFICATION – INFORMATION SECURITY FUNDAMENTALS (GISF)
- SysAdmin, Audit, Network and Security (SANS)

### UNDERCOVER CYBER CONTACT TRAINED EMPLOYEE
- IRS Criminal Investigations – Special Investigative Techniques

### MASTER OF ACCOUNTING - Florida Atlantic University — May 2010
- Scholars Recognition – Member of the Accounting Scholars Program

### BACHELOR OF BUSINESS ADMINISTRATION - Florida Atlantic University — Aug 2008

## WORK EXPERIENCE

### SPECIAL AGENT – GS 13 — Oct 2016-Present
*Internal Revenue Service Criminal Investigation (IRS-CI)* — Miami, FL

- Assigned to the National Cyber Crimes Unit.
- Possesses significant experience investigating criminal violations of various types of fraud, tax, bank-secrecy act, and money laundering statutes in complex traditional fiat and virtual currency schemes.
- Experienced in investigating sensitive political officials, frauds perpetrated against the government, counterintelligence operations, illicit finance operations, the misuse of smart contract protocols, and assisted in the largest enforcement action in U.S. Treasury history (Dec 2023).
- Recognized by IRS-CI and the SFL HIDTA Investigative Support Center as a Subject Matter Expert (SME) on blockchain tracing, virtual currency, and virtual currency money laundering.
- Awarded two Outstanding Law Enforcement Officer (OLEO) citations from the US Attorney's Office of the Southern District of Florida for two separate investigations.
- Demonstrated long-term leadership in standing up a Cybercrimes program for the Miami Field Office by authoring an executive business plan and structure, presenting the plan to the Special Agent in Charge, and spearheading development of a Cyber Operations Support Briefing Room.
- Part-time Task Force Agent with DEA and FBI. Team Lead for the IRS-CI Miami Digital Assets Specialty (MIDAS) Group.
- Cybercrimes Program Administrator for the Miami Field Office since 2018 - Responsible for developing the cybercrimes program in the Miami field office, and for providing investigative leadership and oversight for all cyber-enabled criminal investigations in the field office.
- Undercover Agent for non-face-to-face operations, as well as Darknet and Clearnet operations.
- Bestowed multiple Special Act awards and Quality Step performance awards by frontline leadership.
- Lead case agent directly involved in forming the first HIDTA sponsored, cyber-focused OCDETF known as the Counternarcotic Cyber Investigations Task Force. The initial team was comprised of Special Agents and Task Force Officers from DEA, IRS-CI, FBI, USPIS, HSI, and Miami-Dade.
- Executed the first seizure of Bitcoin Cash within IRS-CI nationwide. Innovative actions taken in maintaining the evidentiary chain of custody led to the formation of new agency policy.
- Course Instructor for numerous sessions focused on cryptocurrency investigative strategies with the South Florida HIDTA program.
- Prepared numerous sensitive case reports and presentations on high profile investigations and special projects for frontline leadership and upper level executives/directors.

- Competitively selected for two long term details as a Supervisory Special Agent overseeing both tax and money laundering working groups (2020 and 2023).
- Top-Secret Security Clearance maintained since 2018.

### BUSINESS OWNER – SOLE PROPRIETOR                                   Jan 2014-Oct 2016
*iHelpUGrow CPA*                                                                                                   Ft. Lauderdale, FL

- Full service CPA firm serving clients in their various accounting and tax preparation needs.

### AUDIT EVALUATION AND REVIEW ANALYST                              Nov 2014-Oct 2015
*Florida Office of the Attorney General – Medicaid Fraud Control Unit*                          Miami, FL

- Served as the lead investigator on a variety of cases, including suspected cost report fraud in managed care facilities and pharmacy audits. This included responsibilities such as determining if sufficient suspects/witnesses have been interviewed, if sufficient data has been collected and identified as pertinent evidence, and whether the investigation is strong enough to withstand scrutiny in court. Provided guidance to MFCU personnel and assisted in law investigation interviews, reviewing financial data, and suggesting alternative investigative methods.

### SENIOR TAX ASSOCIATE
*Templeton & Company, LLP*                                                                                   Mar 2013-Oct 2013
*Cusano & Janvion, P.A. and Lisa E. Sharron, C.P.A., P.A.*                                         Oct 2013-Nov 2014

- Prepared federal tax returns, estimates and extensions for corporations, partnerships, and individuals.
- Performed write-ups of company financial statements and other bookkeeping activities.

### AUDIT / TAX ASSOCIATE                                                                     Oct 2009-Mar 2013
*Grant Thornton, LLP*                                                                                     Fort Lauderdale / Miami, FL

- Participated in audits involving companies in various industries such as Technology, Casino Gaming, Banking, Private Equity Financial Services, and Hospitality and Food Services.
- Responsible for developing and analyzing various engagement cycles of the audit, including, but not limited to, all aspects pertaining to cash, capital assets, debt agreements, operating expenses, disclosure statement notes, employee compensation testing, and bank operational risk testing.
- Managed multiple engagements for various clients in the Senior Associate role. The Senior Associate is directly responsible for the supervision of other associates and the total project outcome.
- Performed research of federal and state tax laws and regulations, and assisted managers in responding to federal and state tax penalties and notices.

## SPEAKING ENGAGEMENTS

- Association of Certified Anti-Money Laundering Specialists (ACAMS) Symposiums and Workshops
- Florida Institute of CPAs (FICPA) Conferences and Workshops
- Various IRS-CI Field Offices – Course Instructor
- DOJ Office of Overseas Prosecutorial Development, Assistance and Training (OPDAT)
- Chainalysis Links Conference (2024)
- Federal Law Enforcement Training Center – Course Instructor (2024)
- Miami US Attorney's Office Financial Crimes Conference (2023)
- South Florida Inspector General Council and the International Association of Financial Crimes Investigators (IAFCI) Financial Fraud Conference (2023)
- Inspector General for the Board of Governors for the Federal Reserve System – Training (2022)
- South Florida High Intensity Drug Trafficking Area – Course Instructor (2019)
- NC US Attorney's Office Bank Secrecy Act Conference (2019)

## PROFESSIONAL REFERENCES

- Juan Antonio Gonzalez – Former United States Attorney, Miami USAO
    - Contact:       *Juan.Antonio.Gonzalez@usdoj.gov*            305-961-9129
- Monique Botero – Chief, International Narcotics and Money Laundering, Miami USAO
    - Contact:       *Monique.Botero@usdoj.gov*            305-715-7648
- Christopher Browne – Assistant US Attorney, National Security Section, Miami USAO
    - Contact:       *Christopher.Browne@usdoj.gov*            786-509-1915
- Brooke Watson – Chief, Economic and Environmental Crimes, Miami USAO
    - Contact:       *Brooke.Watson@usdoj.gov*            786-360-9823