# Exhibit 6

# Joel DeCapua

**PROFESSIONAL EXPERIENCE**

**FEDERAL BUREAU OF INVESTIGATION**
**Special Agent, Cyber Crimes** – New York, NY, October 2014 – January 2018, August 2022 – Present
- Led investigations into sophisticated network intrusions and technology enabled federal crimes.
- Subject matter expert in digital forensics, cyber investigations, and network security.
- Cyber Action Team (CAT) Operator

**Supervisory Special Agent, Cyber Division** – New York, NY, January 2018 – August 2022
- Support and manage various FBI network intrusion investigations.
- Guide policy, provide expert technical assistance to investigators, assess the performance of FBI cyber programs, initiate new investigations, and provide investigative resources to case teams.

**Special Agent, White Collar Crimes** – Newark, NJ, January 2010 – October 2014
- Investigated and enforced federal laws related to securities fraud and public corruption.

**New Agent Trainee, FBI Academy** – Quantico, VA, August 2009 – January 2010

Key Achievements:

  Director's Award, Financial Crimes Enforcement Network, 2019
  Exceptional Service Award, Federal Bureau of Investigation, 2017
  Investigator of the Year Award, Federal Law Enforcement Foundation, 2016

**STATE OF INDIANA**
**Financial Investigator** – Indianapolis, IN, August 2004 – August 2009
- Led investigations into securities fraud and money laundering matters.

**CERTIFICATIONS, TRAINING, AND PROFESSIONAL AFFILIATIONS**

**General Cybersecurity:**
  March 2018 - GIAC Continuous Monitoring Certification (GMON) (Inactive)
  March 2015 - GIAC Security Essential Certification (GSEC) (Inactive)

**Disk/Memory Forensics:**

  October 2018 - GIAC Reverse Engineering Malware (GREM) (Inactive)
  August 2017 - GIAC Advanced Smartphone Forensics (GASF) (Inactive)
  March 2017 - FBI CART Certified Digital Extraction Technician (DexT)
  October 2016 - GIAC Certified Forensic Analyst (GCFA) (Inactive)
  February 2016 - GIAC Certified Incident Handler (GCIH) (Inactive)
  July 2015 - GIAC Certified Forensic Examiner (GCFE) (Inactive)

**Network Forensics/Hacking:**

  July 2022 - GIAC Cyber Threat Intelligence (GCTI)
  January 2022 - GIAC Cloud Penetration Tester (GCPN)
  August 2020 - GIAC Web Application Penetration Tester (GWAPT)
  July 2019 - GIAC Penetration Tester (GPEN) (Inactive)
  March 2017 - GIAC Network Forensic Analyst (GNFA) (Inactive)
  June 2016 - GIAC Certified Intrusion Analyst (GCIA) (Inactive)

**Financial/Fraud Detection:**

  January 2009 - Certified Public Accountant (CPA) (Expired)
  March 2008 - Certified Fraud Examiner (CFE) (Inactive)

**EDUCATION**

Indiana University, Kelley School of Business, MS Accounting, January 2007, Bloomington, IN
DePauw University, BA Economics, May 2004, Greencastle, IN