# Exhibit 1

Produced Pursuant to FRCrP 6(e)
FOIA Confidential Treatment Requested
Case 1:23-cr-00430-KPF    Document 217-1    Filed 07/27/25    Page 2 of 4

| | |
|---|---|
| Thread Participants: | Alexey Pertsev;Ani;Ashwin Ramachandran;Celia Wan;Dmitry Lapidus;GM;Haseeb;Ivan Bogatyy;Jon Itzler;Lindsay Lin;Mia Deng;Poma;Roman Storm;Tom Schmidt |
| ThreadFirst: | 2020-07-07 18:23:26 |
| ThreadLast: | 2023-03-10 20:39:17 |



Defense Exhibit
8790
S1 23 Cr. 403 (KPF)
DRAGONFLY00000001

Case 1:23-cr-00430-KPF    Document 217-1    Filed 07/27/25    Page 3 of 4
Produced Pursuant to FRCrP 6(e)
FOIA Confidential Treatment Requested

Haseeb
6/30/2022 2:17:55 PM
https://hub.elliptic.co/analysis/the-100-million-horizon-hack-following-the-trail-through-tornado-cash-to-north-korea/

Haseeb
6/30/2022 2:18:06 PM
Small anonymity set?

Haseeb
6/30/2022 2:18:12 PM
Or something else they're doing?

Roman Storm
6/30/2022 2:19:35 PM
they don't wait too much I guess

Roman Storm
6/30/2022 2:20:00 PM
when you deposit that much, you better wait and sit and only withdraw one at a time

**Haseeb** — 6/30/2022 2:20:06 PM
Makes sense yeah

**Roman Storm** — 6/30/2022 2:20:16 PM
if 30mm in, and 30mm out...it's kinda obvious

**Roman Storm** — 6/30/2022 2:20:32 PM
and they could also burn themselves by numerous other failures

**Roman Storm** — 6/30/2022 2:20:44 PM
on the other hand, I'm glad those fuckers are detected