# Exhibit 2

Produced Pursuant to FRCrP 6(e)
FOIA Confidential Treatment Requested
Case 1:23-cr-00430-KPF    Document 217-2    Filed 07/27/25    Page 2 of 4

**Haseeb**

**7/21/2020 3:23:49 PM**
If a business has substantial operations in the US or substantially serves US customers, then it's considered to have a nexus in the US

**Haseeb**

**7/21/2020 3:23:54 PM**
And subject to US regulations

**Roman Storm**

**7/21/2020 3:23:58 PM**
here is what I don't understand, according to FinCEN we are not breaking any law so far.
https://www.fincen.gov/sites/default/files/2019-05/FinCEN%20Guidance%20CVC%20FINAL%20508.pdf

**Roman Storm**

**7/21/2020 3:24:15 PM**
zcash is also incorporated here

**Haseeb**

**7/21/2020 3:24:52 PM**
I agree! But there is nothing stopping a regulator from harassing you. The only thing that will do that is not being in their jurisdiction or not doing things to piss them off

**Haseeb**

**7/21/2020 3:25:12 PM**
Zcash spends a lot of money and time on building relationships with regulators

**Haseeb**

**7/21/2020 3:25:52 PM**
Maybe you guys can exist in the cover of that. But given that BTC-e (that's the other mixer right?) Was taken down, it's clear that the CFTC doesn't like this stuff and doesn't want it around.

**Defense Exhibit**

**8789**

S1 23 Cr. 403 (KPF)

DRAGONFLY00000547
USAO_SDNY_00102870

Produced Pursuant to FRCrP 6(e)
FOIA Confidential Treatment Requested
Case 1:23-cr-00430-KPF   Document 217-2   Filed 07/27/25   Page 3 of 4

Roman Storm

**7/21/2020 3:25:54 PM**
https://docs.wasabiwallet.io/why-wasabi/LegalConcern.html#overview

Roman Storm

**7/21/2020 3:26:10 PM**
true

Haseeb

**7/21/2020 3:26:19 PM**
So it is a spectrum

Roman Storm

**7/21/2020 3:26:22 PM**
btc-e was an exchange, not a mixer

Roman Storm

**7/21/2020 3:26:27 PM**
custodian exchange

Haseeb

**7/21/2020 3:26:30 PM**
Err sorry not btc-e

Haseeb

**7/21/2020 3:26:34 PM**
What was the name of the mixer

Haseeb

**7/21/2020 3:26:37 PM**
That got shut down

Roman Storm

**7/21/2020 3:26:39 PM**
helix

Roman Storm

**7/21/2020 3:26:42 PM**
custodian mixer

Roman Storm

**7/21/2020 3:26:45 PM**
again, mysql db

Produced Pursuant to FRCrP 6(e)
FOIA Confidential Treatment Requested
Case 1:23-cr-00430-KPF    Document 217-2    Filed 07/27/25    Page 4 of 4

**Haseeb**
**7/21/2020 3:26:46 PM**
Sorry Helix yea

**Haseeb**
**7/21/2020 3:26:50 PM**
100

**Roman Storm**
**7/21/2020 3:26:53 PM**
+ he profited directly

**Roman Storm**
**7/21/2020 3:27:00 PM**
and he also had ads on dark market

**Haseeb**
**7/21/2020 3:27:11 PM**
I agree, which is why we want to invest. We are convinced what you guys are doing is legal

**Haseeb**
**7/21/2020 3:27:20 PM**
But the question of legal or not legal comes at the end

**Roman Storm**
**7/21/2020 3:27:21 PM**
and he shut it down as soon as large dark net market was shut down

**Haseeb**
**7/21/2020 3:27:26 PM**
Not at the beginning

**Haseeb**
**7/21/2020 3:27:49 PM**
I.e. CFTC if they don't like you they will investigate, go through all of your materials and trails