# Exhibit 3



**Extraction Report** - Apple iOS Full File system



## Chats (1)

### Telegram

#### Alexey Pertsev (1)

| # | | Deleted | * |
|---|---|---|---|
| 1 | **Name:** Bitmart - Tornado Cash<br>**Start Time:** 12/5/2021 8:32:37 PM(UTC+0)<br>**Last Activity:** 12/10/2021 5:45:21 PM(UTC+0)<br>**Number of attachments:** 2<br>**Source:** Telegram<br>**Account:** Alexey Pertsev<br>**Chat Type:** Group<br>**Source file:** 00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xF5205AF4<br>**Body file:** chat-0.txt<br>**Participants:**<br><br>223971575<br>Peter Yang \| Fenbushi Capital<br><br>1502961477<br>Shaun<br><br>56181931<br>Roman Storm<br><br>466817151<br>Jimmy Lin<br><br>207504596<br>Alexey Pertsev (owner)<br><br>1516006428<br>Bitmart - Tornado Cash<br><br>2526945<br>Роман Семенов<br><br>1673557646<br>Terence Lee<br><br>**Identifier:** 1516006428 | | |



Defense Exhibit
**8792**
S1 23 Cr. 403 (KPF)

From: System message

Роман Семенов invited Roman Storm
**Priority:** Normal
**Platform:**
**Label:** System

12/5/2021 8:32:38 PM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xE334FDE7

From: System message

Роман Семенов invited you
**Priority:** Normal
**Platform:**
**Label:** System

12/5/2021 8:32:38 PM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xE334F3D0

From: 1516006428 Bitmart - Tornado Cash

@semenov_roman thank you.
**Priority:** Normal
**Platform:**

12/5/2021 8:38:24 PM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xE334F466

From: 1516006428 Bitmart - Tornado Cash

@alex_pertsev @rstormsf hi Tornado team.  This is Jessica from BitMart.
**Priority:** Normal
**Platform:**

12/5/2021 8:38:56 PM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xE334E05C

> **From:** 207504596 Alexey Pertsev (owner)
> hello
> **Priority:** Normal
> **Platform:**
>
> 12/6/2021 9:39:33 AM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xE334E41E

> **From:** 1516006428 Bitmart - Tornado Cash
> Hi Alexey.
> **Priority:** Normal
> **Platform:**
>
> 12/6/2021 11:43:50 AM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xE334F550

> **From:** 1516006428 Bitmart - Tornado Cash
> We wish to schedule a quick call with Tornado team to discuss the exploits incident at BitMart. Could you pls check is your team will be available to have a call at 10:30AM, EST, Dec.06?
> **Priority:** Normal
> **Platform:**
>
> 12/6/2021 11:46:33 AM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xE334F600

3

↩ **Reply**

From: 207504596 Alexey Pertsev (owner)

> From: 1516006428 Bitmart - Tornado Cash
>
> We wish to schedule a quick call with Tornado team to discuss the exploits incident at BitMart. Could you pls check is your team will be available to have a call at 10:30AM, EST, Dec.06?
>
> **Priority:** Normal
> **Platform:**
>
> 12/6/2021 11:46:33 AM(UTC+0)

You can try reaching out to centralized service providers such as Infura, Etherscan, etc where they track user's data(IP addresses and such). Our company does not have any ability to affect any change or take any action with respect to the Tornado Cash protocol - it is a decentralized software protocol that no one entity or actor can control.  For that reason, we are unable to assist with respect to any issues relating to the Tornado Cash protocol.

**Priority:** Normal
**Platform:**
**Label:** Reply

12/6/2021 12:02:17 PM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xE334F828

---

From: 1516006428 Bitmart - Tornado Cash

Well noted.

**Priority:** Normal
**Platform:**

12/6/2021 12:12:51 PM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xE334E36D

---

From: 1516006428 Bitmart - Tornado Cash

Is that ok for us to get some support on the PR side?  Like This

**Priority:** Normal
**Platform:**

12/6/2021 12:13:54 PM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xE334E1D2

4

**From:** 1516006428 Bitmart - Tornado Cash

**Priority:** Normal
**Platform:**

12/6/2021 12:14:22 PM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xE334FAAD
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/media/telegram-cloud-photo-size-1-5003761196649785738-y :

**From:** 2526945 Роман Семенов

We are really sorry that you are experiencing this terrible situation. Unfortunately, we dont think that PR can help in any way, it could be even worse if TC twitter account will start talking about incidents like that. I hope you understand.

**Priority:** Normal
**Platform:**

12/6/2021 12:52:41 PM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xE334FE7D

**From:** 1516006428 Bitmart - Tornado Cash

Ok. Poma. Well understood.

**Priority:** Normal
**Platform:**

12/6/2021 1:54:58 PM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xE334F768

**From:** 1516006428 Bitmart - Tornado Cash

Keep in touch .

**Priority:** Normal
**Platform:**

12/6/2021 1:55:04 PM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xE334E2B8

**From:** 223971575 Peter Yang | Fenbushi Capital

As a side note, can you recommend any next steps in addition to IP tracking where previous hacks had successfully recovery of funds? As well as steps that we're not useful just so we can avoid any mistakes and time is of essence. Would appreciate any feedback you have. Thanks

**Priority:** Normal
**Platform:**

12/6/2021 1:59:35 PM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xE00C1780

---

**From:** 466817151 Jimmy Lin

Thanks @semenov_roman . We definitely understand the decentralized nature of your business.  Can you pinpoint any project/person who has experience in handling this type of attack? Any information would be a great help to us, and we appreciate your support at this troubled time.

**Priority:** Normal
**Platform:**

12/6/2021 4:01:47 PM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xE334F1E4

---

↩ **Reply**

**From:** 56181931 Roman Storm

> **From:** 466817151 Jimmy Lin
>
> Thanks @semenov_roman . We definitely understand the decentralized nature of your business.  Can you pinpoint any project/person who has experience in handling this type of attack? Any information would be a great help to us, and we appreciate your support at this troubled time.
>
> **Priority:** Normal
> **Platform:**
>
> 12/6/2021 4:01:47 PM(UTC+0)

try https://www.chainalysis.com/

**Priority:** Normal
**Platform:**
**Label:** Reply

12/7/2021 5:57:48 PM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xE31A8EFD
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/media/telegram-cloud-photo-size-4-6011463599211522774-w :

↩ **Reply**

From: 466817151 Jimmy Lin

> From: 56181931 Roman Storm
>
> try https://www.chainalysis.com/
>
> **Priority:** Normal
> **Platform:**
> **Label:** Reply
>
> 12/7/2021 5:57:48 PM(UTC+0)

Thanks Roman! Really appreciated.

**Priority:** Normal
**Platform:**
**Label:** Reply

12/7/2021 8:05:01 PM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xE04B77A7

---

From: System message

Terence Lee invited James Daniels, Shaun

**Priority:** Normal
**Platform:**
**Label:** System

12/10/2021 4:04:00 PM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xE5B7A86E

---

From: 1673557646 Terence Lee

Hi tornado cash team, @jimdanielsbt and @shaun_bt is from Blocktrace, they are helping us do the investigation.

**Priority:** Normal
**Platform:**

12/10/2021 4:05:16 PM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xE5B7DEAA

---

From: 1502961477 Shaun

Thank you for the introduction @Terence_2018. Pleasure to e-meet you Tornado Cash team.

**Priority:** Normal
**Platform:**

12/10/2021 5:45:21 PM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xE597E159