

Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
T 424.652.7800

July 29, 2025

Brian E. Klein
Direct (424) 652-7814
bklein@waymakerlaw.com

<u>Via ECF</u>

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Storm, 23 Cr. 430 (KPF)

Dear Judge Failla:

On behalf of our client, defendant Roman Storm, we are respectfully submitting the attached ▮ ▮ to supplement the record in connection with the under seal hearing held on July 28, 2025 regarding ▮ This ▮ attached as Exhibit A, was mentioned by defense during the hearing, and it completes the record in terms of ▮

Respectfully submitted,

/s/ Brian E. Klein

Brian E. Klein
Keri Curtis Axel
Becky S. James
Kevin M. Casey
Viviana Andazola Marquez
Waymaker LLP

-and-

David E. Patton
Christopher Morel
Hecker Fink LLP

*Attorneys for Roman Storm*