# EXHIBIT A
# (Produced Under Seal)