

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*38th Floor*
*New York, New York 10278*

August 11, 2025

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Roman Storm*, 23 Cr. 430 (KPF)

Dear Judge Failla:

    The Government respectfully submits this letter on behalf of both parties regarding scheduling in this case. On August 6, 2025, the trial concluded when the jury returned a verdict of guilty as to Count Two, and could not reach a verdict as to Count One and Count Three. The parties have since conferred, and the defendant has informed the Government that he intends to file post-trial motions that could affect the scope of a retrial on Count One and Count Three, and that the post-trial motions may also seek a retrial on Count Two.

    The parties have agreed on the following schedule for post-trial motions and respectfully request that the Court enter this schedule: Any post-trial motions will be due on September 30, oppositions to the motions will be due on October 31, and any reply will be due on November 19.

    Pursuant to 18 U.S.C. § 3161(e), a retrial on Counts One and Three should commence within 70 days of the conclusion of the initial trial. Because the defendant's potential post-trial motions could affect the scope of the retrial, the parties have agreed that the ends of justice would be served by excluding the time from now until the post-trial motions have been resolved, and that this would outweigh the interests of the public and the defendant in a speedy retrial. Accordingly, the parties respectfully request that the Court exclude the time until November 19, 2025, pursuant to 18 U.S.C. § 3161(h)(7), and that the Court schedule a status conference on or around November 19, 2025, to discuss scheduling.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Ben Arad
Thane Rehn
Benjamin A. Gianforti
Assistant United States Attorneys
(212) 637-6521
(212) 637-2490
(212) 637-2354


Kevin Mosley
Special Assistant United States Attorney