

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*38th Floor*
*New York, New York 10278*

August 11, 2025

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Roman Storm*, 23 Cr. 430 (KPF)

Dear Judge Failla:

    The Government respectfully submits this letter on behalf of both parties regarding scheduling in this case. On August 6, 2025, the trial concluded when the jury returned a verdict of guilty as to Count Two, and could not reach a verdict as to Count One and Count Three. The parties have since conferred, and the defendant has informed the Government that he intends to file post-trial motions that could affect the scope of a retrial on Count One and Count Three, and that the post-trial motions may also seek a retrial on Count Two.

    The parties have agreed on the following schedule for post-trial motions and respectfully request that the Court enter this schedule: Any post-trial motions will be due on September 30, oppositions to the motions will be due on October 31, and any reply will be due on November 19.

    Pursuant to 18 U.S.C. § 3161(e), a retrial on Counts One and Three should commence within 70 days of the conclusion of the initial trial. Because the defendant's potential post-trial motions could affect the scope of the retrial, the parties have agreed that the ends of justice would be served by excluding the time from now until the post-trial motions have been resolved, and that this would outweigh the interests of the public and the defendant in a speedy retrial. Accordingly, the parties respectfully request that the Court exclude the time until November 19, 2025, pursuant to 18 U.S.C. § 3161(h)(7), and that the Court schedule a status conference on or around November 19, 2025, to discuss scheduling.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

By: _____
        Ben Arad
        Thane Rehn
        Benjamin A. Gianforti
        Assistant United States Attorneys
        (212) 637-6521
        (212) 637-2490
        (212) 637-2354

        Kevin Mosley
        Special Assistant United States Attorney

---

Application GRANTED.  The Court adopts the parties' proposed post-trial motions schedule.  The parties shall appear at a conference on **December 18, 2025**, at **10:00 a.m.**, in Courtroom 618 of the Thurgood Marshall United States Courthouse, New York, New York 10007.

The Court finds that the ends of justice would be served by excluding time from now until December 18, 2025, and that allowing the defense time to consider and prepare post-trial motions would outweigh the interests of the public and the defendant in a speedy retrial.

The Clerk of Court is directed to terminate the pending motion at docket entry 226.

Dated:   August 11, 2025          SO ORDERED.
        New York, New York

                                         HON. KATHERINE POLK FAILLA
                                         UNITED STATES DISTRICT JUDGE