UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>v.<br><br>ROMAN STORM, ET AL.,<br><br>     Defendants. | Case No. 23 Cr. 430 (KPF)<br><br>Oral Argument: Dec. 18, 2025 |

# DEFENDANT ROMAN STORM'S
# NOTICE OF MOTION FOR JUDGMENT OF ACQUITTAL

Brian E. Klein
Keri Curtis Axel
Becky S. James
Kevin M. Casey
Viviana Andazola Marquez
Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
(424) 652-7800

David E. Patton
Christopher Morel
Hecker Fink LLP
350 Fifth Ave, 63rd Floor
New York, New York 10118
(212) 763-0883

*Attorneys for Roman Storm*

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the records of the above-captioned case, defendant Roman Storm, through his counsel, respectfully moves the Court for an order entering judgment of acquittal, and for such other and further relief as the Court may deem just and proper.

DATED: September 30, 2025  Respectfully submitted,

By: */s/ Brian E. Klein*
Brian E. Klein
Keri Curtis Axel
Becky S. James
Kevin M. Casey
Viviana Andazola Marquez
Waymaker LLP

-and-

David E. Patton
Christopher Morel
Hecker Fink LLP

*Attorneys for Roman Storm*