# Inner City Press

October 1, 2025

By ECF

Hon. Katherine Polk Failla, United States District Judge
Southern District of New York, 40 Foley Square, New York, NY 10007

Re: Renewed Press application to unseal transcript of July 25, 2025, no US response by August 19 nor since in USA v. Roman Storm, 23-cr-430 (KPF)

Dear Judge Failla:

   Inner City Press has been covering the above captioned case, like many others, since its indictment. On July 25 there was a discussion in open court about Tom Schmidt of Dragonfly, on the defense's witness list, and the Fifth Amendment. After several exchanges, AUSA Rehn said the transcript should be sealed. And so it has been - in such a way that even the basis for sealing has been sealed.

   On July 29 I filed a request, on behalf of Inner City Press and in my personal capacity, to unseal that transcript. The Court docketed the request and ordered that "[t]he Government and the defense are each directed to respond in writing to Mr. Lee's letter motion on or before August 19, 2025." Dkt. 220.

   The defense met the August 19 deadline, stating that "Mr. Storm does not oppose the motion." Dkt. 228.

   But even now on October 1, there is no response by the US Attorney's Office.

   For the reasons stated, the transcript should be unsealed and other appropriate actions taken.

       Please act on this request, as soon as possible.

Thank you.

Respectfully submitted,

/s/

Matthew Russell Lee, Inner City Press

All counsel by ECF


Inner City Press: In-house SDNY: Room 480, 500 Pearl Street, NY NY 10007
E-mail: Matthew.Lee@innercitypress.com - Tel: 718-716-3540
Regular Mail: Dag Hammarskjold Center, Box 20047, New York, NY 10017