

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*38th Floor*
*New York, New York 10278*

October 3, 2025

**BY EMAIL AND ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Roman Storm*, 23 Cr. 430 (KPF)

Dear Judge Failla:

    The Government respectfully writes to address an inaccuracy in the letter dated October 1, 2025, Dkt. 231 (the "Letter"), by non-party Inner City Press ("ICP")—in which ICP mistakenly stated that the Government has not responded to ICP's July 29, 2025 letter motion to unseal portions of the trial transcript in this case, *see* Dkt. 219 (the "Motion"). As the Court is aware, the Government timely responded to the Motion on August 19, 2025, but requested that its response be filed under seal. Accordingly, the Letter's representation that the Government has not responded to the Motion is incorrect.

    Moreover, ICP was aware of the Government's August 19 response. On August 20, 2025, ICP submitted a reply to the Court and to the Government, by email, in which it acknowledged, among other things, that "[o]n August 20 I received from the Court by email a copy of the Government's [August 19 response] letter."

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK.]

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

By: _____
        Ben Arad
        Thane Rehn
        Benjamin A. Gianforti
        Assistant United States Attorneys
        (212) 637-6521
        (212) 637-2490
        (212) 637-2354

        Kevin Mosley
        Special Assistant United States Attorney

cc: Brian Edward Klein, Esq.
    Keri Curtis Axel, Esq.
    Kevin Michael Casey, Esq.
    Viviana Andazola Marquez, Esq.
    Ashley Martabano, Esq.
    Becky S. James, Esq.
    Emily Stierwalt, Esq.
    David E. Patton, Esq.
    Christopher Morel, Esq.

    Matthew Russell Lee, Inner City Press