# Inner City Press

October 3, 2025

By ECF

**MEMO ENDORSED**

Hon. Katherine Polk Failla, United States District Judge
Southern District of New York, 40 Foley Square, New York, NY 10007

Re: Continued Press application to unseal transcript of July 25, 2025, no US response by August 19 nor since in USA v. Roman Storm, 23-cr-430 (KPF)

Dear Judge Failla:

   Inner City Press has been covering the above captioned case, like many others, since its indictment.  On July 25 there was a discussion in open court about Tom Schmidt of Dragonfly, on the defense's witness list, and the Fifth Amendment. After several exchanges, AUSA Rehn said the transcript should be sealed. And so it has been - in such a way that even the basis for sealing has been sealed.

   In the interim the Department of Justice has continued to speak against regulation by enforcement, and lack of transparency. But this has been left untransparent.

   Now the US Attorney's Office says it is enough to make their argument for sealing itself under seal, such that it cannot be reported. But this has been a Press request to unseal in order to report. I checked the docket before my October 1 follow-up, in order to report on the motion for acquittal, and found nothing: nothing public. So, the October 1 letter, which if unclear, is being clarified here.

   Even now on October 3, there is no response i**n the public docket** by the US Attorney's Office. The letter referred to in their public filing of today's date should be docketed - and rejected. As a journalist seeking to report on a public criminal trial, a sealed letter than cannot be reported is of no use or import. For the reasons stated, the transcript should be unsealed and other appropriate actions taken.

      Please act on this request, as soon as possible.  Thank you.

Respectfully submitted,

/s/

Matthew Russell Lee, Inner City Press

All counsel by ECF

Inner City Press: In-house SDNY: Room 480, 500 Pearl Street, NY NY 10007
E-mail: Matthew.Lee@innercitypress.com - Tel: 718-716-3540
Regular Mail: Dag Hammarskjold Center, Box 20047, New York, NY 10017

The Court is in receipt of Interested Party Mr. Lee's letter requesting unsealing of the Government's August 19, 2025 letter responding to Mr. Lee's July 29, 2025 application to unseal. The Court is also in receipt of Mr. Lee's application to unseal. (*See* Dkt. 219). It will respond to both issues in due course.

Dated:    October 6, 2025        SO ORDERED.
             New York, New York

                                            HON. KATHERINE POLK FAILLA
                                            UNITED STATES DISTRICT JUDGE