

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*Jakob K. Javitz Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

October 29, 2025

**BY ECF AND EMAIL**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Roman Storm*, S1 23 Cr. 430 (KPF)

Dear Judge Failla:

    The Government respectfully writes to request an adjournment, from October 31, 2025 to November 12, 2025, of its deadline to respond to the defendant's Rule 29 motion in the above-referenced case. (*See* Dkts. 229, 230). The Government has conferred with the defense, which consents to this request and seeks an adjournment of its reply deadline from November 19, 2025 to December 12, 2025, to account for the Thanksgiving holiday and other scheduling constraints.

    Should the Court grant this request, and should the request result in an adjournment of the conference currently scheduled for December 18, 2025, the Government respectfully requests, on consent, that the Court exclude the time, pursuant to 18 U.S.C. § 3161(h)(7), through the date of the rescheduled conference, as the ends of justice would be served by the proposed exclusion, and allowing the defense time to consider and prepare post-trial briefing would outweigh the interests of the public and the defendant in a speedy retrial.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Ben Arad
Thane Rehn
Benjamin A. Gianforti
Assistant United States Attorneys
(212) 637-6521
(212) 637-2490
(212) 637-2354

Kevin Mosley
Special Assistant United States Attorney

cc: Brian Edward Klein, Esq.
    Keri Curtis Axel, Esq.
    Kevin Michael Casey, Esq.
    Viviana Andazola Marquez, Esq.
    Ashley Martabano, Esq.
    Becky S. James, Esq.
    Emily Stierwalt, Esq.
    David E. Patton, Esq.
    Christopher Morel, Esq.