

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jakob K. Javitz Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

October 29, 2025

**BY ECF AND EMAIL**

**MEMO ENDORSED**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Roman Storm*, S1 23 Cr. 430 (KPF)

Dear Judge Failla:

    The Government respectfully writes to request an adjournment, from October 31, 2025 to November 12, 2025, of its deadline to respond to the defendant's Rule 29 motion in the above-referenced case. (*See* Dkts. 229, 230). The Government has conferred with the defense, which consents to this request and seeks an adjournment of its reply deadline from November 19, 2025 to December 12, 2025, to account for the Thanksgiving holiday and other scheduling constraints.

    Should the Court grant this request, and should the request result in an adjournment of the conference currently scheduled for December 18, 2025, the Government respectfully requests, on consent, that the Court exclude the time, pursuant to 18 U.S.C. § 3161(h)(7), through the date of the rescheduled conference, as the ends of justice would be served by the proposed exclusion, and allowing the defense time to consider and prepare post-trial briefing would outweigh the interests of the public and the defendant in a speedy retrial.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

By: /s/ Ben Arad

        Ben Arad
        Thane Rehn
        Benjamin A. Gianforti
        Assistant United States Attorneys
        (212) 637-6521
        (212) 637-2490
        (212) 637-2354

        Kevin Mosley
        Special Assistant United States Attorney

cc:   Brian Edward Klein, Esq.
      Keri Curtis Axel, Esq.
      Kevin Michael Casey, Esq.
      Viviana Andazola Marquez, Esq.
      Ashley Martabano, Esq.
      Becky S. James, Esq.
      Emily Stierwalt, Esq.
      David E. Patton, Esq.
      Christopher Morel, Esq.

Application GRANTED. The Government's deadline to respond to Defendant's Rule 29 motion is ADJOURNED to **November 12, 2025.** Defendant's reply deadline is ADJOURNED to **December 12, 2025.** The conference scheduled for December 18, 2025, is ADJOURNED to **January 22, 2026** at **10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Court finds that the ends of justice would be served by excluding time from now until January 22, 2026, and that this would outweigh the interests of the public and the defendant in a speedy retrial.

The Clerk of Court is directed to terminate the pending motion at docket entry 237.

Dated:   October 29, 2025
          New York, New York

SO ORDERED.

*/s/ Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE