

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 10, 2025

By ECF

The Honorable Katherine Polk Failla
United States District Judge
40 Foley Square
New York, NY 10007

    Re:    **United States v. Roman Storm, 23 Cr. 430 (KPF)**

Dear Judge Failla,

    Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

    Thank you very much for the Court's consideration.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By: /s/ Benjamin A. Gianforti
    Benjamin A. Gianforti
    Assistant United States Attorney
    Tel: (212) 637-2490