

Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
T 424.652.7800



December 23, 2025

**Keri Curtis Axel**
Direct (213)314-5284
kaxel@waymakerlaw.com

***Via ECF***

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:     United States v. Storm, 23 Cr. 430 (KPF)**

Dear Judge Failla:

On behalf of the our client, Roman Storm, we respectfully write to request a short adjournment of Mr. Storm's Rule 29 motion hearing, which is scheduled for January 22, 2026 at 10:00 a.m. (*See* ECF No. 238.) Multiple members of the defense team are scheduled to participate in a criminal trial before the Honorable Dolly Maizie Gee in *United States v. Puig*, Case No. 2:22-CR-00394 (C.D. Cal.), which is set to begin January 19, 2026 and is estimated to last one week.

In light of this conflict, the defense team conferred with the government on potential alternative hearing dates, and the parties are available on February 12, 2026.  The defense therefore respectfully requests that the hearing be adjourned to February 12, 2026 or a later date and time that is convenient for the Court.

Sincerely,

Keri Curtis Axel
Becky S. James
Kevin M. Casey
Viviana Andazola Marquez
Waymaker LLP

-and-

Brian E. Klein
Cooley LLP

-and-



Honorable Katherine Polk Failla
December 23, 2025
Page 2 of 2

David E. Patton
Christopher Morel
Hecker Fink LLP
*Attorneys for Roman Storm*


After discussion with the parties, the Court hereby ADJOURNS the conference previously scheduled for January 22, 2026, to **April 9, 2026,** at **10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  Also after those discussions, the Court finds that the ends of justice would be served by excluding time under the Speedy Trial Act from January 22, 2026, until April 9, 2026, and that this would outweigh the interests of the public and the defendant in a speedy retrial, because it will give the parties and the Court additional time to consider Mr. Storm's post-trial motions.

The Clerk of Court is directed to terminate the pending motion at docket entry 277.


Dated:    January 5, 2026          SO ORDERED.
          New York, New York

                                    *Katherine Polk Failla*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE