**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>ROMAN STORM, *et al.*,<br><br>                *Defendants*. | Case No. (S1) 23 Cr. 430 (KPF)<br><br>Hon. Katherine Polk Failla |

### ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

Upon the reading and filing of the Motion to Withdraw Appearance, it is:

ORDERED, that, pursuant to Rule 1.4(b) of the Local Rules of the Southern District of New York, Christopher Morel is hereby permitted to withdraw as counsel of record for Defendant Roman Storm;

ORDERED, that the Clerk shall amend the docket and other court records to reflect the withdrawal of Christopher Morel as counsel of record for Roman Storm;

ORDERED, that Christopher Morel shall be removed from all electronic and other service lists in the Court's records for this matter.

**IT IS SO ORDERED.**

Dated: February 19, 2026         _____
                                    United States District Judge

```
The Clerk of Court is directed to terminate the pending motion
at docket entry 279.  The Court wishes Mr. Morel success in his
future endeavors.
```