**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>   v.<br><br>ROMAN STORM, *et al.*,<br><br>          *Defendants*. | Case No. 23 Cr. 430 (KPF)<br><br><br>**NOTICE OF APPEARANCE** |

        **PLEASE TAKE NOTICE** that Noelle N. Wyman, an attorney duly admitted to practice in this Court, hereby enters her appearance on behalf of Defendant Roman Storm in the above-captioned action, and requests that all notices, filings, and other papers relating to this action be served upon her at the undersigned address.

Dated: April 7, 2026
       New York, New York

_____
Noelle N. Wyman
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
nwyman@heckerfink.com

*Counsel for Defendant Roman Storm*