

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jakob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

April 21, 2026

**BY ECF AND EMAIL**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     **Re:**    *United States v. Roman Storm*, **S1 23 Cr. 430 (KPF)**

Dear Judge Failla:

     Pursuant to the Court's direction, the parties have conferred regarding their availability for a trial on the dates suggested by the Court. The parties are available for a trial beginning on October 26 or November 30, with October 26 being the defense's preference. The defense team requested that we also inform the Court of the following:

     While the defense is available for trial on the proposed dates, we respectfully request a later date if the time of decision on the Rule 29 motion does not provide at least 90 days before the start of trial. The defense believes that 90 days is the minimum amount of time necessary to comply with a pretrial motions and disclosure schedule, prepare for retrial, and incorporate the Court's Rule 29 decision into those preparations.

                    Respectfully submitted,

                    JAY CLAYTON
                    United States Attorney

By: _____
                    Ben Arad
                    Thane Rehn
                    Assistant United States Attorneys
                    (212) 637-6521/ -2354

                    Kevin Mosley
                    Special Assistant United States Attorney

cc:     Defense counsel of record