

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jakob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

April 21, 2026

**BY ECF AND EMAIL**



The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      **Re:**    *United States v. Roman Storm*, **S1 23 Cr. 430 (KPF)**

Dear Judge Failla:

      Pursuant to the Court's direction, the parties have conferred regarding their availability for a trial on the dates suggested by the Court. The parties are available for a trial beginning on October 26 or November 30, with October 26 being the defense's preference. The defense team requested that we also inform the Court of the following:

      While the defense is available for trial on the proposed dates, we respectfully request a later date if the time of decision on the Rule 29 motion does not provide at least 90 days before the start of trial. The defense believes that 90 days is the minimum amount of time necessary to comply with a pretrial motions and disclosure schedule, prepare for retrial, and incorporate the Court's Rule 29 decision into those preparations.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney

By: _____
                        Ben Arad
                        Thane Rehn
                        Assistant United States Attorneys
                        (212) 637-6521/ -2354

                        Kevin Mosley
                        Special Assistant United States Attorney

cc:      Defense counsel of record

The Court has re-arranged its schedule for the fall of 2026 as much as practicable to accommodate a re-trial in this case.  It is hereby ORDERED that, contingent upon the Court's ruling on Mr. Storm's pending motion for judgment of acquittal, trial will be set to begin on **October 26, 2026,** in the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY in a courtroom to be announced at a future date. The Court does not contemplate new pretrial motions, but the parties shall promptly advise the Court if they believe such motions are appropriate.

Dated:    April 24, 2026          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE