



Brian Klein                                                                      **By ECF**
T: +1 213 720 2286
bklein@cooley.com

May 13, 2026

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:**     <u>**United States v. Roman Storm - 23 Cr. 430 (KPF)**</u>

Dear Judge Failla:

We write on behalf of our client Roman Storm to respectfully request that this Court permit Mr. Storm to travel to El Dorado Hills, California, from May 29, 2026 through June 2, 2026 to attend his niece's high school graduation. Because El Dorado Hills is located within the Eastern District of California, this travel requires this Court's approval under Mr. Storm's pretrial release conditions. The defense has conferred with Pretrial Services and the government, and neither opposes this request.

For all the above reasons, the defense respectfully requests that this Court enter an order granting Mr. Storm permission to take the requested trip.

Respectfully submitted,

Brian Klein
Cooley LLP

Attorney for Roman Storm

Application GRANTED.  The Clerk of Court is directed to terminate the pending motion at docket entry 292.

Dated:      May 14, 2026              SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE