

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jakob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

June 15, 2026

**BY ECF AND EMAIL**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

>   Re:   *United States v. Roman Storm*, **S1 23 Cr. 430 (KPF)**

Dear Judge Failla:

Pursuant to the Court's direction, the Government respectfully writes regarding possible pretrial motion practice and related scheduling. The Government does not believe that extensive motion practice is necessary because the Court already made pretrial rulings in this case. However, the Government may seek to call a limited number of new expert witnesses. The Government understands that the defense may do so, as well, and that the defense may seek clarification of certain of the Court's prior rulings or file other motions. The Government anticipates that there may be motion practice relating to any new proposed expert witnesses and that, as discussions evolve between the parties regarding other pretrial issues, the need may arise for the Government to file additional motions not currently in contemplation. Accordingly, and pending the Court's ruling on the defendant's Rule 29 motion, the parties propose the following schedule:

- August 7, 2026:      Government New or Amended Expert Disclosures Due
- September 4, 2026:    Defense New or Amended Expert Disclosures Due
- September 17, 2026:   Rebuttal New or Amended Expert Disclosures Due
- September 29, 2026:   Daubert Motions, Motions *in limine*, and Proposed Amendments to Requests to Charge and Voir Dire Due
- October 9, 2026:      Oppositions to September 29 Motions Due
- October 20, 2026:     Final Pretrial Conference

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

The Government understands that the defense intends to submit a letter to the Court renewing its objection to being required to make pretrial expert disclosures, and that the defense is amenable to the schedule proposed above in the event that the Court does not reverse its earlier ruling regarding expert disclosures.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Ben Arad
Thane Rehn
Assistant United States Attorneys
(212) 637-6521/ -2354

Kevin Mosley
Special Assistant United States Attorney

cc:    Defense counsel of record

2