UNITED STATES DISTRICT COURT

                                                                  **ECF CASE**

UNITED STATES OF AMERICA )

                                    )

                                    ) **NOTICE OF APPEARANCE AND REQUEST**

         v.                          )       **FOR ELECTRONIC NOTIFICATION**

                                    )

ROMAN STORM, )

                                    )           **23-cr-430 (KPF)**

                                    )

                 Defendant     )

TO:    Clerk of Court
         United States District Court
         Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                            Respectfully submitted,

                                            JAY CLAYTON
                                            United States Attorney for the
                                            Southern District of New York

By:     _/s_____
                 Christopher D. Brumwell
                 Assistant United States Attorney
                 (212) 637-2477
                 christopher.brumwell@usdoj.gov