UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>-v.-<br>ROMAN STORM,<br>Defendant. | 23 Cr. 430 (KPF)<br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

In light of Mr. Storm's pending motion for acquittal (Dkt. #229) and his related request to continue the retrial to a date in late April 2027, the Court hereby ADJOURNS the retrial to **April 26, 2027**. Trial will be set to begin on that day in the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The pretrial schedule (*see* Dkt. #296) is AMENDED as follows:

- **February 5, 2027**: Government New or Amended Expert Disclosures Due
- **March 5, 2027**: Defense New or Amended Expert Disclosures Due
- **March 18, 2027**: Rebuttal New or Amended Expert Disclosures Due
- **March 30, 2027**: *Daubert* Motions, Motions *in limine*, and Proposed Amendments to Requests to Charge and Voir Dire Due
- **April 9, 2027**: Oppositions to March 30 Motions Due
- **April 20, 2027**: Final Pretrial Conference

Pursuant to discussions with the parties, the Court finds that the ends of justice would be served by excluding time under the Speedy Trial Act through April 26, 2027, and that this would outweigh the interests of the public and the

defendant in a speedy retrial, because it will give the parties and the Court additional time to consider Mr. Storm's post-trial motions and to prepare for retrial.

SO ORDERED.

Dated: August 25, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge