**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 16, 2026

By ECF

**MEMO ENDORSED**

The Honorable Katherine Polk Failla
United States District Judge
40 Foley Square
New York, NY 10007

**Re: United States v. Roman Storm, 23 Cr. 430 (KPF)**

Dear Judge Failla,

Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

Thank you very much for the Court's consideration.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/ Thane Rehn
Thane Rehn
Assistant United States Attorney
Tel: (212) 637-2354

Application GRANTED. The Court wishes Mr. Rehn the best in his future endeavors.

The Clerk of Court is directed to terminate Mr. Rehn from the docket.

Dated: October 16, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE